## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| FRYMIRE HOME SERVICES, INC. AND WHITFIELD CAPITAL, LLC | § § § | |
| PLAINTIFFS | § § | CIVIL ACTION NO. 3:19-CV-01938-B |
| VS. | § § | |
| LIBERTY MUTUAL INSURANCE CO. AND OHIO SECURITY INSURANCE CO. | § § § § | |
| DEFENDANTS. | § § | |

### UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT AND UNOPPOSED MOTION TO DISMISS LIBERTY MUTUAL

COME NOW Frymire Home Services, Inc. (referred to as "Plaintiff Frymire") and Whitfield Capital, LLC (referred to as "Plaintiff Whitfield") (collectively referred to as "Plaintiffs") and hereby request leave to file Plaintiffs' First Amended Complaint complaining of Ohio Security Insurance Company (referred to as "Defendant Ohio Security") and unopposed motion to dismiss Liberty Mutual Insurance Co. and would respectfully show the Court as follows:

### I.
### Introduction

2.     Plaintiffs are named insureds under a commercial property insurance policy purchased through Defendant Liberty Mutual Insurance Company and issued by a Liberty Mutual company, Defendant Ohio Security. Plaintiffs' made a claim for damage to the property caused by a hail and wind storm. Defendant Ohio Security has denied the claim. Plaintiffs have alleged causes of action for 1) breach of the insurance contract; 2) common law misrepresentations; 3) violations of the Texas Insurance Code; 4) violations of the Texas Deceptive Trade Practices-Consumer Protection

*UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT*
*AND UNOPPOSED MOTION TO DISMISS LIBERTY MUTUAL*

*PAGE 1*

Act ("DTPA"); and, 5) breach of the duty of good faith and fair dealing.

3.      Plaintiffs brought suit against Liberty Mutual Insurance Co. and Ohio Security Insurance Company.

4.      The case was originally filed in Texas State District Court in Dallas County, Texas. The lawsuit was removed to this Court by the Defendants. The original complaint is the petition filed in state court.

## II.

**5**.      Plaintiffs seek leave to amend its complaint to drop Defendant Liberty Mutual Insurance Company from the pleadings and upon the filing of Plaintiffs' First Amended Complaint to dismiss Defendant Liberty Mutual.

6.      Plaintiffs have reached an agreement with Defendants that the actions of Liberty Mutual in handling the claim made by Plaintiffs will be attributed to Defendant Ohio Security and, therefore, the inclusion of Liberty Mutual as a separate defendant is not necessary.

7.      Plaintiffs are filing the amended Complaint along with this motion for leave attached hereto as Exhibit A.

## III.
## Conclusion

8.      For the above reasons, Plaintiffs seek leave to amend their complaint and dismiss Defendant Liberty Mutual Insurance Co. form the lawsuit.

*UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT*
*AND UNOPPOSED MOTION TO DISMISS LIBERTY MUTUAL*

*PAGE 2*

Respectfully submitted,

**BERGMANGRAY LLP**

/S/ Jay K. Gray

_____

Jay K. Gray
State Bar No. 08324050
4514 Travis Street
Travis Walk, Suite 300
Dallas, Texas 75205
214-528-2444
214-599-0602 [fax]
gray@bergmangray.com

Andrew A. Bergman
State Bar No. 02196300
4514 Travis Street
Travis Walk, Suite 300
Dallas, Texas 75205
214-528-2444
214-599-0602 [fax]
bergman@bergmangray.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFENRENCE

On January 3, 2020, I conferred with Counsel for the Defendants concerning the merits of this motion and they do not oppose the motion.

_/s/ Jay K. Gray_____

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing *Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint and Unopposed Motion to Dismiss Liberty Mutual* was served *via* e-mail on this 3rd day of January 2020 upon counsel of record.

Mark D. Tillman
Michael C. Diksa
TILLMAN BATCHELOR LLP
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
mike.diksa@tb-llp.com
**ATTORNEYS FOR**
**OHIO SECURITY INSURANCE CO.**

*/s/ Jay K. Gray*