UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRYMIRE HOME SERVICES, INC. and WHITFIELD CAPITAL, LLC, | § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 3:19-CV-1938-B |
| LIBERTY MUTUAL INSURANCE COMPANY and OHIO SECURITY INSURANCE COMPANY, | | |
| Defendants. | | |

## ORDER

After considering Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint and Unopposed Motion to Dismiss Liberty Mutual (Doc. 15), the Court hereby finds that the motion should be granted. Therefore,

**IT IS ORDERED** that Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' First Amended Complaint, attached as Exhibit A to Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint (Doc. 15), is deemed to have been filed as of the date of filing of the Motion.

**IT IS FURTHER ORDERED** that Plaintiffs' Unopposed Motion to Dismiss Liberty Mutual is **GRANTED** upon the filing of Plaintiffs' First Amended Complaint and that following the filing of Plaintiffs' First Amended Complaint, Defendant Liberty Mutual Insurance Co. is hereby **DISMISSED** from this action.

SO ORDERED.

SIGNED: January 6, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE