**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FRYMIRE HOME SERVICES, INC.,** | § | |
| **AND WHITFIELD CAPITAL, LLC** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:19-cv-1938** |
| | § | |
| **LIBERTY MUTUAL INSURANCE** | § | |
| **CO. AND OHIO SECURITY** | § | |
| **INSURANCE CO.** | § | |
| | § | |
| **Defendants.** | § | |

**APPENDIX TO DEFENDANTS OHIO SECURITY INSURANCE COMPANY'S BRIEF
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(i), Ohio Security Insurance Company ("Defendant" or "OSIC") files this Appendix to its Motion for Summary Judgment (the "Motion"). Defendant incorporate the contents of this Appendix for all purposes within the Motion.

| **Document Description** | **Appendix Page Nos.** |
|---|---|
| **Exhibit A** <br> Declaration of Emmitt Smith | APP 4-5 |
| **Exhibit A-1** <br> Certified copy of Policy No. BKS (19) 57 89 93 55 | APP 6-228 |
| **Exhibit A-2** <br> Inspection photo sheet from OSIC's June 29, 2018 inspection | APP 229-403 |
| **Exhibit A-3** <br> Loss Report for OSIC's June 29, 2018 inspection | APP 404-405 |
| **Exhibit A-4** <br> OSIC's January 18, 2019 reservation of rights letter | APP 406-408 |
| **Exhibit A-5** <br> Haag Engineering Hail Damage Evaluation | APP 409-574 |
| **Exhibit A-6** <br> OSIC's March 18, 2019 coverage position letter | APP 575-578 |

| **Exhibit B**<br>Deposition Upon Written Questions of Royal Indian LP | APP 579-675 |
|---|---|
| **Exhibit C**<br>Deposition Upon Written Questions of Partner Engineering | APP 676-757 |
| **Exhibit D**<br>Excerpts from Deposition Testimony of Jeff Ballard | APP 758-776 |
| **Exhibit E**<br>Excerpts from Deposition Testimony of Brady Sandlin | APP 777-789 |

Respectfully submitted,

*/s/  Michael C. Diksa*
MARK D. TILLMAN
State Bar No. 00794742
MICHAEL DIKSA
State Bar No. 24012531
SALINA A. KABANI
State Bar No. 24067484

**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
mike.diksa@tb-llp.com
salina.kabani@tb-llp.com

**ATTORNEYS FOR DEFENDANT**
**OHIO SECURITY INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

In accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on September 28, 2020, a true and correct copy of the above and foregoing instrument was served **_via facsimile or electronic service_** upon:

**ATTORNEYS FOR PLAINTIFFS**
Jay K. Gray
State Bar N0. 08324050
Andrew A. Bergman
State Bar No. 02196300
4514 Travis Street
Travis Walk, Suite 300
Dallas, Texas 75205
214-528-2444 (Telephone)
214-599-0602 (fax)
gray@bergmangray.com
bergman@abergmanlaw.com

_/s/ Michael C. Diksa_____
MARK D. TILLMAN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FRYMIRE HOME SERVICES, INC.,** | § | |
| **AND WHITFIELD CAPITAL, LLC** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.  3:19-CV-1938-B** |
| | § | |
| **LIBERTY MUTUAL INSURANCE** | § | |
| **CO. AND OHIO SECURITY** | § | |
| **INSURANCE CO.** | § | |
| | § | |
| **Defendants,** | § | |

## DECLARATION OF EMMITT SMITH

My name is Emmitt Smith, my date of birth ___11/24/1967_____, and my address is _7900 Windrose Avenue, Plano, Texas 75024_.  The facts stated herein are within my personal knowledge and on my examination of OSIC's business records and are true and correct.

1. I am a Claims Team Manager for Ohio Security Insurance Company ("OSIC"). As Claims Team Manager, I am familiar with the claim file maintained by OSIC for Claim No. 23432879 filed by Plaintiffs Frymire Home Services, Inc. and Whitfield Capital, Inc. (collectively "Plaintiffs") that is the basis of the above-styled and numbered action, and I participated in the handling of the claim.

2. Attached hereto and incorporated by reference into OSIC's Motion for Summary Judgment are the following records from OSIC's records and files.

   - Exhibit A-1: Certified copy of Policy No. BKS (19) 57 89 93 55

   - Exhibit A-2: Inspection photo sheet from OSIC's June 29, 2018 inspection

   - Exhibit A-3: Loss Report for OSIC's June 29, 2018 inspection

**DECLARATION OF EMMITT SMITH**                                                    **Page 1**

**EXHIBIT A**

- Exhibit A-4:  OSIC's January 18, 2019 reservation of rights letter

- Exhibit A-5:  Haag Engineering Hail Damage Evaluation

- Exhibit A-6:  OSIC's March 18, 2019 coverage position letter

3. The records listed above as Exhibits A-1 through A-6 are kept by OSIC in the regular course of business, and it was the regular course of business of OSIC for an employee or representative of OSIC, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; the records were made by, or from information transmitted by, persons with knowledge of the matters set forth in them. The records were made at or near the time or reasonably soon thereafter. It is the regular practice of the business activity to make these records. These records attached hereto and incorporated by reference into OSIC's Motion for Summary Judgment are the originals or exact duplicates of the originals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September _24_, 2020.

_____
EMMITT SMITH

**DECLARATION OF EMMITT SMITH**                                    **Page 2**

**EXHIBIT A**

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:        FRYMIRE HOME SERVICES, INC.

POLICY NUMBER:          BKS 57899355

POLICY DATES:           03-23-2018 TO 03-23-2019

David Hager, archivist of

Ohio Security Insurance Company   has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a

true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.


*David Alan Hager*

David Hager
Policy Copy Archivist


July 17, 2019


APP 6

**EXHIBIT A-1**

OSIC 001389


**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
One Security Insurance Company

Policy Number:
BKS (19) 57 85 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 02/13/2019 to 03/23/2019**

*12:01 am Standard Time*
*at Insured Mailing Location*

## Policy Change Endorsement

| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| FRYMIRE HOME SERVICES, INC.<br>2818 SATSUMA DR<br>DALLAS, TX 75229 | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC<br>PO BOX 3320<br>GILBERT, AZ 85299-3320 |

## CHANGES TO POLICY - TRANSACTION # 3

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

| | | |
|---|---|---|
| **Additional Premium** | | $185.00 |
| *Total Additional Charges* | | *$185.00* |
| *Certified Acts of Terrorism Additional Charges* | *$5.00* | *(Included)* |

*Note: This is not a bill*

## Description of Change(s)

ADDED LOCATION WITH REQUESTED COVERAGES: 2818

SATSUMA DR BLDG 2

See The Revised Declarations and Declarations Schedule

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

APP 7

DS 70 27 01 08

**EXHIBIT A-1**

OSIC 001390



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (19) 57 89 93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 02/13/2019 to 03/23/2019**

*12:01 am Standard Time
at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## OTHER NAMED INSUREDS

WHITFIELD CAPITAL LLC

## SUMMARY OF LOCATIONS

0001 2818 Satsuma Dr, Dallas, TX 75229-3523

0002 2818 Satsuma Dr Bldg 2, Dallas, TX 75229-3523

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 01 03 06 06 | Texas Changes |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 27 01 08**

**APP 8**

**EXHIBIT A-1**

OSIC 001391



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BKS (19) 57 99 93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 02/13/2019 to 03/23/2019**

*12:01 am Standard Time at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 26 39 12 07 | Texas Changes - Employment-related Practices Exclusion |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 85 87 03 08 | Texas Changes - Employer's Liability Exclusion |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 65 12 08 | Voluntary Property Damage Extension |
| CG 88 67 12 08 | Property Damage - Borrowed Equipment - $100,000 Limit |
| CG 88 70 12 08 | Construction Project(s)-General Aggregate Limit (Per Project) |
| CG 88 72 12 08 | Off Premises Property Damage Including Care, Custody or Control |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 80 12 08 | Property Damage - Customers' Goods ($100,000 Limit) |

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08

**EXHIBIT A-1**

APP 9

OSIC 001392



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
CMC Security Insurance Company

**Policy Change Endorsement**

Policy Number:
**BKS 57 88 53 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 02/13/2019 to 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 89 94 04 12 | Texas Changes - Total Pollution Exclusion With Hostile Fire Exception |
| CP 00 10 10 12 | Building and Personal Property Coverage Form |
| CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 01 42 03 12 | Texas Changes |
| CP 03 21 10 12 | Windstorm or Hail Percentage Deductible |
| CP 10 30 10 12 | Causes of Loss - Special Form |
| CP 10 34 10 12 | Exclusion of Loss Due To By-Products of Production or Processing Operations (Rental Properties) |
| CP 88 04 03 10 | Removal Permit |
| *CP 88 36 10 13 | Roof Surfacing Cosmetic Loss Exclusion |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 00 01 15 | Custom Protector Endorsement |

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 27 01 08**

APP 10

**EXHIBIT A-1**

OSIC 001393



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (19) 57 80 03 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 02/13/2019 to 03/23/2019**

*12:01 am Standard Time*
*at Insured Mailing Location*

## Policy  Change  Endorsement

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## POLICY  FORMS  AND  ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy.  Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CP 90 59 12 12 | Identity Theft  Administrative Services and Expense Coverage |
| CP 91 00 10 14 | Contractors  Custom Protector  Endorsement |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 68 03 12 | Texas Changes - Duties |
| IL 02 75 11 13 | Texas Changes - Cancellation And Nonrenewal Provisions For Casualty Lines And Commercial Package Policies |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| NP 91 50 04 12 | Texas Disclosure Form Exclusion - Asbestos Liability |
| NP 91 51 04 12 | Texas Disclosure Form Exclusion - Lead Liability |

Issue Date

Authorized  Representative

*To report a claim,  call  your Agent or 1-800-362-0000*

**APP 11**

DS 70 27 01 08

**EXHIBIT A-1**

OSIC 001394

This page intentionally left blank.

**EXHIBIT A-1**

OSIC 001395

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
The Ohio Casualty Insurance Company

Policy Number:
BKS 57 89 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Property
Declarations   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC |



## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Property Schedule Totals | $23,431.00 |
| Certified Acts of Terrorism Coverage | $586.00 |

*Total Advance Charges:*    **$24,017.00**
*Note: This is not a bill*

OSIC 001396

Liberty Mutual.
INSURANCE

**Coverage Is Provided In:**
Liberty Surplus Insurance Corporation

Policy Number:
BKS 58 78 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

**0001   2818 Satsuma Dr, Dallas,  TX 75229-3523**

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Non-Combustible |
| | **Occupancy:** Buildings Or Premises - Office NOC - For Profit |

| Business Income and Extra Expense Coverage | **Description** | |
|---|---|---|
| | Limit of Insurance - Including Rental Value | $255,000 |
| | **Covered Causes of Loss** | |
| | Special Form - Including Theft | |
| | *Premium* | *$4,333.00* |

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages. | |
|---|---|---|
| | *Premium* | *$335.00* |

*To report a claim,  call your Agent or  1-800-362-0000*

DS 70 23 01 08

**EXHIBIT A-1**

57899355        N0247246        250

INSURED COPY        000022        PAGE   8   OF   22

APP 14

OSIC 001397



**Liberty Mutual.**
INSURANCE

Policy Number:
**BKS 85 88 03 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |



## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 2818 Satsuma Dr, Dallas, TX 75229-3523*

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages included within the Blanket Limit. The Equipment Breakdown limit of insurance and deductible are Included in and not in addition to, the Blanket limit and deductible. |
|---|---|

*Premium*          *Included*

---

*0002   2818  Satsuma Dr Bldg 2, Dallas,  TX 75229-3523*

| Property Characteristics | **Description:** |
|---|---|
| | **Construction:** Masonry Non-Combustible |

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages included within the Blanket Limit. The Equipment Breakdown limit of insurance and deductible are Included in and not in addition to, the Blanket limit and deductible. |
|---|---|

*Premium*          *$42.00*

---



*Coverage Is Provided In:*
Liberty Insurance Corporation

Policy Number:
BKS (19) 57 89 03 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial Property
### Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 ORACLE INSURANCE GROUP, INC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

### BLANKET COVERAGE 1

**Blanket Building and Your Business Personal Property Coverage**

**DESCRIPTION**

| | |
|---|---|
| Limit of Insurance | $3,396,400 |
| Coinsurance | 100% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |

#### 2818 Satsuma Dr, Dallas, TX 75229-3523

| | |
|---|---|
| **Construction:** | Non-Combustible |
| **Occupancy:** | Buildings Or Premises - Office NOC - For Profit |
| | Special Form - Including Theft |
| **Coverage:** | Building and Your Business Personal Property |
| **Optional Coverage:** | Replacement Cost - Building |
| | Replacement Cost - Your Business Personal Property |
| | Inflation Guard - Annual Increase     4% |
| | Deductible - Windstorm or Hail     2% |

#### 2818 Satsuma Dr Bldg 2, Dallas, TX 75229-3523

| | |
|---|---|
| **Construction:** | Masonry Non-Combustible |
| **Building Occupancy:** | Mercantile - Multiple occupancy - Large area (over 15,000 sq. ft.) - Not class rated |
| | Special Form - Including Theft |
| **Your Business Personal Property Occupancy:** | Plumbing - Residential And Domestic - Contractors Storage |
| | Special Form - Including Theft |
| **Coverage:** | Building and Your Business Personal Property |
| **Optional Coverage:** | Replacement Cost - Your Business Personal Property |
| | Inflation Guard - Annual Increase     4% |

*Premium*     *$18,342.00*



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
BKS 58 40 43 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule   -Revised**



| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC |

## SUMMARY OF OTHER PROPERTY COVERAGES

| Identity Theft Administrative Services And Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance | See Endorsement CP9059 |
| | *Premium* | *$12.00* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Custom Protector Core Endorsement | $.00 |
| | *Premium* | *Included* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Contractors Custom Protector Endorsement | $367.00 |
| | *Premium* | *$367.00* |

**Commercial Property Schedule Total:**                    **$23,431.00**

---

*To report a claim, call your Agent or 1-800-362-0000*

APP 17

DS 70 23 01 08                    **EXHIBIT A-1**

OSIC 001400

57899355        N0247246        250                INSURED COPY        000022        PAGE  11  OF   22

This page intentionally left blank.

APP 18

**EXHIBIT A-1**

OSIC 001401

**Liberty Mutual.**
INSURANCE

Policy Number:
BKS 57 89 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   General   Liability
Declarations   -Revised**

Basis: Occurrence

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 1,000,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 85,911.00 |
| Certified Acts of Terrorism  Coverage | 859.00 |

*Total Advance Charges:*          **$86,770.00**
*Note: This is not a bill*



**Liberty Mutual.**
INSURANCE

Liberty Insurance Underwriters Inc.

Coverage Is Provided In:

Policy Number:
BKS (19) 57 85 83 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION

**0001    2818 Satsuma Dr, Dallas,  TX 75229-3523**

**Insured:**  FRYMIRE HOME SERVICES, INC.

**CLASSIFICATION -**  91581
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Erection or Repair -
Not Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | 1.105 | |
| | | *Total:* | |
| Products/Completed  Operations | | 2.434 | |
| | | *Total:* | |

**CLASSIFICATION -**  91585
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Repair or Erection Of
Buildings NOC

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | 1.105 | |
| | | *Total:* | |
| Products/Completed  Operations | | 1.134 | |
| | | *Total:* | |

*To report a claim,  call  your Agent or  1-800-362-0000*

**APP 20**

**EXHIBIT A-1**

OSIC 001403

**Liberty Mutual**
INSURANCE

*Coverage Is Provided In:*
General Insurance Company

Policy Number:
BKS 099 878 03 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  98483
Plumbing - Residential Or Domestic

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Payroll -  if any | 8.747 | |
| | *Total:* | | |
| Products/Completed  Operations | | 30.601 | |
| | *Total:* | | |

**CLASSIFICATION -**  98483
Plumbing - Residential Or Domestic

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 100,000  Dollars Of Payroll | 8.747 | $875.00 |
| | *Total:* | | $875.00 |
| Products/Completed  Operations | | 30.601 | $3,060.00 |
| | *Total:* | | $3,060.00 |

APP 21

**EXHIBIT A-1**

OSIC 001404

| 57899355 | N0247246 | 250 | INSURED COPY | 000022 | PAGE  15  OF  22 |

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
The Ohio Casualty Insurance Company

Policy Number:
BKS 57 89 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   General   Liability
Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**CLASSIFICATION -** 98482
Plumbing - Commercial And Industrial

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Payroll - if any | 5.925 | |
| | *Total:* | | |
| Products/Completed Operations | | 13.568 | |
| | *Total:* | | |

**CLASSIFICATION -** 98482
Plumbing - Commercial And Industrial

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 100,000 Dollars Of Payroll | 5.925 | **$593.00** |
| | *Total:* | | **$593.00** |
| Products/Completed Operations | | 13.568 | **$1,357.00** |
| | *Total:* | | **$1,357.00** |

*To report a claim, call your Agent or 1-800-362-0000*

**APP 22**

**EXHIBIT A-1**

OSIC 001405




**Liberty Mutual.** INSURANCE

Policy Number:
BKS (19) 57 89 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial General Liability**
**Declarations Schedule -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**CLASSIFICATION -** 95647
Heating Or Combined Heating And Air Conditioning Systems
Or Equipment - Dealers Or Distributors And Installation,
Servicing Or Repair - No Liquefied Petroleum Gas (LPG)
Equipment Sales Or Work

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 31,900 Dollars Of Payroll | 4.946 | $158.00 |
| | | *Total:* | *$158.00* |
| Products/Completed Operations | | 11.353 | $362.00 |
| | | *Total:* | *$362.00* |

**CLASSIFICATION -** 95647
Heating Or Combined Heating And Air Conditioning Systems
Or Equipment - Dealers Or Distributors And Installation,
Servicing Or Repair - No Liquefied Petroleum Gas (LPG)
Equipment Sales Or Work

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 4,800,000 Dollars Of Payroll | 4.946 | $23,741.00 |
| | | *Total:* | *$23,741.00* |
| Products/Completed Operations | | 11.353 | $54,494.00 |
| | | *Total:* | *$54,494.00* |

*To report a claim, call your Agent or 1-800-362-0000*

**APP 23**

**EXHIBIT A-1**

OSIC 001406

**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
The First Liberty Insurance Corporation

Policy Number:
BKS 57 89 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial  General  Liability**
**Declarations  Schedule  -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  61212
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing (Lessor's Risk Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 18,800 Square Feet Of Area | 14.392 | $271.00 |
| | | *Total:* | *Included* |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Contractors Custom Protector Coverages | See Policy Forms and Endorsements List | $1,000.00 |

| **Commercial General Liability Schedule Total** | **$85,911.00** |
|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

**APP 24**

**EXHIBIT A-1**

OSIC 001407

**Named  Insured  Endorsement**

POLICY NUMBER
**BKS   (19)  57 89 93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

FRYMIRE HOME SERVICES, INC.

WHITFIELD CAPITAL LLC

**DS 88 04 03 15**

APP 25

**EXHIBIT A-1**

OSIC 001408

This page intentionally left blank.

APP 26

**EXHIBIT A-1**

OSIC 001409

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ROOF SURFACING COSMETIC LOSS EXCLUSION

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number |
|---|---|
| | |



Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

We will not pay for "cosmetic loss or damage" to any "roof surface" caused by wind and/or hail. For the purpose of this endorsement, "cosmetic loss or damage" means marring, pitting or other superficial damage caused by wind/and or hail that alters the physical appearance, but does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the "cosmetic loss or damage" occurred.

"Roof surface" refers to the shingles, tiles, flashing, cladding, metal or synthetic sheeting or any other materials used for the roof, including all materials applied to or under the roof for protection or insulation from moisture or the elements.

APP 27

© 2013 Liberty Mutual Insurance.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
EXHIBIT A-1          Page 1 of 1

QSIC 001410

This page intentionally left blank.

**EXHIBIT A-1**

OSIC 001411



**Liberty Mutual. INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (19) 57 80 93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 03/23/2018 to 03/23/2019**

*12:01 am Standard Time
at Insured Mailing Location*

## Policy Change Endorsement

**Named Insured & Mailing Address**

FRYMIRE HOME SERVICES, INC.
2818 SATSUMA DR
DALLAS, TX 75229

**Agent Mailing Address & Phone No.**

(623) 777-9728
ORACLE INSURANCE GROUP, INC
PO BOX 3320
GILBERT, AZ 85299-3320

## CHANGES TO POLICY - TRANSACTION # 2

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

| | | |
|---|---|---|
| Additional Premium | | $21,335.00 |
| *Total Additional Charges* | | *$21,335.00* |
| *Certified Acts of Terrorism Additional Charges* | *$211.00* | *(Included)* |

*Note: This is not a bill*

## Description of Change(s)

UPDATED POLICY PER AUDIT RECEIVED

See The Revised Declarations and Declarations Schedule

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

**APP 29**

DS 70 27 01 08

**EXHIBIT A-1**

OSIC 001412

**Liberty Mutual**
INSURANCE

*Coverage Is Provided In:*
CMC Security Insurance Company

Policy Number:
**SKS 09 87 88 33 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 03/23/2018 to 03/23/2019**

*12:01 am Standard Time
at Insured Mailing Location*

### Policy  Change  Endorsement

| **Named Insured** | **Agent** |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## OTHER  NAMED  INSUREDS

WHITFIELD  CAPITAL  LLC

## SUMMARY  OF  LOCATIONS

0001 2818 Satsuma Dr, Dallas, TX 75229-3523

## POLICY  FORMS  AND  ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 01 03 06 06 | Texas Changes |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 26 39 12 07 | Texas Changes - Employment-related Practices Exclusion |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 85 87 03 08 | Texas Changes - Employer's Liability Exclusion |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 65 12 08 | Voluntary Property Damage Extension |

Issue Date

Authorized  Representative

*To report a claim,  call  your Agent or 1-800-362-0000*

**DS 70 27 01 08**

**EXHIBIT A-1**

APP 30

OSIC 001413

**Liberty Mutual. INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (21) 57 88 03 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 03/23/2018 to 03/23/2019**

*12:01 am Standard Time at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 88 67 12 08 | Property Damage - Borrowed Equipment - $100,000 Limit |
| CG 88 70 12 08 | Construction Project(s)-General Aggregate Limit (Per Project) |
| CG 88 72 12 08 | Off Premises Property Damage Including Care, Custody or Control |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 80 12 08 | Property Damage - Customers' Goods ($100,000 Limit) |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 89 94 04 12 | Texas Changes - Total Pollution Exclusion With Hostile Fire Exception |
| CP 00 10 10 12 | Building and Personal Property Coverage Form |
| CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 01 42 03 12 | Texas Changes |
| CP 03 21 10 12 | Windstorm or Hail Percentage Deductible |
| CP 10 30 10 12 | Causes of Loss - Special Form |
| CP 10 34 10 12 | Exclusion of Loss Due To By-Products of Production or Processing Operations (Rental Properties) |
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 00 01 15 | Custom Protector Endorsement |
| CP 90 59 12 12 | Identity Theft Administrative Services and Expense Coverage |
| CP 91 00 10 14 | Contractors Custom Protector Endorsement |
| IL 00 17 11 98 | Common Policy Conditions |

| Issue Date | Authorized Representative |
|---|---|
| | |

*To report a claim, call your Agent or 1-800-362-0000*

**APP 31**

DS 70 27 01 08

**EXHIBIT A-1**

OSIC 001414

| 57899355 | N0247246 | 250 | | INSURED COPY | 000018 | PAGE  3  OF  16 |



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
OMC Security Insurance Company

Policy Number:
**BKS (19) 57 89 93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**

Endorsement Period:
**From 03/23/2018 to 03/23/2019**

*12:01 am Standard Time
at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 ORACLE INSURANCE GROUP, INC |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 68 03 12 | Texas Changes - Duties |
| IL 02 75 11 13 | Texas Changes - Cancellation And Nonrenewal Provisions For Casualty Lines And Commercial Package Policies |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| NP 91 50 04 12 | Texas Disclosure Form Exclusion - Asbestos Liability |
| NP 91 51 04 12 | Texas Disclosure Form Exclusion - Lead Liability |

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

**APP 32**

DS 70 27 01 08

**EXHIBIT A-1**

OSIC 001415



**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BKS 57899355**

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property
Declarations   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Property Schedule Totals | $21,691.00 |
| Certified Acts of Terrorism Coverage | $542.00 |

*Total Advance Charges:*     **$22,233.00**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-800-362-0000*

APP 33

DS 70 22 01 08                    **EXHIBIT A-1**

OSIC 001416

57899355          N0247246          250                    INSURED COPY          000018          PAGE   5   OF   16

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
BKS 57899355

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC |

## SUMMARY OF PROPERTY COVERAGES  - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

*0001   2818 Satsuma Dr, Dallas,  TX 75229-3523*

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Non-Combustible |
| | **Occupancy:** Buildings Or Premises - Office NOC - For Profit |

| Business Income and Extra Expense Coverage | **Description** | |
|---|---|---|
| | Limit of Insurance - Including Rental Value | $255,000 |
| | **Covered Causes of Loss** | |
| | Special Form - Including Theft | |
| | *Premium* | *$4,333.00* |

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages. | |
|---|---|---|
| | *Premium* | *$335.00* |

*To report a claim,  call your Agent or  1-800-362-0000*

APP 34

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Liberty Insurance Corporation

Policy Number:
BKS 191873890 03 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Property**
**Declarations Schedule -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 2818 Satsuma Dr, Dallas, TX 75229-3523*

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages included within the Blanket Limit. The Equipment Breakdown limit of insurance and deductible are Included in and not in addition to, the Blanket limit and deductible. |
|---|---|

| | *Premium* | *Included* |
|---|---|---|

**BLANKET COVERAGE 1**

**Blanket Building and Your Business Personal Property Coverage**

**DESCRIPTION**

| Limit of Insurance | $3,086,400 |
|---|---|
| Coinsurance | 100% |

**Covered Causes of Loss**
Special Form - Including Theft

| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
|---|---|

**2818 Satsuma Dr, Dallas, TX 75229-3523**

| **Construction:** | Non-Combustible | |
|---|---|---|
| **Occupancy:** | Buildings Or Premises - Office NOC - For Profit | |
| | Special Form - Including Theft | |
| **Coverage:** | Building and Your Business Personal Property | |
| **Optional Coverage:** | Replacement Cost - Building | |
| | Replacement Cost - Your Business Personal Property | |
| | Inflation Guard - Annual Increase | 4% |
| | Deductible - Windstorm or Hail | 2% |

| | *Premium* | *$16,677.00* |
|---|---|---|

DS 70 23 01 08          **EXHIBIT A-1**          OSIC 001418



Coverage Is Provided In:
Liberty Insurance Corporation

Policy Number:
**BKS-(09) 5780-93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF OTHER PROPERTY COVERAGES

| Identity Theft Administrative Services And Expense Coverage | **Description** | |
|---|---|---|
| | Limit of Insurance | See Endorsement CP9059 |
| | *Premium* | *$12.00* |

| Property Extension Endorsement | **Description** | |
|---|---|---|
| | Custom Protector Core Endorsement | $.00 |
| | *Premium* | *Included* |

| Property Extension Endorsement | **Description** | |
|---|---|---|
| | Contractors Custom Protector Endorsement | $334.00 |
| | *Premium* | *$334.00* |

**Commercial Property Schedule Total:** $21,691.00



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Liberty Insurance Corporation

Policy Number:
**BKS (19) 58 88 93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   -Revised**

Basis: Occurrence

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 1,000,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 85,911.00 |
| Certified Acts of Terrorism  Coverage | 859.00 |

*Total Advance Charges:*     **$86,770.00**
*Note: This is not a bill*

**APP 37**

**EXHIBIT A-1**

OSIC 001420

57899355          N0247246          250                    INSURED COPY          000018          PAGE   9   OF   16

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
BKS 57899355

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations    Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION

**0001    2818 Satsuma Dr, Dallas,  TX 75229-3523**

**Insured:**  FRYMIRE HOME SERVICES, INC.

**CLASSIFICATION -**  91581
Contractors  - Subcontracted  Work - In Connection  With
Construction,  Reconstruction,  Erection or Repair -
Not Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | 1.105 | |
| | | Total: | |
| Products/Completed  Operations | | 2.434 | |
| | | Total: | |

**CLASSIFICATION -**  91585
Contractors  - Subcontracted  Work - In Connection  With
Construction,  Reconstruction,  Repair or Erection Of
Buildings NOC

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | 1.105 | |
| | | Total: | |
| Products/Completed  Operations | | 1.134 | |
| | | Total: | |

*To report a claim,  call  your Agent or  1-800-362-0000*

**APP 38**

**EXHIBIT A-1**

OSIC 001421

| 57899355 | N0247246 | 250 | | INSURED COPY | 000018 | PAGE  10  OF  16 |
|---|---|---|---|---|---|---|



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Liberty Insurance Corporation

Policy Number:
BKS (20) 57 88 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  98483
Plumbing - Residential Or Domestic

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Payroll -  if any | 8.747 | |
| | *Total:* | | |
| Products/Completed  Operations | | 30.601 | |
| | *Total:* | | |

**CLASSIFICATION -**  98483
Plumbing - Residential Or Domestic

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 100,000  Dollars Of Payroll | 8.747 | **$875.00** |
| | *Total:* | | **$875.00** |
| Products/Completed  Operations | | 30.601 | **$3,060.00** |
| | *Total:* | | **$3,060.00** |

*To report a claim,  call  your Agent or  1-800-362-0000*

# APP 39

**EXHIBIT A-1**

OSIC 001422

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Liberty Insurance Corporation

Policy Number:
BKS 58788 335 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  98482
Plumbing - Commercial And Industrial

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Payroll -  if any | 5.925 | |
| | | *Total:* | |
| Products/Completed  Operations | | 13.568 | |
| | | *Total:* | |

**CLASSIFICATION -**  98482
Plumbing - Commercial And Industrial

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 100,000 Dollars Of Payroll | 5.925 | **$593.00** |
| | | *Total:* | *$593.00* |
| Products/Completed  Operations | | 13.568 | **$1,357.00** |
| | | *Total:* | *$1,357.00* |

**EXHIBIT A-1**

OSIC 001423




**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
BKS (19) 57 80 03 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  95647
Heating Or Combined Heating And Air Conditioning Systems
Or Equipment - Dealers Or Distributors And Installation,
Servicing Or Repair - No Liquefied Petroleum Gas (LPG)
Equipment Sales Or Work

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 31,900  Dollars Of Payroll | 4.946 | $158.00 |
| | | Total: | $158.00 |
| Products/Completed  Operations | | 11.353 | $362.00 |
| | | Total: | $362.00 |

**CLASSIFICATION -**  95647
Heating Or Combined Heating And Air Conditioning Systems
Or Equipment - Dealers Or Distributors And Installation,
Servicing Or Repair - No Liquefied Petroleum Gas (LPG)
Equipment Sales Or Work

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 4,800,000  Dollars Of Payroll | 4.946 | $23,741.00 |
| | | Total: | $23,741.00 |
| Products/Completed  Operations | | 11.353 | $54,494.00 |
| | | Total: | $54,494.00 |

*To report a claim,  call  your Agent or  1-800-362-0000*

APP 41

**EXHIBIT A-1**

OSIC 001424

INSURED COPY

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
BKS 57 89 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  61212
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing (Lessor's Risk Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 18,800 Square Feet Of Area | 14.392 | $271.00 |
| | | *Total:* | *Included* |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Contractors Custom Protector Coverages | See Policy Forms and Endorsements List | $1,000.00 |

| | |
|---|---|
| **Commercial General Liability Schedule Total** | **$85,911.00** |

*To report a claim,  call  your Agent or  1-800-362-0000*

APP 42

**EXHIBIT A-1**

OSIC 001425

## Named Insured Endorsement

POLICY NUMBER
**BKS   (19)  57 89 93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

FRYMIRE HOME SERVICES, INC.

WHITFIELD CAPITAL LLC

**DS 88 04 03 15**

APP 43   PAGE 1 OF 1

**EXHIBIT A-1**

OSIC 001426

This page intentionally left blank.

**EXHIBIT A-1**

OSIC 001427



Liberty Mutual. INSURANCE

# Policyholder Information

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
| --- | --- |
| FRYMIRE HOME SERVICES, INC.<br>2818 SATSUMA DR<br>DALLAS, TX 75229 | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC<br>PO BOX 3320<br>GILBERT, AZ 85299-3320 |

57899355 000639 250 of 184 1

**Your Commercial Documents**

THIS IS NOT A BILL

## *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent, **ORACLE INSURANCE GROUP, INC (623) 777-9728** to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Commercial Package

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (623) 777-9728

**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (623) 777-9728
- In case of a claim, call your Agent or 1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| NP 10 58 04 17 | Important Notice To Policyholders Potential Reductions And Clarification Of Coverage - Limitation Of Coverage To Designated Premises Or Project Endorsement (CG 21 44 07 98) |
| NP 70 68 02 07 | Texas Important Contact Information |
| NP 72 42 01 15 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 73 47 11 16 | Premium Determination for Subcontractors |
| NP 74 06 01 06 | Flood Insurance Notice |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 74 50 01 07 | Important Audit Information |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| NP 93 73 03 13 | Texas Period To File A Claim or Bring Legal Action Against Us Notice - Windstorm or Hail - Catastrophe |
| NP 94 05 01 14 | Important Notice to Policyholders - Changes in Coverage - Commercial Property Coverage Part - Edition 10 12 |
| NP 96 00 10 14 | General Liability Access Or Disclosure Of Confidential Or Personal Information Exclusions Advisory Notice To Policyholders |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |
| SNI42 02 04 15 | Texas Notice - Notification Of The Availability Of Loss Control Information/Services |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

APP 46

**EXHIBIT A-1**

OSIC 001429

NP 10 58 04 17

# IMPORTANT  NOTICE  TO POLICYHOLDERS  POTENTIAL  REDUCTIONS AND  CLARIFICATION  OF COVERAGE - LIMITATION  OF COVERAGE TO DESIGNATED  PREMISES  OR PROJECT  ENDORSEMENT (CG 21 44 07 98 or CG 21 44 01 85)

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial  insurance. We are adopting  ISO's clarification  of the endorsement  "Limitation  of Coverage to Designated  Premises or Project" and this notice contains  a summary  of the changes made to your policy.  Please note that not all of the changes noted may apply to your specific policy. If your expiring policy did not contain endorsement  CG 21 44 07 98 or CG 21 44 01 85, this change does not affect your policy.  In addition, this notice does not reference every editorial change made to the endorsement  or coverage form; it only reflects significant  coverage changes.

Please read your policy and review your declarations  page for complete  coverage information.  No coverage is provided  by this notice, nor can it be construed  to replace any provisions  of your policy. If there are discrepancies  between your policy and this notice, the provisions  of the policy shall prevail.

These changes become effective  as of the effective  date of your replacement  policy. Please note that this notice does not apply to you or your policy in the event you have received,  or do receive, a notice of cancellation  or nonrenewal.

Should  you have questions  after reviewing  the changes outlined  below, please contact your independent agent. Thank you for your business.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Limitation  of Coverage to Designated  Premises or Project | CG 21 44 07 98 CG 21 44 01 85 | Limitation  of Coverage to Designated  Premises, Project, or Operation. | CG 21 44 04 17 |

**THIS ENDORSEMENT  MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL  GENERAL LIABILITY COVERAGE PART.**

### MISCELLANEOUS CHANGES

- Similar  to the expiring  endorsement  CG 21 44 07 98 or CG 21 44 01 85, the revised endorsement  CG 21 44 04 17 modifies the Commercial  General Liability  Coverage Part. However, in doing so, the revised endorsement  separately  replaces select sections of the **Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury Liability,** and **Coverage C - Medical Payments** insuring agreements.  For greater delineation  in this regard, the revised endorsement  contains separate paragraphs  addressing  the insuring  agreements  for **Coverage A, B,** and **C.**

- The revised endorsement  explicitly  incorporates  the term "operation"  into the endorsement's  Schedule, separate from the Premises field. The term "operation"  has also been added to the revised endorsement's  three insuring  agreement  paragraphs,  as well as its title.

### POTENTIAL REDUCTIONS IN COVERAGE

- Your CG 21 44 04 17 no longer contains  wording  referring  to coverage granted for injury or damage arising out the "ownership,  maintenance  or use of the premises shown in the schedule and operations necessary  or incidental  to those premises".  The expiring  endorsement  included  this language.

- Your CG 21 44 04 17 now contains  an expanded clarification  of coverage for coverage part A, adding that this insurance only applies if "bodily  injury" or "property  damage"  are caused by an "occurrence" that takes place in the "coverage  territory",  and only if the "bodily  injury" or "property  damage" 1) occurs on the premises  shown in the Schedule or the grounds and structures  appurtenant  to those premises;  or 2) Arises out of the project  or operation  shown in the Schedule. The expiring  endorsement did not contain  these conditions.

NP 10 58 04 17 ©  2017 Liberty Mutual Insurance

APP. 47

EXHIBIT A-1

OSIC 001430

- Your CG 21 44 04 17 now contains an expanded clarification of coverage for coverage part B, adding that this insurance only applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" and only if the offense arises out of your business 1) Performed on the premises shown in the schedule; or 2) In connection with the project or operation shown in the Schedule; and during the policy period. The new form also requires that if the "personal and advertising injury" is cause by 1) False arrest, detention or imprisonment; or 2) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor; then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises. The expiring endorsements did not contain these conditions.

- Your CG 21 44 04 17 now contains an expanded clarification of coverage for Part C, adding that coverage for medical expenses applies to "bodily injury" caused by an accident that takes place in the "coverage territory" only if the "bodily injury" 1) Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or 2) Arises out of the project or operation shown in the Schedule. The accident must also take place during the policy period, the expenses must be incurred and reported within one year of the date of the accident, and the injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**EXHIBIT A-1**

OSIC 001431

**TEXAS**
**IMPORTANT NOTICE**
**IMPORTANT CONTACT INFORMATION**

To obtain information or make a complaint:

You may call Liberty Mutual Insurance's toll-free telephone number for information or to make a complaint at

**1-800-443-2534**

You may also write to Liberty Mutual Insurance at:

Liberty Mutual Insurance

P.O. Box 833906

Richardson, Texas 75083-3906

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

**1-800-252-3439**

You may write the Texas Department of Insurance

P.O. Box 149104

Austin, TX 78714-9104

FAX# (512) 475-1771

Web: http://www.tdi.state.tx.us

E-mail: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**

Should you have a dispute concerning your premium or about a claim you should contact the agent or Liberty Mutual Insurance first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**

This notice is for information only and does not become a part or condition of the attached document.

**TEXAS**
**AVISO IMPORTANTE**
**INFORMACION IMPORTANTE DE COMUNICARSE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Liberty Mutual Insurance para informacion o para someter una queja al

**1-800-443-2534**

Usted tambien puede escribir a Liberty Mutual Insurance:

Liberty Mutual Insurance

P.O. Box 833906

Richardson, Texas 75083-3906

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas

P.O. Box 149104

Austin, TX 78714-9104

FAX # (512) 475-1771

Web: http://www.tdi.state.tx.us

E-mail: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o Liberty Mutual Insurance primero. Si no se resuelve la disputa, puede entonces comunicarse con el departmento (TDI).

**UNA ESTE AVISO A SU POLIZA:**

Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

APP 49

**EXHIBIT A-1**

OSIC 001432

FRYMIRE HOME SERVICES, INC.                     BKS  (19)   57 89 93 55
                                                From 03/23/2018 To 03/23/2019

2818 SATSUMA DR
DALLAS, TX 75229


(623) 777-9728
ORACLE INSURANCE GROUP, INC

PO BOX 3320
GILBERT, AZ 85299-3320

### TERRORISM INSURANCE PREMIUM  DISCLOSURE
### AND OPPORTUNITY  TO REJECT

**This notice contains important  information  about the Terrorism  Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism  Risk Insurance Act, including  all amendments  ("TRIA" or the "Act"), establishes  a program to spread the risk of catastrophic  losses from certain  acts of terrorism  between  insurers  and the federal government.  If an individual  insurer's  losses from certified  acts of terrorism  exceed a specified  deductible amount,  the government  will reimburse  the insurer  for a percentage  of losses (the "Federal Share") paid in excess of the deductible,  but only if aggregate industry  losses from such acts exceed the "Program Trigger".  An insurer  that has met its insurer  deductible  is not liable for any portion  of losses in excess of $100 billion  per year. Similarly,  the federal government  is not liable for any losses covered by the Act that exceed this amount.  If aggregate insured  losses exceed $100 billion,  losses up to that amount may be pro-rated,  as determined  by the Secretary of the Treasury.

The Federal Share and Program  Trigger  by calendar  year are:

| Calendar  Year | Federal Share | Program  Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY  OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM"  AND DISCLOSURE OF PRE-MIUM

TRIA requires  insurers  to make coverage  available  for any loss that occurs within  the United States (or outside of the U.S. in the case of U.S. missions  and certain  air carriers  and vessels),  results from a "certified act of terrorism"  AND that is otherwise  covered  under your policy.

A "certified  act of terrorism"  means:

[A]ny act that is certified  by the Secretary [of the Treasury ] , in consultation  with the Secretary  of Homeland  Security,  and the Attorney  General of the United  States.

**(i)**  to be an act of terrorism;

NP 72 42 01 15          ©   2015 Liberty Mutual Insurance          Page 1 of 2

EXHIBIT A-1

OSIC 001433

(ii) to be a violent  act or an act that is dangerous  to -
    **(I)** human life;
    **(II)** property;  or
    **(III)** infrastructure;

(iii) to have resulted  in damage within  the United States, or outside  of the United States in the case of -
    **(I)** an air carrier (as defined  in section  40102 of title  49, United  States Code) or United  States flag vessel (or a vessel based principally  in the United  States, on which  United  States income  tax is paid and whose  insurance  coverage is subject to regulation  in the United States); or
    **(II)** the premises  of a United  States mission;  and

(iv) to have been committed  by an individual  or individuals  as part of an effort  to coerce the civilian population  of the United States or to influence the policy  or affect the conduct  of the United  States Government  by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included  in your policy  coverage for losses resulting  from "certified  acts of terrorism"  as defined above.

THE PREMIUM  CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS  PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOV- ERNMENT UNDER THE ACT. If we are providing  you with a quote, the premium  charge will also appear on your quote as a separate line  item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWL- EDGMENT,  AND RETURN THIS FORM TO THE ADDRESS BELOW: **Please ensure any rejection  is received within  thirty  (30) days of the effective  date of your policy** .

Before making  a decision  to reject terrorism  insurance,  refer to the Disclaimer  for Standard  Fire Policy States located at the end of this Notice.

☐   I hereby reject this offer of coverage. I understand  that by rejecting  this offer, I will  have no coverage for losses arising from "certified  acts of terrorism"  and my policy  will  be endorsed  accordingly.

Policyholder/Applicant's  Signature               Print  Name                   Date Signed

_____    _____    _____

Named  Insured                              Policy  Number
FRYMIRE HOME SERVICES, INC.          BKS  (19)   57 89 93 55

Policy  Effective/Expiration   Date
From 03/23/2018 To 03/23/2019

## IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO:

      Attn: Commercial  Lines Division  - Terrorism
      PO Box 66400
      London,  KY 40742-6400

**Note:** Certain states (currently  CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following  a "certified  act of terrorism"  in certain types of insurance  policies. If you reject TRIA coverage in these states on those policies, you will  not be charged any additional premium  for that state mandated  coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions  regarding  this notice, please contact  your agent.

APP 51

OSIC 001434


EXHIBIT A-1

# IMPORTANT  NOTICE
## NOTICE  TO  POLICYHOLDERS

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions.

Please refer any questions you may have to your insurance agent.

As a construction related insured, a portion of your construction operations may be performed by subcontractors. In order to minimize your loss exposure and reduce your premium charge for subcontracted work, your subcontractors must carry adequate insurance.

**Please read the following carefully to understand:**

**1.   What is an "Adequately Insured Subcontractor"?**

"A subcontractor that has a valid certificate of insurance showing proof of Commercial General Liability coverage, or its equivalency, with the Named Insured shown as a Certificate Holder and at least $300,000 (Occurrence) limits for the period of time work was performed."

**2.   How do we determine your premium for an "Adequately Insured Subcontractor"?**

We will use the total cost of the subcontracted work to determine your premium regarding your Commercial General Liability coverage. The resulting premium charge to you will normally be much less than if the subcontractor is uninsured or carries an inadequately limit of insurance.

In order to meet the requirement of having an "Adequately Insured Subcontractor", you must present satisfactory evidence of subcontractor's insurance by providing us with a valid Certificates of Insurance from your subcontractor, at the time of audit. The certificate must show proof of Commercial General Liability coverage with you as the Certificate Holder and at least $300,000 (Occurrenc e) limit for the period of time that the subcontractor performed work for you.

If you do not have satisfactory evidence of subcontractors insurance at the time of audit, your subcontractors will be deemed inadequately insured.

**3.   How do we determine your premium for an inadequately insured subcontractor?**

If you cannot provide satisfactory evidence of the subcontractor's insurance at the time of audit, such as not being able to provide a Certificate of Insurance or the Certificate of Insurance has limits less than $300,000 (Occurrence), we will determine the premium for the inadequately insured subcontractor as follows:

The subcontractor will be classed according to type of construction operation performed and charged the same as an employee. At the time of audit, we will request that you provide us with the subcontractor's payroll amount and a description of work performed for you.

If we can not determine the subcontractor's payroll, your premium charge for the inadequately insured subcontractor will be based on the following:

If the insured's records do not disclose a breakdown between material and labor costs, but the total subcontract costs did include materials, use a minimum of 50% of the total cost as the premium basis.

If the subcontractor work was for labor only, use 90% of the total subcontract cost as the rating basis.

**4.   What records and documentation are you required to maintain?**

Please be sure that you keep clear and accurate records with a breakdown of payrolls and subcontractor costs by type of work performed. In addition, be sure to obtain and save satisfactory evidence of subcontractor's insurance, such as Certificates of Insurance regarding all of your subcontractors.

On the reverse side of the "Important Notice to Policyholders" we have included a helpful Example Subcontractor Worksheet, WS 70 03 06 00, that may assist you to establishing an organized method of monitoring your subcontractor's work and their Certificates of Insurance.

**EXHIBIT A-1**

OSIC 001435

EXAMPLE

## Subcontractor Worksheet

**Agency:**                                                          **Policy Number:**

| Name of Subcontractor | Description of Operation | Total Cost Paid to Subcontractor | Cost Paid to Subcontractor for Materials Only | Certificate of Insurance for Workers Comp Coverage | Certificate of Insurance for General Liability with at least $300,000 limits per Occurrence |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | (Y) or (N) | (Y) or (N) |
| Jones Excavating | Foundations excavated | $15,000 | $5,000 | Y | Y |
| Hart Electrical | Residential Work | $7,000 | $0 | Y | Y |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**WS 70 03 06 00**

NP 73 47 11 16                          © 2016 Liberty Mutual Insurance

EXHIBIT A-1

OSIC 001436

# FLOOD INSURANCE  NOTICE

Unless  a Flood Coverage  endorsement  is attached,  your policy  does not provide  flood  coverage  and you will **not**  have coverage  for property  damage from floods  unless you purchase a separate policy  for flood  insurance through  the Federal  Emergency  Management  Agency (FEMA) National  Flood Insurance Program.

If you would  like more information  about obtaining  coverage under the National  Flood Insurance Program, please contact  your agent.

**EXHIBIT A-1**

APP 54

OSIC 001437

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO  POLICYHOLDERS



No coverage is provided  by this Policyholder  Notice nor can it be construed  to replace any provisions  of your policy. You should read your policy and review your Declarations  page for complete  information  on the coverages  you are provided.

This Notice provides  information  concerning  possible  impact on your insurance  coverage due to directives issued by OFAC. **Please read this Notice  carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control (OFAC) administers  and enforces sanctions policy, based on Presidential declarations  of "national  emergency".  OFAC has identified  and listed numerous:

- Foreign  agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;  and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked Persons".  This list can be located on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with OFAC regulations,  if it is determined  that you or any other insured, or any person or entity claiming  the benefits of this insurance  has violated  U.S. sanctions law or is a Specially  Designated National and Blocked Person, as identified  by OFAC, this insurance  will be considered  a blocked or frozen contract  and all provisions  of this insurance  are immediately   subject to OFAC. When an insurance  policy is considered  to be such a blocked or frozen contract,  no payments  nor premium  refunds may be made without  authorization  from OFAC. Other limitations   on the premiums  and payments  also apply.

APP 55

©   2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 74 44 09 06

Exhibit A-1

QSIC 001438

Page 1 of 1

NP 74 50 01 07

## Important Notice
## Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions.

Please refer any questions you may have to your insurance agent.

We would like to thank you for being a policyholder. We appreciate your business.

If your policy contains a condition stating it is subject to a premium audit we would like to take this opportunity to explain how the audit process works and answer the most common questions we receive from our policyholders. The information in this notice will make it easier for you to prepare for your audit.

**Insurance Premium Audit Facts**

Audits can benefit our policyholders by allowing us to collect the appropriate amount of premium for each policy.

Most commercial policies are written based on estimated or fluctuating exposure bases. At the end of the policy term an audit will determine the actual exposure bases and the premium will be adjusted accordingly. A company representative will conduct the audit.

The premium auditor will examine and audit records that relate to your policy. The records necessary to complete the audit will vary, based on the coverages you have. Types of records that may be requested for your audit include, but are not limited to:

- Payroll Records, including 941 forms
- Sales Journals or income statements
- General Ledger
- Cash Disbursements Journal
- Subcontractor Certificates

Keeping accurate and complete records will allow the auditor to properly classify and allocate your exposures correctly. Often there are allowable credits available according to insurance manual classification and rating rules. The premium auditor will be able to give you the credits, to which you are entitled, if your records provide the necessary details. Providing the records your auditor needs can save you time and money as well as expedite the audit process.

**How Audits are Conducted**

Audits are handled in different ways, depending on the types of coverages you may have. We conduct audits in the following ways:

Physical Audit - An auditor will contact you and set up a convenient time to personally come to your business and review your records.

Phone Audit -Forms will be mailed to you, explaining what is necessary to complete a phone audit. The phone auditor will contact you or your bookkeeper for this information.

Voluntary Audit - Forms will be mailed to you for completion. We will provide you with contact information if you need assistance in completing the forms.

APP 56

**EXHIBIT A-1**

OSIC 001439

**Completing the audit**

Many states have enacted legislation that governs the time in which an audit must be completed, billed and paid. This applies to audits for cancelled policies as well as regular audits. In order to comply with state regulations, it is important to make your records available for audit when our representative contacts you. We will make every effort to complete the audit within a reasonable time after the close of the policy period stated in your policy.

**Frequently Asked Questions**

**Q: What if I use subcontractors?**

A: Subcontractors are factored in to the audit process. Subcontractors who do not have insurance are treated as though they are your employees at the time of the audit. If your subcontractor furnishes you with a certificate of liability or workers' compensation insurance, your insurance cost for that subcontractor could be less. See your policy for details on limits of insurance required for certificates.

**Q: I have no employees and work alone. Does the insurance company still need to complete an audit?**

A: Yes. The auditor will need to verify you worked alone by examining business records that may include tax filings, disbursements, and check stubs.

**Q: Do I need an audit if I have cancelled my policy or am no longer insured with you?**

A: An audit may still be necessary even if you no longer have an active policy with us. The audit would cover the time period for which you were insured by us. Other factors that may determine if an audit is necessary include the time the policy was in effect and the amount of premium involved.

**Q: If I use leased employees but the leasing company carries the liability, are the leased employees excluded from my General Liability policy?**

A: No. The manual rules stipulate that all leased employees are covered on the insured's policy.

**Q: Is it necessary to keep records on any casual labor I use?**

A: Yes. Casual labor payroll is examined during the audit.

**Q: What happens if I do not comply with the audit and fail to provide all necessary records and verification?**

A: It's important to provide the necessary information in order to complete the audit. If you fail to do so, your policy may be cancelled or nonrenewed. You may also receive an estimated audit statement based on increased policy exposure estimates due to non- compliance of audit.

If you would like additional information about the policy audit process, your independent agent can assist you. The Premium Audit Department is also available to answer any questions you may have regarding this process.

Please contact us at 1-888-224-9246 or via E-mail at PremiumAuditServices@libertymutual.com

APP 57

**EXHIBIT A-1**

OSIC 001440

# IMPORTANT  POLICYHOLDER INFORMATION
## CONCERNING  BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

APP 58

© 2010 Liberty Mutual Insurance Company. All rights reserved.

EXHIBIT A-1

OSIC 001441

# TEXAS PERIOD TO FILE A CLAIM OR BRING LEGAL ACTION AGAINST US NOTICE - WINDSTORM OR HAIL - CATASTROPHE AREA

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

In accordance with Texas Insurance Code Section 2301.010(f), we are notifying you that:

1. With respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area, as defined by the Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim; and

2. Any legal action brought against us under the policy for loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area, as defined by the Texas Insurance Code, must be brought within the earlier of the following:

   a. Two years and one day from the date we accept or reject the claim; or

   b. Three years and one day from the date of the loss or damage that is the subject of the claim.

APP 59

© 2013 Liberty Mutual Insurance. All rights reserved.

EXHIBIT 1

OSIC 001442

## IMPORTANT   NOTICE  TO  POLICYHOLDERS

## CHANGES  IN  COVERAGE

## COMMERCIAL   PROPERTY  COVERAGE  PART - EDITION  10  12

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial  insurance. The various coverage forms that constitute  the Commercial  Property Coverage Part of your policy are being updated. As a result, we are amending  the policy form(s) listed below, which will result in changes to your coverage.

This notice contains a brief summary  of coverage changes organized by policy section. Please note that not all of the endorsements  indicated  may apply to your specific policy. In addition, this notice does not reference every editorial  change made to the endorsement  or coverage form; it only reflects significant coverage  changes.

Please read your policy and review your Declarations  page for complete  coverage information.  No coverage is provided  by this notice, nor can it be construed  to replace any provisions  of your policy. If there are discrepancies  between your policy and this notice, the provisions  of the policy shall prevail.

These changes become  effective  as of the effective  date of your replacement  policy. Please note that this notice does not apply to you or your policy in the event you have received, or do receive, a notice of cancellation  or nonrenewal.

Should  you have questions  after reviewing  the changes outlined  below, please contact your independent agent. Thank you for your business.

---

**COVERAGE FORMS, CAUSES OF LOSS FORMS  AND RELATED ENDORSEMENTS**

---

### 1.   BROADENINGS OF COVERAGE

- **Civil Authority  Additional  Coverage (CP 00 30, CP 00 32, CP 00 50)**

  The basic coverage  period for the Civil Authority  Additional  Coverage is increased from three weeks to four weeks.

- **Coverage Radius for Business Personal Property and Personal Property of Others (CP 00 10, CP 00 18, CP 00 99, CP 17 98)**

  These forms are revised to extend coverage for business personal property and personal property of others to such property  when located within  100 feet of the building  or 100 feet of the described premises,  whichever  distance is greater.

- **Debris Removal (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

  The additional  Limit of Insurance for debris removal  expense is increased from $10,000 to $25,000.

  Further, coverage for debris removal  is expanded  to include  the expense of removing  debris of certain  property  of others. The total expense for all debris removal  is subject to the limitations stated in the policy concerning  amount  of coverage, including  the aforementioned  additional  Limit of Insurance. However,  when no Covered Property sustains  direct physical loss or damage, cov- erage for the removal  of debris of others' property  is limited  to $5,000.

  The Outdoor  Property Coverage Extension is revised to include debris removal  expense for trees, shrubs and plants that are the property  of others, except trees, shrubs and plants owned by the landlord  of an insured tenant.

  Related change: Debris Removal Additional  Insurance Endorsement  **CP 04 15** makes reference to the policy's  aforementioned  limit of $25,000.

APP 60

© 2014 Liberty Mutual Insurance. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit L

QSIC 001443

Page 1 of 9

● Electronic Data in Building Equipment (CP 00 10, CP 00 17, CP 00 18, CP 00 30, CP 00 32, CP 00 40, CP 00 50, CP 00 70, CP 00 99)

The property damage and related Coverage Forms **(CP 00 10, CP 00 17, CP 00 18, CP 00 40, CP 00 70, CP 00 99)** are revised to remove the $2,500 limitation on electronic data with respect to loss or damage to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system. Coverage for such electronic data will be considered part of the coverage on the building. Further, under property damage forms, the $2,500 limitation will no longer apply to stock of prepackaged software. Coverage for prepackaged software will be subject to the Limit of Insurance otherwise applicable to such personal property.

The business interruption Coverage Forms **(CP 00 30, CP 00 32, CP 00 50)** are revised so that the $2,500 limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system. A business interruption caused by loss or damage to such electronic data will be subject to the coverage otherwise applicable to a covered business interruption.

● **Entrusted Property (CP 10 30)**

In the Causes Of Loss - Special Form **CP 10 30,** the exclusion of dishonest or criminal acts is revised to distinguish between those who have a role in the insured's business (partners, managers, employees, etc.) and others to whom property may be entrusted (a category that includes tenants and bailees, for example). With respect to the latter category, the exclusion is narrowed to apply only to theft. Further, the exception to the exclusion (which enables coverage for acts of destruction ) is revised to extend applicability to authorized representatives.

● **Extended Business Income, Extended Period of Indemnity (CP 00 30, CP 00 32)**

The number of days' coverage under the Extended Business Income provision is increased from 30 to 60 days. Accordingly, the Extended Period of Indemnity option, if applicable, is revised to begin after 60 days.

● **Fire Department Service Charge (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

The Fire Department Service Charge Additional Coverage is revised to enable purchase of a higher limit of coverage. This is a new coverage option which broadens a policy to which it applies.

● **Outdoor Signs (CP 00 20, CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

In form **CP 00 20,** the Limit of Insurance for signs attached to the building is increased from $1,000 per sign to $2,500 per sign in any one occurrence.

In forms **CP 00 10, CP 00 17, CP 00 18** and **CP 00 99,** the Limit of Insurance for attached outdoor signs is increased from $1,000 to $2,500 per sign in any one occurrence. The Limit of Insurance for detached outdoor signs is increased from $1,000 per-occurrence (in total) to $2,500 per sign in any one occurrence. Further, coverage for detached outdoor signs is broadened to include all causes of loss otherwise covered under the applicable Causes of Loss form.

● **Party Walls (CP 00 10, CP 00 17, CP 00 20, CP 00 99)**

Potential broadening of coverage: As revised, the above captioned forms identify the exposure (party walls) and convey loss adjusting procedures for it. Under this insurance, loss payment relating to a party wall reflects the insured's partial interest in that wall. However, if the owner of the adjoining building elects not to repair or replace that building (and the building insured under this insurance is being repaired or replaced), this insurance will pay the full value of the party wall subject to all other applicable policy provisions.

● **Property in Storage Units (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

A Coverage Extension for Business Personal Property Temporarily in Portable Storage Units is introduced. Under this Coverage Extension, a 90-day coverage period is provided for business personal property temporarily stored in a portable storage unit located within 100 feet of the described premises, subject to a sub-limit of $10,000 regardless of the number of storage units.

● **Specified Causes of Loss - Water Damage (CP 10 30)**

Coverage for water damage under the definition of "specified causes of loss" is expanded to include accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of certain off-premises systems due to wear and tear.

APP 61

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT 1**

QSIC 001444

- **Utility Services Exclusion (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  With respect to time element coverage, there is a broadening of coverage, in that on-premise s failure is limited to situations where the failure involves equipment used to supply utility service from an off-premises source.

- **Vegetated Roofs (CP 00 10, CP 00 17, CP 00 20, CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30, CP 11 99)**

  Property Not Covered is revised to make an exception for lawns, trees, shrubs and plants which are part of a vegetated roof, thereby treating such property as an insured part of the building, so that an existing vegetative roof can be replaced with like kind in the event of a loss, subject to policy terms and certain limitations. Accordingly, lawns, trees, shrubs and plants which are part of a vegetated roof are no longer covered under the more limited Outdoor Property Coverage Extension.

## 2. POTENTIAL REDUCTIONS OF COVERAGE

- **Civil Authority Additional Coverage (CP 00 30, CP 00 32, CP 00 50)**

  For coverage to apply, access to the area immediately surrounding the damaged property must be prohibited by civil authority as a result of the damage and the insured's premises must be within that area, not more than 1 mile from the damaged property.

- **Newly Acquired Property (CP 00 10, CP 00 17, CP 00 18, CP 00 99, CP 17 98)**

  Under the Newly Acquired Property Extension, the provision which extends an additional Limit of Insurance to newly acquired business personal property at the described premises is removed. There is no change to the coverage for newly acquired business personal property at newly acquired locations or at newly constructed or acquired buildings at the described location.

- **Utility Services Exclusion (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  This exclusion now applies to utility failure that originates at the described premises, when such failure involves equipment used to provide utility service supplied by an off-premises provider. With respect to time element coverage, the aforementioned statement is relevant to the covered building, since the current time element exclusion already includes failure originating on the described premises outside a covered building.

## 3. REINFORCEMENT OF COVERAGE

- **Artificially Generated Electrical Current Exclusion (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

  This exclusion has been revised to explicitly incorporate various terms that reflect current understanding of technology with respect to power sources and associated systems, such as electromagnetic energy (including electromagnetic pulse or waves) and microwaves, and the various risks presented by them.

- **Business Personal Property and Personal Property of Others in Described Structures (CP 00 10, CP 00 17, CP 00 18, CP 00 99, CP 17 98, CP 17 99)**

  The coverage provisions for Your Business Personal Property and Personal Property of Others are revised to make it explicit that such property is covered when located in the building or structure described in the Declarations.

- **Collapse (CP 00 70, CP 10 20, CP 10 30)**

  In forms **CP 00 70** and **CP 10 30,** the exclusion for collapse, and the Additional Coverage - Collapse (which provides limited coverage), are revised to reinforce that relationship.

  In form **CP 10 20,** the Additional Coverage - Collapse is revised to reinforce the applicability of such coverage with respect to certain perils that are not otherwise covered by the policy.

- **Coverage Radius With Respect To Business Interruption (CP 00 30, CP 00 32, CP 00 50)**

  In part, the coverage criteria for business interruption coverage relate to loss or damage to personal property in the open or in a vehicle within a certain distance from the described premises. The language relating to the coverage radius is revised to achieve more similarity between the radius outlined for insureds who are occupants of the entire premises and those who occupy only a part of the premises, and to use terminology similar to that used in property damage forms.

18 of 184

**APP 62**

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit 1**

QSIC 001445

● **Earth Movement (CP 00 10, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

The Earth Movement Exclusion now makes explicit reference to earth movement caused by an act of nature or otherwise caused. In addition, the term earthquake now incorporates tremors and aftershocks.

With respect to coverage for Volcanic Action (which is a limited exception to the exclusion of volcanic eruption), all such eruptions that occur within any 168-hour period constitute a single occurrence.

● **Electronic Data (CP 00 10, CP 00 17)**

The coverage provisions are revised to reinforce that the amount of coverage under Additional Coverages - Electronic Data applies in addition to the Limits of Insurance for any other coverages.

● **Electronic Data (CP 00 18, CP 00 99)**

The coverage provisions are revised to reinforce that the amount of coverage for Electronic Data applies in addition to the Limits of Insurance for any other coverages.

● **Fire Department Service Charge (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

The Fire Department Service Charge Coverage is revised to specify that the amount of such coverage ($1,000 or a designated higher limit) applies to each premises described in the Declarations. Further, the language of the coverage provision is revised to make it explicit that the designated limit applies regardless of the number of responders or the number or type of services performed.

● **Increased Cost of Construction (CP 00 10, CP 00 17)**

The coverage provisions are revised to reinforce that the amount of coverage under Additional Coverages - Increased Cost of Construction applies in addition to the Limits of Insurance for any other coverages.

● **Interruption of Computer Operations Additional Coverage (CP 00 30, CP 00 32, CP 00 50)**

Revisions are made to reinforce that the amount of coverage for the Interruption of Computer Operations Additional Coverage applies in addition to the Limits of Insurance for any other coverages under these forms.

● **Ordinance or Law Exclusion (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 30, CP 00 32, CP 00 50, CP 00 70, CP 00 80, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

The language of the Ordinance or Law Exclusion, which relates to enforcement of an ordinance or law, is revised to also refer to compliance with an ordinance or law.

Similar references are revised in the policy's Increased Cost of Construction (ICC) Additional Coverage, Loss Payment and Valuation Conditions, and Replacement Cost Optional Coverage, and in the Period of Restoration definition in the business interruption forms. Further, the ICC coverage grant is revised to explicitly refer to compliance with the minimum standards of an ordinance or law.

● **Product Errors (CP 00 70, CP 10 30)**

Coverage does not apply to loss or damage to any merchandise, goods or other product, caused by error or omission in any stage of the development, production or use of the product. But if the error or omission results in a covered cause of loss, the loss or damage attributable to the covered cause of loss is covered. Coverage intent is reinforced, with an explicit provision, in light of sporadic claims being asserted in contradiction of intent.

● **Risk of Loss (CP 00 70, CP 10 30)**

The term "risk of" is removed from the provisions related to insured perils in the Mortgageholders Errors and Omissions Coverage Form **CP 00 70** and the Causes of Loss - Special Form **CP 10 30.**

● **Supplementary Payments (CP 00 40, CP 00 70)**

These forms are revised to make it more explicit that the amount of coverage under the Supplementary Payments Additional Coverage applies in addition to the Limit of Insurance provided under these forms.

● **Water Exclusion (CP 00 70, CP 00 99, CP 10 10, CP 10 20, CP 10 30)**

The Water Exclusion provided by endorsement **CP 10 32** is incorporated into the aforementioned forms. As a result, endorsement **CP 10 32** is no longer added to the policy.

**APP 63**

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit 1**

QSIC 001446



● **Miscellaneous Changes**

Editorial changes were made to various forms. The revisions are summarized below:

- ● Condominium Association Coverage Form **CP 00 17** is revised to include a definition of "stock", which is "merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping".

- ● Standard Property Policy **CP 00 99** is revised to replace the term "Coverage" with the term "policy" in the Concealment, Misrepresentation Or Fraud Additional Condition.

- ● Causes Of Loss - Basic Form **CP 10 10** and Causes of Loss - Broad Form **CP 10 20** are revised to specify that words and phrases which appear in quotation marks have special meaning and to refer to the Definitions section.

---

## OTHER ENDORSEMENTS

---

### 1.  BROADENINGS OF COVERAGE

- ● **Condominium Commercial Unit-owners Optional Coverages Endorsement (CP 04 18)**

  This endorsement is revised to provide the means for selecting a limitation (sub-limit) over $1,000 for assessments that result from a deductible in the insurance purchased by the condominium association. Coverage is broadened if a sub-limit over $1,000 is entered in the Schedule of the endorsement.

- ● **Dependent Properties - Business Interruption (CP 15 01, CP 15 02, CP 15 08, CP 15 09, CP 15 34)**

  Under the following revised endorsements, secondary contributing locations and secondary recipient locations are covered if so indicated in the Schedule of the endorsement. Such locations are defined in the endorsement.

  - ● CP 15 01 - Business Income From Dependent Properties - Limited International Coverage
  - ● CP 15 02 - Extra Expense From Dependent Properties - Limited International Coverage
  - ● CP 15 08 - Business Income From Dependent Properties - Broad Form
  - ● CP 15 09 - Business Income From Dependent Properties - Limited Form
  - ● CP 15 34 - Extra Expense From Dependent Properties

- ● **Discharge From Sewer, Drain or Sump (Not Flood-related) Endorsement (CP 10 38)**

  This new endorsement covers discharge of water or waterborne material from a sewer, drain or sump located on the described premises.

- ● **Discretionary Payroll Expense Endorsement (CP 15 04)**

  This endorsement enables covering the payroll expense of particular job classifications or employees regardless of whether such expense is necessary to resume operations. Such coverage may be provided for the entire period of restoration or limited to a specified maximum number of days.

- ● **Flood Coverage Endorsement (CP 10 65)**

  Under the Flood Coverage Endorsement, there is no coverage for loss resulting from a flood which begins before or within 72 hours after the inception date of the endorsement. This endorsement is revised to provide that the aforementioned 72-hour waiting period will not apply when the prior policy included flood coverage and the policy periods are consecutive without a break in coverage. Further, the similar 72-hour waiting period for an increase in the Limit of Insurance will not apply to an increase executed at the time of renewal.

  Also, this endorsement is revised to add drains and sumps to the provision which covers back-up and overflow from a sewer when such discharge occurs within 72 hours after a flood recedes.

- ● **Food Contamination (Business Interruption and Extra Expense) Endorsement (CP 15 05)**

  This new endorsement covers certain extra expenses and business income losses arising out of food contamination. Separate limits apply to advertising expense and all other coverages under the endorsement. These limits apply on an annual aggregate basis.

**APP 64**

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit A-1**

QSIC 001447

20  of  184

● **Increase in Rebuilding Expenses Following Disaster (Additional Expense Coverage On Annual Aggregate Basis) Endorsement (CP 04 09)**

This new endorsement provides limited coverage for the situation in which the cost of repair/replacement of property exceeds the Limit of Insurance due to increases in the cost of labor and/or materials following a disaster.

● **Specified Property Away From Premises Endorsement (CP 04 04)**

This new endorsement provides coverage for business personal property temporarily away from the described premises in the course of daily business activities, while in the care, custody or control of the insured or an employee of the insured.

● **Theft of Building Materials and Supplies (Other Than Builders Risk) Endorsement (CP 10 44)**

This new endorsement extends coverage to encompass theft of building materials and supplies that are located on or within 100 feet of the premises when such property is intended to become a permanent part of the building or structure.

● **Utility Services - Time Element Endorsement (CP 15 45)**

This endorsement is revised to provide the means to select a new category of utility service: wastewater removal property. With respect to the coverage provided under this endorsement, wastewater removal property is a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water.

## 2. POTENTIAL REDUCTIONS OF COVERAGE

● **Deductibles By Location Endorsement (CP 03 29)**

This new endorsement provides for selected deductibles to apply at each designated building or designated location that has sustained loss or damage. Thus, under this endorsement, multiple deductibles would apply in the event of an occurrence that affects multiple buildings or locations. Under the prior policy, the applicable deductible applied once per occurrence regardless of the number of buildings or locations involved in the loss occurrence (except with respect to special deductibles such as wind or earthquake percentage deductibles, if any).

● **Roof Surfacing Cosmetic Loss Exclusion Endorsement (CP 88 36)**

This new endorsement excludes for the buildings or structures shown in the endorsement schedule cosmetic damage to roof surfacing caused by wind and/or hail.

● **Actual Cash Value - Roof(s) (CP 88 37)**

This new endorsement stipulates that for the buildings or structures shown in the endorsement schedule, we will determine the value of the roof at actual cash value on buildings or structures otherwise subject to replacement cost valuation.

● **Limitation On Loss Settlement - Blanket Insurance (Margin Clause) Endorsement (CP 12 32)**

Under this endorsement, loss payment on an individual property under the blanket is limited to its stated value plus a percentage of that value as shown in the Schedule. The margin does not increase the blanket Limit of Insurance. In the event of partial loss, this endorsement may reduce the amount of loss payment in comparison to a blanket policy without a margin clause.

## 3. REINFORCEMENT OF COVERAGE

● **Builders Risk - Theft of Building Materials, Fixtures, Machinery, Equipment Endorsement (CP 11 21)**

The exclusion of dishonest or criminal acts is revised to add reference to members, officers, managers, temporary employees and leased workers.

● **Building Glass - Tenant's Policy (CP 14 70)**

Endorsement **CP 14 70**, Building Glass - Tenant's Policy, is introduced to enable coverage of building glass under a tenant's policy that does not otherwise cover the building. This endorsement includes a line item for a deductible in the Schedule of the endorsement. A deductible will apply to building glass coverage only if a deductible amount is entered in the Schedule.

● **Building Owner - Additional Insured and Loss Payee (CP 12 19, CP 12 18)**

Endorsement CP 12 19, Additional Insured - Building Owner, enables adding the building owner as an additional Named Insured under a tenant's Building Coverage.

**APP 65**

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OSIC 001448

Endorsement CP 14 18, Loss Payable Provisions, is revised to add an option, Building Owner - Loss Payable, to identify the building owner and recognize that entity as a loss payee.

- **Business Income - Landlord As Additional Insured (Rental Value) (CP 15 03)**

   Endorsement **CP 15 03,** Business Income - Landlord As Additional Insured (Rental Value), provides coverage for loss of rental income for a landlord (the Additional Insured) under a tenant's policy. The amount of any payment made to the Additional Insured under this endorsement will be de-ducted from the Named Insured's business income loss.

- **Business Income Report/Worksheet (CP 15 15)**

   This endorsement is revised to recognize that the revised policy now provides 60 days of Extended Business Income Coverage.

- **Causes Of Loss Exclusion Endorsements (CP 10 54 and CP 10 56)**

   Under endorsement **CP 10 54,** a statement is added to reinforce the applicability of underlying policy exclusions.

   Under endorsement **CP 10 56,** exclusionary language concerning seepage or leakage is added to conform to the provision in the underlying policy, with no change in coverage.

- **Dependent Properties - Business Interruption (CP 15 01, CP 15 02, CP 15 08, CP 15 09, CP 15 34)**

   The definition of dependent property excludes various utility providers; the list of utilities is up-dated to make reference to wastewater removal services. With respect to business interruption coverage, loss caused by interruption in utility service is addressed in endorsement **CP 15 45.** Refer to the item titled Utility Services - Time Element Endorsement **CP 15 45.**

- **Dependent Properties - Time Element (CP 15 08, CP 15 09, CP 15 34)**

   The revised description of Miscellaneous Locations makes it explicit that highways and other trans-portation conduits are not considered to be Miscellaneous Locations.

- **Earthquake Sprinkler Leakage Deductible (CP 10 40, CP 10 45)**

   **CP 10 40** Earthquake And Volcanic Eruption Endorsement and **CP 10 45** Earthquake And Volcanic Eruption Endorsement (Sub-limit Form) are revised to specify that the Earthquake percentage de-ductible does not apply when Earthquake Coverage is limited only to Earthquake Sprinkler Leakage (EQSL) Coverage. Instead, the deductible for Fire Coverage applies to EQSL Coverage.

- **Electrical Apparatus and Electronic Commerce Endorsements (CP 04 10, CP 04 30)**

   Endorsements **CP 04 10** and **CP 04 30** are revised to reflect the changes to the Artificially Generated Electrical Current exclusion in the Causes of Loss forms.

- **Exclusion of Loss Due To By-products of Production or Processing Operations (Rental Properties) Endorsement (CP 10 34)**

   This new endorsement, which applies to policies issued to owners and tenants of rental premises, reinforces that property damage and business interruption coverages do not apply to loss or dam-age to the described premises caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental units identified in the Schedule of the endorsement. But loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation is not excluded.

- **Flood Coverage Schedule (CP DS 65)**

   The Flood Coverage Schedule is revised so that the Underlying Insurance Waiver can be made applicable by location. The Underlying Insurance Waiver is a provision in Flood Coverage Endorse-ment **CP 10 65;** the waiver applies to a location only if so indicated in the Flood Coverage Schedule.

- **Functional Building Valuation Endorsement (CP 04 38, CP 04 47)**

   The section of the endorsement that addresses exclusion of pollution under Ordinance or Law Coverage is revised to include reference to fungus and other contaminants and to follow similar provisions of the Increased Cost of Construction Additional Coverage in the underlying policy.

- **Higher Limits Endorsement (CP 04 08)**

   This new endorsement increases certain specified dollar limitations.

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**APP 66**

**EXHIBIT L**

QSIC 001449

● Increased Cost of Loss and Related Expenses for Green Upgrades Endorsement (CP 04 02)

The Schedule of this endorsement is revised to facilitate identification of personal property (when not all personal property is to be covered for Green Upgrades) and to facilitate the entry of different percentage selections for the building and personal property.

Subparagraphs **A.1.a.** and **A.1.b.** are revised to simplify the calculation described therein, with no change in the outcome. Subparagraph **A.1.d.** is added to explicitly address the situation in which the property loss is less than the deductible.

The provisions of former Paragraph **A.9.,** concerning vegetated roofs, are incorporated into the underlying policy forms, as discussed in the item titled Vegetated Roofs.

● **Ordinance or Law Coverage (CP 04 05, CP 04 46, CP 04 38, CP 04 47, CP 15 25, CP 15 31)**

The coverage grant of endorsements **CP 04 05** (Ordinance Or Law Coverage) and **CP 04 46** (California - Ordinance Or Law Coverage) is revised to remove reference to enforcement of an ordinance or law, in favor of referring to a requirement to comply with an ordinance or law. The same revision is made to endorsements **CP 04 38** (Functional Building Valuation) and **CP 04 47** (California - Functional Building Valuation) which incorporates ordinance or law coverage.

In addition, references are added to compliance with an ordinance or law in endorsements **CP 15 25** Business Income Changes - Educational Institutions (in the Period of Restoration definition) and **CP 15 31** Ordinance Or Law - Increased Period of Restoration.

● **Outdoor Trees, Shrubs and Plants Endorsement (CP 14 30)**

This endorsement is revised to specify that the applicable Limit of Insurance for loss or damage to outdoor trees, shrubs and plants includes debris removal expense. Accordingly, the endorsement states that the Outdoor Property Coverage Extension and Debris Removal Additional Coverage do not apply to property covered under **CP 14 30;** such provision avoids duplication of coverage.

● **Payroll Limitation or Exclusion Endorsement (CP 15 10)**

This endorsement is revised to provide the means to limit or exclude coverage for the payroll expense of any category of employee or individual employee. Since applicability of the endorsement will no longer be restricted to non-managerial employees, the term "ordinary payroll expense" and its definition are removed from the endorsement. In addition, the title of the endorsement is revised to remove the word "Ordinary".

● **Protective Safeguards (CP 04 11)**

Endorsement **CP 04 11** Protective Safeguards replaces **IL 04 15** Protective Safeguards. The new endorsement contains the same provisions as **IL 04 15** and adds a symbol and description to recognize hood-and-duct fire extinguishing systems.

● **Radio or Television Antennas - Business Income or Extra Expense Endorsement (CP 15 50)**

In the list of forms to which **CP 15 50** applies, reference to the Earthquake Form is removed. Since earthquake coverage is now provided by endorsing the Causes of Loss Form (Basic, Broad or Special), it is no longer necessary for **CP 15 50** to include reference to the Earthquake Form.

● **Theft Exclusion Endorsement (CP 10 33)**

This endorsement is revised to include a Schedule to facilitate display of the location(s) to which the exclusion applies.

● **Utility Services Coverage Endorsements (CP 04 17, CP 15 45)**

Endorsements **CP 04 17** Utility Services - Direct Damage and **CP 15 45** Utility Services - Time Element are revised to make it explicit that transmission lines include all lines which serve in the transmission of power or communication service, including lines which may be identified as distribution lines.

These endorsements are revised to remove the qualification that the utility service property be located off the described premises (or outside a covered building, in the case of time element). With respect to a policy that was and is endorsed to cover utility services, there is no change in coverage. The revision to the coverage endorsements simply recognizes the revision to the underlying exclusion.

**APP 67**


© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

QSIC 001450

● Windstorm or Hail Percentage Deductible Endorsement (CP 03 21)

Paragraph **D.1.** of this endorsement is editorially revised to be consistent with the other sections of Paragraphs **B., C.** and **D.** of this endorsement. The previous wording of paragraph **D.1.** referred to "that property" without specifying that it is the property which has sustained loss or damage.

The following editorial changes have been made: The text of the endorsement no longer includes language pertaining to other causes or events that contribute concurrently or in any sequence to the loss, because the underlying policy addresses that concept. Language is added to make it more explicit that this endorsement does not affect the impact of the policy's Water Exclusion or any other exclusion in the policy, and does not affect the application of a Flood Deductible if the policy (or another policy) provides coverage for Flood.

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 94 05 01 14

EXHIBIT A-1

QSIC 00145J

of 184

24

# GENERAL LIABILITY ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSIONS

## ADVISORY NOTICE TO POLICYHOLDERS

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. Your renewal policy contains an exclusion regarding access or disclosure of personal information. There is more than one version of the exclusion and each is described below. Please note that not all of the forms or changes noted may apply to your specific policy. Any of the forms described in this notice may have comparable state specific forms in lieu of the forms mentioned below. In those situations, the title of the state forms on your policy will generally be very similar to one or more titles mentioned in this notice.

The changes described below would also apply to those state specific forms, unless noted otherwise. In addition, this notice does not reference every change made to the endorsements or coverage forms, only material (or significant) changes.

Please read your policy and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail. Should you have questions after reviewing the changes outlined below, please contact your broker or agent. Thank you for your business.

With respect to bodily injury and property damage arising out of access or disclosure of confidential or personal information, these changes are a reinforcement of coverage intent. Damages related to data breaches, and certain data-related liability, are not intended to be covered by various liability coverage parts. These types of damages may be more appropriately covered under certain coverage endorsements providing data compromise, attack and extortion and network security liability.

**CG 21 06 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 07 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - Limited Bodily Injury Exception Not Included (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage. However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

**APP 69**

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT**

OSIC 00**1**452

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 08 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information (Coverage B Only) (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 04 37 05 14 - Electronic Data Liability (For Use With The Commercial General Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 33 53 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception (For Use With The Owners And Contractors Protective Liability Coverage Part and Products/Completed Operations Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

**CG 33 59 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - Limited Bodily Injury Exception Not Included (For Use With The Owners And Contractors Protective Liability and Products/Completed Operations Liability Coverage Parts)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

**CG 33 63 05 14 - Exclusion - Access, Disclosure Or Unauthorized Use Of Electronic Data (For Use With The Electronic Data Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, to the extent that damages arising out of theft or unauthorized viewing, copying, use, corruption, manipulation or deletion, of electronic data by any Named Insured, past or present employee, temporary worker or volunteer worker of the Named Insured may extend beyond loss of electronic data arising out of such theft or the other listed items, this revision may be considered a reduction in coverage.

**APP 70**

## JURISDICTIONAL  BOILER  AND  PRESSURE  VESSEL  INSPECTIONS



Most jurisdictions  (cities or states) are governed  by laws and regulations  that require owners of boilers and pressure  vessels to have their equipment  inspected  on a routine  basis. Jurisdictions  require that equipment is installed  and operated  according  to these regulations,  and it is the equipment  breakdown  engineering inspector's  responsibility  to verify the equipment  complies  with all requirements.

Liberty Mutual Equipment  Breakdown  is a National  Board  Accredited  Authorized  Inspection  Agency. This designation  is recognized  by authorities  having  jurisdictions  in the U.S. & provinces  of Canada and gives Liberty Mutual commissioned  inspectors  the ability to perform  jurisdictionally  required  inspection  on boilers and pressure  vessels at insured  locations.  We have field inspectors  strategically  located throughout  the U.S. to perform  boiler and pressure  vessel inspection  for our customers  and clients.

**To request  a Jurisdictional  Inspection  please:**

● **Call the LMEB Hotline (877) 526-0020**

**Or**

● **Email your request  to LMEBInspections@Libertymutual.com**

The assigned  EB Risk Engineer  will call to schedule  within  24 - 48 hours.  When  requesting  an inspection please include  the following:

● Current  Policy  Number

● Location  Address

● Contact  Name

● Contact  Phone  Number  and/or  Email  Address

©  2015 Liberty Mutual Insurance

APP 71

**EXHIBIT A-1**

OSIC 001454

# TEXAS NOTICE - NOTIFICATION  OF THE AVAILABLITY  OF
# LOSS CONTROL INFORMATION   SERVICES

We are committed  to providing  loss control  information/services,    at no charge, to Texas commercial  auto-
mobile liability,  general liability  and professional  liability  policyholders  in an effort to prevent and reduce
potential  claims and losses.

To obtain  further  information   about these services,  please contact  our Risk Control  Consulting  Center at 1
866 757 7324 or email  RCConsultingCenter@LibertyMutual.com.

©   2015 Liberty Mutual Insurance.

**EXHIBIT A-1**

APP 72

OSIC 001455



**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

**Common Policy Declarations**

Policy Number:
BKS (19) 57 69 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
12:01 am Standard Time
at Insured Mailing Location

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| FRYMIRE HOME SERVICES, INC.<br>2818 SATSUMA DR<br>DALLAS, TX 75229 | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC<br>PO BOX 3320<br>GILBERT, AZ 85299-3320 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** HVAC AND PLUMBING SERVICES

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

### SUMMARY OF COVERAGE PARTS AND CHARGES - CUSTOM PROTECTOR

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Property** | $22,233.00 |
| **Commercial General Liability** | $65,435.00 |

*Total Charges for all of the above coverage parts:*     *$87,668.00*
*Certified Acts of Terrorism Coverage: $1,190.00*     *(Included)*

*Note: This is not a bill*

### IMPORTANT MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.
- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

APP 73

DS 70 21 11 16

**EXHIBIT A-1**

OSIC 001456

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

**Common Policy Declarations**

Policy Number:
BKS (19) 57 65 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## OTHER NAMED INSUREDS

See Named Insured Endorsement DS8804

## SUMMARY OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 2818 Satsuma Dr, Dallas, TX 75229-3523

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 01 03 06 06 | Texas Changes |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

Paul Condrin
President

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 21 11 16

APP 74

**EXHIBIT A-1**

OSIC 001457




**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company
9450 Seward Road, Fairfield, Ohio 45014

Policy Number:
BKS (19) 57 89 03 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
12:01 am Standard Time
at Insured Mailing Location

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC |



## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 26 39 12 07 | Texas Changes - Employment-related Practices Exclusion |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 85 87 03 08 | Texas Changes - Employer's Liability Exclusion |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 65 12 08 | Voluntary Property Damage Extension |
| CG 88 67 12 08 | Property Damage - Borrowed Equipment - $100,000 Limit |
| CG 88 70 12 08 | Construction Project(s)-General Aggregate Limit (Per Project) |
| CG 88 72 12 08 | Off Premises Property Damage Including Care, Custody or Control |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 80 12 08 | Property Damage - Customers' Goods ($100,000 Limit) |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 89 94 04 12 | Texas Changes - Total Pollution Exclusion With Hostile Fire Exception |
| CP 00 10 10 12 | Building and Personal Property Coverage Form |
| CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 01 42 03 12 | Texas Changes |
| CP 03 21 10 12 | Windstorm or Hail Percentage Deductible |
| CP 10 30 10 12 | Causes of Loss - Special Form |
| CP 10 34 10 12 | Exclusion of Loss Due To By-Products of Production or Processing Operations (Rental Properties) |
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 00 01 15 | Custom Protector Endorsement |
| CP 90 59 12 12 | Identity Theft Administrative Services and Expense Coverage |
| CP 91 00 10 14 | Contractors Custom Protector Endorsement |
| IL 00 17 11 98 | Common Policy Conditions |

*To report a claim, call your Agent or 1-800-362-0000*

**APP 75**

DS 70 21 11 16

**EXHIBIT A-1**

OSIC 001458

57899355     N0259359     250     INSURED COPY     000639     PAGE   31   OF   184

**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

**9450 Seward Road, Fairfield, Ohio 45014**

Policy Number;
BKS (19) 57 89 03 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Common Policy Declarations**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 68 03 12 | Texas Changes - Duties |
| IL 02 75 11 13 | Texas Changes - Cancellation And Nonrenewal Provisions For Casualty Lines And Commercial Package Policies |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| NP 91 50 04 12 | Texas Disclosure Form Exclusion - Asbestos Liability |
| NP 91 51 04 12 | Texas Disclosure Form Exclusion - Lead Liability |

32    of  184



**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*
One Beacon Insurance Company

Commercial Property
Declarations

Policy Number:
BKS (18) 57 89 63 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Property Schedule Totals | $21,691.00 |
| Certified Acts of Terrorism Coverage | $542.00 |

*Total Advance Charges:* **$22,233.00**
*Note: This is not a bill*

*To report a claim, call your Agent or 1-800-362-0000*

APP 77

DS 70 22 01 08

**EXHIBIT A-1**

OSIC 001460

57899355          N0259359          250          INSURED COPY          000639          PAGE  33  OF  184

**Liberty Mutual**
INSURANCE

Policy Number:
BKS (19) 57 93 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Property
Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

**0001   2818 Satsuma Dr, Dallas,  TX 75229-3523**

| **Property Characteristics** | **Description:** |
|---|---|
| | **Construction:** Non-Combustible |
| | **Occupancy:** Buildings Or Premises - Office NOC - For Profit |

**Business Income and Extra Expense Coverage**

| Description | |
|---|---|
| Limit of Insurance - Including Rental Value | $255,000 |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |

*Premium*    *$4,333.00*

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium*    *$335.00*

**Equipment Breakdown Coverage**

**APP 78**

**EXHIBIT A-1**       OSIC 001461

57899355        N0259359        250        INSURED COPY        000639        PAGE  34  OF  184

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
One Beacon Insurance Company

Policy Number:
BKS (19) 57 85 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

Commercial    Property
Declarations    Schedule

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

This Equipment Breakdown insurance applies to the coverages included within the Blanket Limit. The Equipment Breakdown limit of insurance and deductible are Included in and not in addition to, the Blanket limit and deductible.

| | *Premium* | *Included* |
|---|---|---|

**BLANKET COVERAGE  1**

**Blanket Building and Your Business Personal Property Coverage**

| DESCRIPTION | |
|---|---|
| Limit of Insurance | $3,086,400 |
| Coinsurance | 100% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |

**2818 Satsuma Dr, Dallas, TX 75229-3523**

| Construction: | Non-Combustible |
|---|---|
| Occupancy: | Buildings Or Premises - Office NOC - For Profit |
| | Special Form - Including Theft |
| Coverage: | Building and Your Business Personal Property |
| Optional Coverage: | Replacement Cost - Building |
| | Replacement Cost - Your Business Personal Property |
| | Inflation Guard - Annual Increase | 4% |
| | Deductible - Windstorm or Hail | 2% |

| *Premium* | *$16,677.00* |
|---|---|

**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
BKS (19) 57 69 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Property**
**Declarations Schedule**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF OTHER PROPERTY COVERAGES

| Identity Theft Administrative Services And Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance | See Endorsement CP9059 |
| | *Premium* | *$12.00* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Custom Protector Core Endorsement | $.00 |
| | *Premium* | *Included* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Contractors Custom Protector Endorsement | $334.00 |
| | *Premium* | *$334.00* |

| **Commercial Property Schedule Total:** | **$21,691.00** |
|---|---|

Liberty
Mutual.
INSURANCE

**Coverage Is Provided In:**
Liberty Insurance Underwriters Inc.

**Commercial   General   Liability
Declarations**

Basis: Occurrence

Policy Number:
BKS (18) 57 93 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |



## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 1,000,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 64,787.00 |
| Certified Acts of Terrorism  Coverage | 648.00 |

*Total Advance Charges:* **$65,435.00**
*Note: This is not a bill*

*To report a claim,  call  your Agent or  1-800-362-0000*

**APP 81**

DS 70 22 01 08

**EXHIBIT A-1**

OSIC 001464

57899355          N0259359          250          INSURED COPY          000639          PAGE   37   OF   184

**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
Liberty Insurance Corporation

Policy Number:
BKS (18) 57 89 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

Commercial   General   Liability
Declarations   Schedule

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION

**0001   2818 Satsuma Dr, Dallas, TX 75229-3523**

   **Insured:**  FRYMIRE HOME SERVICES, INC.

**CLASSIFICATION -**  91581
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Erection or Repair -
Not Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | 1.105 | |
| | | Total: | |
| Products/Completed  Operations | | 2.434 | |
| | | Total: | |

**CLASSIFICATION -**  91585
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Repair or Erection Of
Buildings NOC

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | 1.105 | |
| | | Total: | |
| Products/Completed  Operations | | 1.134 | |
| | | Total: | |

*To report a claim,  call your Agent or  1-800-362-0000*

APP 82

**Liberty Mutual.**
INSURANCE

**Commercial   General   Liability**
**Declarations   Schedule**

Policy Number:
BKS (18) 57 93 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION   - continued

### CLASSIFICATION -  98483
Plumbing - Residential Or Domestic

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Payroll -  if any | 8.747 | |
| | *Total:* | | |
| Products/Completed  Operations | | 30.601 | |
| | *Total:* | | |

### CLASSIFICATION -  98483
Plumbing - Residential Or Domestic

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 340,000  Dollars Of Payroll | 8.747 | **$2,974.00** |
| | *Total:* | | **$2,974.00** |
| Products/Completed  Operations | | 30.601 | **$10,404.00** |
| | *Total:* | | **$10,404.00** |

---

*To report a claim,  call  your Agent or  1-800-362-0000*

**APP 83**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

**Commercial General Liability
Declarations Schedule**

Policy Number:
**BKS (19) 57 89 93 55**

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728<br>ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**CLASSIFICATION -** 98482
Plumbing - Commercial And Industrial

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Payroll - if any | 5.925 | |
| | *Total:* | | |
| Products/Completed Operations | | 13.568 | |
| | *Total:* | | |

**CLASSIFICATION -** 98482
Plumbing - Commercial And Industrial

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 940,000 Dollars Of Payroll | 5.925 | $5,570.00 |
| | *Total:* | | *$5,570.00* |
| Products/Completed Operations | | 13.568 | $12,754.00 |
| | *Total:* | | *$12,754.00* |

*To report a claim, call your Agent or 1-800-362-0000*

**APP 84**

DS 70 23 10 16

**EXHIBIT A-1**

OSIC 001467

57899355    N0259359    250    INSURED COPY    000639    PAGE  40  OF  184

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
BKS (19) 57 89 93 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   General   Liability
Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION   - continued

### CLASSIFICATION -  95647
Heating Or Combined Heating And Air Conditioning Systems
Or Equipment - Dealers Or Distributors And Installation,
Servicing Or Repair - No Liquefied Petroleum Gas (LPG)
Equipment Sales Or Work

| COVERAGE DESCRIPTION | PREMIUM BASED ON -  Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 31,900 Dollars Of Payroll | 4.946 | $158.00 |
| | | *Total:* | *$158.00* |
| Products/Completed  Operations | | 11.353 | $362.00 |
| | | *Total:* | *$362.00* |

### CLASSIFICATION -  95647
Heating Or Combined Heating And Air Conditioning Systems
Or Equipment - Dealers Or Distributors And Installation,
Servicing Or Repair - No Liquefied Petroleum Gas (LPG)
Equipment Sales Or Work

| COVERAGE DESCRIPTION | PREMIUM BASED ON -  Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 1,920,000 Dollars Of Payroll | 4.946 | $9,496.00 |
| | | *Total:* | *$9,496.00* |
| Products/Completed  Operations | | 11.353 | $21,798.00 |
| | | *Total:* | *$21,798.00* |

*To report a claim,  call your Agent or  1-800-362-0000*

APP 85

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
*Ohio Security Insurance Company*

**Commercial General Liability Declarations Schedule**

Policy Number:
BKS (19) 57 69 83 55

Policy Period:
**From 03/23/2018 To 03/23/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

---

| Named Insured | Agent |
|---|---|
| FRYMIRE HOME SERVICES, INC. | (623) 777-9728 |
| | ORACLE INSURANCE GROUP, INC |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  61212
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing (Lessor's Risk Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 18,800 Square Feet Of Area | 14.392 | $271.00 |

| | | Total: | Included |
|---|---|---|---|

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Contractors Custom Protector Coverages | See Policy Forms and Endorsements List | $1,000.00 |

| **Commercial General Liability Schedule Total** | **$64,787.00** |
|---|---|

**Named Insured Endorsement**

| |
|---|
| POLICY NUMBER |
| **BKS   (19)   57 89 93 55** |
| Policy Period: |
| **From 03/23/2018 To 03/23/2019** |
| *12:01 am Standard Time* |
| *at Insured Mailing Location* |



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

FRYMIRE HOME SERVICES, INC.

WHITFIELD CAPITAL LLC

**DS 88 04 03 15**

APP. 87

**EXHIBIT A-1**

OSIC 001470

This page intentionally left blank.

**EXHIBIT A-1**

OSIC 001471

# COMMERCIAL  GENERAL  LIABILITY  COVERAGE  FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II -** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

APP 89

**EXHIBIT A-1**

© Insurance Services Office, Inc., 2012

OSIC 001472

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

© Insurance Services Office, Inc., 2012

APP 90

EXHIBIT A-1

OSIC 001473

CG 00 01 04 13

of 184

46

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

   **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

   **(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

   **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

   **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

   **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

   **(i)** Any insured; or

   **(ii)** Any person or organization for whom you may be legally responsible; or

   **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

   **(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of

APP 91

EXHIBIT A-1

© Insurance Services Office, Inc., 2012

OSIC 001474

the operations being per-
formed by such insured,
contractor or subcontractor;

**(ii)** "Bodily injury" or "property
damage" sustained within a
building and caused by the
release of gases, fumes or
vapors from materials
brought into that building in
connection with operations
being performed by you or
on your behalf by a contrac-
tor or subcontractor; or

**(iii)** "Bodily injury" or "property
damage" arising out of heat,
smoke or fumes from a
"hostile fire".

**(e)** At or from any premises, site or
location on which any insured or
any contractors or subcontrac-
tors working directly or indirect-
ly on any insured's behalf are
performing operations if the op-
erations are to test for, monitor,
clean up, remove, contain, treat,
detoxify or neutralize, or in any
way respond to, or assess the ef-
fects of, "pollutants".

**(2)** Any loss, cost or expense arising out
of any:

**(a)** Request, demand, order or statu-
tory or regulatory requirement
that any insured or others test
for, monitor, clean up, remove,
contain, treat, detoxify or neu-
tralize, or in any way respond to,
or assess the effects of, "pollu-
tants"; or

**(b)** Claim or suit by or on behalf of a
governmental authority for dam-
ages because of testing for,
monitoring, cleaning up, remov-
ing, containing, treating, detox-
ifying or neutralizing, or in any
way responding to, or assessing
the effects of, "pollutants".

However, this paragraph does not
apply to liability for damages be-
cause of "property damage" that the
insured would have in the absence of
such request, demand, order or stat-
utory or regulatory requirement, or
such claim or "suit" by or on behalf
of a governmental authority.

**g.   Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage"
arising out of the ownership, mainten-
ance, use or entrustment to others of any
aircraft, "auto" or watercraft owned or
operated by or rented or loaned to any
insured. Use includes operation and
"loading or unloading".

This exclusion applies even if the claims
against any insured allege negligence or
other wrongdoing in the supervision, hir-
ing, employment, training or monitoring
of others by that insured, if the "occur-
rence" which caused the "bodily injury"
or "property damage" involved the own-
ership, maintenance, use or entrustment
to others of any aircraft, "auto" or water-
craft that is owned or operated by or
rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on prem-
ises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons
or property for a charge;

**(3)** Parking an "auto" on, or on the ways
next to, premises you own or rent,
provided the "auto" is not owned by
or rented or loaned to you or the in-
sured;

**(4)** Liability assumed under any "in-
sured contract" for the ownership,
maintenance or use of aircraft or
watercraft; or

**(5)** "Bodily injury" or "property dam-
age" arising out of:

**(a)** The operation of machinery or
equipment that is attached to, or
part of, a land vehicle that would
qualify under the definition of
"mobile equipment" if it were
not subject to a compulsory or
financial responsibility law or
other motor vehicle insurance
law where it is licensed or princi-
pally garaged; or

**(b)** The operation of any of the ma-
chinery or equipment listed in
Paragraph **f.(2)** or **f.(3)** of the
definition of "mobile equip-
ment".

of 184

48

© Insurance Services Office, Inc., 2012

**EXHIBIT A-1**

CG 00 01 04 13

**APP 92**

OSIC 001475

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

APP 93

EXHIBIT A-1



**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

© Insurance Services Office, Inc., 2012 OSIC 001477 CG 00 01 04 13

EXHIBIT A-1

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

APP 95

**EXHIBIT A-1**

© Insurance Services Office, Inc., 2012

OSIC 001478

**n.** **Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.** **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1.** **Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.** **Exclusions**

We will not pay expenses for "bodily injury":

**a.** **Any Insured**

To any insured, except "volunteer workers".

**b.** **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

of 184

52

APP 96

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

EXHIBIT A-1

OSIC 001479

**c.   Injury On Normally Occupied Premises**

To a person injured on that part of prem-
ises you own or rent that the person nor-
mally occupies.

**d.   Workers' Compensation And Similar
Laws**

To a person, whether or not an "employ-
ee" of any insured, if benefits for the
"bodily injury" are payable or must be
provided under a workers' compensation
or disability benefits law or a similar law.

**e.   Athletics Activities**

To a person injured while practicing, in-
structing or participating in any physical
exercises or games, sports, or athletics
contests.

**f.   Products-Completed Operations Hazard**

Included within the "products-completed
operations hazard".

**g.   Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A
AND B**

1.   We will pay, with respect to any claim we in-
vestigate or settle, or any "suit" against an
insured we defend:

**a.**   All expenses we incur.

**b.**   Up to $250 for cost of bail bonds required
because of accidents or traffic law viola-
tions arising out of the use of any vehicle
to which the Bodily Injury Liability Cov-
erage applies. We do not have to furnish
these bonds.

**c.**   The cost of bonds to release attachments,
but only for bond amounts within the ap-
plicable limit of insurance. We do not
have to furnish these bonds.

**d.**   All reasonable expenses incurred by the
insured at our request to assist us in the
investigation or defense of the claim or
"suit", including actual loss of earnings
up to $250 a day because of time off from
work.

**e.**   All court costs taxed against the insured
in the "suit". However, these payments
do not include attorneys' fees or attor-
neys' expenses taxed against the in-
sured.

**f.**   Prejudgment interest awarded against
the insured on that part of the judgment
we pay. If we make an offer to pay the
applicable limit of insurance, we will not
pay any prejudgment interest based on
that period of time after the offer.

**g.**   All interest on the full amount of any
judgment that accrues after entry of the
judgment and before we have paid, of-
fered to pay, or deposited in court the
part of the judgment that is within the ap-
plicable limit of insurance.

These payments will not reduce the limits of
insurance.

2.   If we defend an insured against a "suit" and
an indemnitee of the insured is also named as
a party to the "suit", we will defend that
indemnitee if all of the following conditions
are met:

**a.**   The "suit" against the indemnitee seeks
damages for which the insured has as-
sumed the liability of the indemnitee in a
contract or agreement that is an "insured
contract";

**b.**   This insurance applies to such liability
assumed by the insured;

**c.**   The obligation to defend, or the cost of
the defense of, that indemnitee, has also
been assumed by the insured in the same
"insured contract";

**d.**   The allegations in the "suit" and the in-
formation we know about the "occur-
rence" are such that no conflict appears
to exist between the interests of the in-
sured and the interests of the
indemnitee;

**e.**   The indemnitee and the insured ask us to
conduct and control the defense of that
indemnitee against such "suit" and agree
that we can assign the same counsel to
defend the insured and the indemnitee;
and

**f.**   The indemnitee:

**(1)**   Agrees in writing to:

**(a)**   Cooperate with us in the inves-
tigation, settlement or defense
of the "suit";

**(b)**   Immediately send us copies of
any demands, notices, sum-
monses or legal papers received
in connection with the "suit";

**(c)**   Notify any other insurer whose
coverage is available to the
indemnitee; and

**(d)**   Cooperate with us with respect
to coordinating other applicable
insurance available to the
indemnitee; and



EXHIBIT A-1

APP 97

OSIC 001480

**(2)** Provides us with written authorization to:

  **(a)** Obtain records and other information related to the "suit"; and

  **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

  **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

  **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

  **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

  **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

  **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

  **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

  **(1)** "Bodily injury" or "personal and advertising injury":

    **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

    **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

    **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

    **(d)** Arising out of his or her providing or failing to provide professional health care services.

  **(2)** "Property damage" to property:

    **(a)** Owned, occupied or used by;

    **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

  you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**EXHIBIT A-1**

APP 98

OSIC 001481

of 184

54

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

APP 99

EXHIBIT A-1

OSIC 001482


**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

© Insurance Services Office, Inc., 2012

**EXHIBIT A-1**

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

CG 00 01 04 13                 © Insurance Services Office, Inc., 2012

EXHIBIT A-1

OSIC 001484

## SECTION V - DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

   (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

© Insurance Services Office, Inc., 2012

APP 102

OSIC 001485

**EXHIBIT A-1**

CG 00 01 04 13

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

APP 103

**EXHIBIT A-1**

OSIC 001486

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

APP 104

**EXHIBIT A-1**

© Insurance Services Office, Inc., 2012

OSIC 001487

CG 00 01 04 13



**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** With regard to liability  for Bodily Injury, Property Damage and Personal And Advertising  Injury, unless we are prejudiced  by the insured's  or your failure  to comply  with the requirement,  no provision  of this Coverage Part requiring  you or any insured  to give notice of "occurrence",  claim or "suit",  or forward  demands,  notices,  summonses  or legal papers  in connection  with a claim or "suit"  will bar coverage  under this Coverage Part.

APP 106

© ISO Properties,  Inc., 2005

**EXHIBIT A-1**

OSIC 001489

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

APP 107

**Exhibit A-1**

OSIC 001490

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

of  184

64

APP 108

**EXHIBIT A-1**

OSIC 001491

COMMERCIAL  GENERAL  LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI  OR BACTERIA  EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE  PART

**A.** The following  exclusion  is added to Paragraph  **2. Exclusions**  of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2., Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Bodily  injury"  or "property  damage" which  would  not  have  occurred,  in whole  or in part, but for the actual, al- leged or threatened  inhalation of, inges- tion of, contact with, exposure to, exis- tence of, or presence of, any "fungi"  or bacteria on or within  a building  or struc- ture, including  its contents, regardless of whether  any other  cause, event, ma- terial or product contributed  concurrent- ly or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning  up,  removing,  containing, treating,  detoxifying,  neutralizing,  re- mediating  or disposing  of, or in any way responding  to, or assessing the effects of, "fungi"  or bacteria, by any insured or by any other person or entity.

This exclusion  does not apply to any "fungi" or bacteria  that are, are on, or are contained in, a good or product  intended  for bodily consumption.

**B.** The following  exclusion  is added to Paragraph  **2. Exclusions**  of **Section I - Coverage B - Personal And Advertising  Injury Liability:**

**2. Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Personal  and advertising  injury"  which would  not have taken place, in whole or in part, but for the actual, alleged  or threatened  inhalation  of, ingestion  of, contact with, exposure to, existence of, or presence of any "fungi"  or bacteria on or within  a building  or structure,  in- cluding  its  contents,  regardless  of whether  any other  cause, event, mate- rial or product  contributed  concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating,  testing  for, monitoring, cleaning  up,  removing,  containing, treating,  detoxifying,  neutralizing,  re- mediating  or disposing  of, or in any way responding  to, or assessing the effects of, "fungi"  or bacteria, by any insured or by any other person or entity.

**C.** The following  definition  is added to the **Defini- tions** Section:

"Fungi"  means any type or form of fungus, in- cluding  mold  or mildew  and any mycotoxins, spores, scents or by-products  produced  or re- leased by fungi.

©ISO Properties,  Inc., 2003

APP 109

OSIC 001492

**EXHIBIT A-1**

**COMMERCIAL GENERAL LIABILITY**
**CG 21 70 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

**APP 110**

OSIC 001493

**Exhibit A-1**

**COMMERCIAL GENERAL LIABILITY**
**CG 21 76 01 15**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

**APP 111**



OSIC 001494

Exhibit A-1

COMMERCIAL  GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION
# AND FINISH SYSTEMS

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable  to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure  if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

© ISO Properties, Inc., 2003

**EXHIBIT A-1**

OSIC 001495

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



**A.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Silica Or Silica-Related Dust**

   **a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

   **b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I - Coverage B - Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Silica Or Silica-Related Dust**

   **a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

   **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

   **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

APP 113

**EXHIBIT A-1**

OSIC 001496

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

**a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

**b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

**2.** Subject to Paragraph **3.** below, professional services include:

**a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

CG 22 79 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

Exhibit A-1

OSIC 001497

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© Insurance Services Office, Inc., 2012

APP 115

EXHIBIT A-1

OSIC 001498

**COMMERCIAL GENERAL LIABILITY**
**CG 26 39 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES - EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment- related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

72    of 184

**APP 116**

© ISO Properties, Inc., 2006

**EXHIBIT A-1**

OSIC 001499

COMMERCIAL GENERAL LIABILITY
CG 84 94 12 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONSOLIDATED INSURANCE PROGRAMS (WRAP-UP)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraphs **2.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury** and **Coverage C - Medical Payments:**

   **2. Exclusions**

   This insurance does not apply to:

   "Bodily injury", "property damage", "personal injury and advertising injury" or medical expenses arising directly or indirectly out of your current ongoing operations or included within the "products-completed operations hazard" at any site or location where you or your subcontractors or employees working on your behalf are performing or previously performed operations if any insured under this policy entered into contracts or agreements commonly referred to as consolidated insurance programs (Wrap-Up) providing general liability coverage at that site or location.

   However, this exclusion does not apply to other jobs or work that you performed at such site or location if such other jobs or work were not done as part of contracts or agreements commonly referred to as consolidated insurance programs (Wrap-Up).

   This exclusion applies whether or not the consolidated insurance programs (Wrap-Up):

   **a.** Provide coverage identical to that provided by this coverage part;

   **b.** Have limits adequate to cover all claims; or

   **c.** Remain in effect.

**B.** The following is added to Section **IV - Commercial General Liability Conditions** Paragraph **5. Premium Audit:**

   In computing premium for this policy, we will not include any payroll or costs paid to your subcontractors for work at any site or location where any insured under this policy had entered into contracts or agreements commonly referred to as consolidated insurance programs (Wrap-Up) providing insurance coverage at that site or location prior to your work at such site or location.

   A copy of the consolidated insurance program (Wrap-Up) certificate or similar documents issued to you verifying coverage must be provided to us when we audit this policy.

**EXHIBIT A-1**

OSIC 001500

COMMERCIAL  GENERAL LIABILITY
CG 84 99 01 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION OF LIABILITY LIMITS
# (SAME OCCURRENCE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **5.** under **Section III - Limits Of Insurance:**

Non-Cumulation of Liability - Same Occurrence - If one "occurrence" causes "bodily injury" or "property damage" during the policy period and during the policy period of one or more prior, or future, general liability policies issued to you by us, then this policy's Each Occurrence Limit will be reduced by the amount of each payment made by us under the other policies because of such "occurrence."

"For purposes of this endorsement, the term "us" also includes any other company that is or was part of the Liberty Mutual Agency Corporation division of Liberty Mutual Group."

© 2011 Liberty Mutual Insurance. All rights reserved.

CG 84 99 01 12            Includes copyrighted material of Insurance Services Office, Inc., with its permission . Page 1 of 1

APP 118

**EXHIBIT A-1**

OSIC 001501

COMMERCIAL  GENERAL  LIABILITY
CG 85 87 03 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES - EMPLOYER'S LIABILITY EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.**  Exclusion  **e.** of Paragraph  **2., Exclusions** under  **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced  by the following:

This insurance  does not apply to:

**e.  Employer's Liability**

"Bodily  injury"  to:

**(1)** Any "employee"  arising  out of and in the course of:

**(a)** Employment  by the insured;  or

**(b)** Performing  duties related  to the conduct  of the insured's  business;  or

**(2)** Any other person  who the insured  hires to perform  work at the direction  and control  of any insured  arising  out of and in the course  of performing  duties related  to the conduct  of the insured's  business;  or

**(3)** The spouse,  child, parent,  brother,  or sister of that "employee",  or other  person  that the insured  hires to perform  work at the direction  and control  of any insured,  as a consequenc e of Paragraph  **(1)** or **(2)** above.

This exclusion  applies:

**(1)** Whether  the insured  may be liable as an employer  or in any other  capacity;  and

**(2)** To any obligation  to share damages  with or repay someone  else who must pay damages because  of the injury.

This exclusion  does not apply to liability  assumed  by the insured  under an "insured  contract".

**B.**  Subparagraphs  **(1)(a)** and **(1)(b)** of Paragraph  **2.a** under  **Section II - Who Is An Insured** are replaced  by the following:

**(1)** "Bodily  injury"  or "personal  and advertising  injury":

**(a)** To you, to your partners  or members  (if you are a partnership  or joint venture),  to your members  (if you are a limited  liability  company),  to a co-"employee"  while in the course  of his or her employment  or performing  duties related  to the conduct  of your business,  to any other person  who the insured  hires to perform  work at the direction  and control  of any insured  while performing  duties related  to the conduct  of the insured's  business,  or to your "volunteer  workers"  while performing  duties related  to the conduct  of your business;

**(b)** To the spouse,  child, parent,  brother  or sister of that co-"employee",  person  who the insured  hires to perform  work at the direction  and control  of any insured,  or "volunteer  worker"  as a consequence  of Paragraph  **(1)(a)** above;

**C.**  Paragraph  **5.** of the **Definitions** Section  is replaced  by the following:

**5.** "Employee"  includes  a "leased  worker"  or a "temporary  worker".

All other  terms  and conditions  of the policy  remain  unchanged.

APP 119

**EXHIBIT A-1**

OSIC 001502

COMMERCIAL GENERAL LIABILITY
CG 88 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL GENERAL LIABILITY EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| NON-OWNED AIRCRAFT | 2 |
| NON-OWNED WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) | 2 |
| MEDICAL PAYMENTS EXTENSION | 3 |
| EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B | 3 |
| ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT | 3 |
| PRIMARY AND NON-CONTRIBUTORY- ADDITIONAL INSURED EXTENSION | 5 |
| ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY REDEFINED | 7 |
| EXTENDED PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU | 8 |

APP 120

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
**EXHIBIT A-1**
OSIC 001503
Page 1 of 8

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A. NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

**1.** It is not owned by any insured;

**2.** It is hired, chartered or loaned with a trained paid crew;

**3.** The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

**4.** It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B. NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)** A watercraft you do not own that is:

**(a)** Less than 52 feet long; and

**(b)** Not being used to carry persons or property for a charge.

**C. PROPERTY DAMAGE LIABILITY - ELEVATORS**

**1.** Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

**2.** The following is added to **Section IV - Commercial General Liability Conditions,** Condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

**1.** Under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

**a.** The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

**(i)** Premises rented to you for a period of 7 or fewer consecutive days; or

**(ii)** Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

APP 121

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT A-1**

OSIC 001594

**b.** The last paragraph of subsection **2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.** Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

    **a.** Any one premise:

        **(1)** While rented to you; or

        **(2)** While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

    **b.** Contents that you rent or lease as part of a premises rental or lease agreement.

**3.** As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) -** Paragraph **9.a.** of **Definitions** is replaced with the following:

**9.a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

**E. MEDICAL PAYMENTS EXTENSION**

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

Under Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments,** Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

**(b)** The expenses are incurred and reported within three years of the date of the accident; and

**F. EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** Under **Supplementary Payments - Coverages A** and **B**, Paragraph **1.b.** is replaced by the following:

**b.** Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

**G. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

**1.** Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

**a.** Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or

APP 122

© 2013 Liberty Mutual Insurance

**EXHIBIT A-1**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

QSIC 001505

**b.** Premises or facilities rented by you or used by you; or

**c.** The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

**d.** Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

**(1)** This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision;

**(2)** This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

**(3)** Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

**(a)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

**(b)** The construction, erection, or removal of elevators; or

**(c)** The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**



APP 123

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT A-1**

QSIC 001596

**2.** With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

**b.** "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

**c.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

    **(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**d.** "Bodily injury" or "property damage" occurring after:

    **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**e.** Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

## H. PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

**a.** The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

APP 124

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXHIBIT A-1

**b.** The following  is added to Paragraph **b. Excess Insurance:**

When a written  contract  or written  agreement,  other than a premises  lease, facilities  rental contract  or
agreement,  an equipment  rental or lease contract  or agreement,  or permit  issued by a state or political
subdivision  between  you and an additional  insured  does not require  this insurance  to be primary  or
primary  and non-contributory,  this insurance  is excess over any other insurance  for which the addi-
tional  insured  is designated  as a Named  Insured.

Regardless  of the written  agreement  between  you and an additional  insured,  this insurance  is excess
over any other insurance  whether  primary,  excess, contingent  or on any other basis for which the
additional  insured  has been added as an additional  insured  on other policies.

## I.   ADDITIONAL  INSUREDS - EXTENDED  PROTECTION  OF YOUR "LIMITS  OF INSURANCE"

This provision  applies to any person or organization  who qualifies  as an additional  insured  under any form
or endorsement  under this policy.

**1.**   The following  is added to Condition  **2. Duties In The Event Of Occurrence,  Offense, Claim or Suit:**

An additional  insured  under this endorsement  will as soon as practicable:

**a.**   Give written  notice of an "occurrence"  or an offense that may result  in a claim or "suit"  under
this insurance  to us;

**b.**   Tender the defense and indemnity  of any claim or "suit"  to all insurers  whom also have
insurance  available  to the additional  insured; and

**c.**   Agree to make available  any other insurance  which the additional  insured  has for a loss we
cover under this Coverage  Part.

**d.**   We have no duty to defend or indemnify  an additional  insured  under this endorsement  until
we receive written  notice of a "suit"  by the additional  insured.

**2.**   The limits  of insurance  applicable  to the additional  insured  are those specified  in a written  contract
or written  agreement  or the limits  of insurance  as stated in the Declarations  of this policy and
defined  in **Section III - Limits of Insurance**  of this policy, whichever  are less. These limits  are
inclusive  of and not in addition  to the limits  of insurance  available  under this policy.

## J.   WHO IS AN INSURED - INCIDENTAL  MEDICAL  ERRORS / MALPRACTICE
## WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION  - MANAGEMENT  EMPLOYEES

Paragraph  **2.a.(1)** of **Section II - Who Is An Insured**  is replaced with  the following:

**(1)**   "Bodily injury"  or "personal  and advertising  injury":

**(a)**   To you, to your partners  or members  (if you are a partnership  or joint venture),  to your members  (if
you are a limited  liability  company),  to a co-"employee"  while in the course of his or her employ-
ment or performing  duties  related to the conduct  of your business,  or to your other "volunteer
workers"  while performing  duties related to the conduct  of your business;

**(b)**   To the spouse, child, parent,  brother  or sister of that co-"employee"  or "volunteer  worker"  as a
consequence  of Paragraph  **(1) (a)** above;

**(c)**   For which there is any obligation  to share damages with  or repay someone  else who must pay
damages because of the injury  described  in Paragraphs  **(1) (a)** or **(b)** above; or

**(d)**   Arising out of his or her providing  or failing  to provide  professional  health care services.  However,
if you are not in the business of providing  professional  health care services or providing  profes-
sional health care personnel  to others, or if coverage for providing  professional  health care ser-
vices is not otherwise  excluded  by separate endorsement,  this provision  (Paragraph  **(d)**) does not
apply.

Paragraphs  **(a)** and **(b)** above do not apply to "bodily  injury"  or "personal  and advertising  injury"  caused by
an "employee"  who is acting in a supervisory  capacity for you. Supervisory  capacity as used herein means
the "employee's"  job responsibilities  assigned  by you, includes  the direct  supervision  of other "employ-
ees" of yours. However,  none of these "employees"  are insureds  for "bodily  injury"  or "personal  and



APP 125

©  2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXHIBIT A-1

OSIC 001508

advertising  injury"  arising  out  of  their  willful  conduct  when  it  is  defined  as  the  purposeful  and  willful  intent  to
cause  "bodily  injury"  or  "personal  and  advertising  injury",  or  caused  in  whole  or  in  part  by  their  intoxica-
tion  by  liquor  or  controlled  substances.

The  coverage  provided  by  provision  **J.** is  excess  over  any  other  valid  and  collectable  insurance  available  to
your  "employee".

**K.   NEWLY  FORMED  OR  ADDITIONALLY  ACQUIRED  ENTITIES**

Paragraph  **3.** of  **Section II - Who Is An Insured** is  replaced  by  the  following:

**3.**   Any  organization  you  newly  acquire  or  form  and  over  which  you  maintain  ownership  or  majority
interest,  will  qualify  as  a  Named  Insured  if  there  is  no  other  similar  insurance  available  to  that
organization.  However:

**a.**   Coverage  under  this  provision  is  afforded  only  until  the  expiration  of  the  policy  period  in
which  the  entity  was  acquired  or  formed  by  you;

**b.**   Coverage  **A** does  not  apply  to  "bodily  injury"  or  "property  damage"  that  occurred  before  you
acquired  or  formed  the  organization;  and

**c.**   Coverage  **B** does  not  apply  to  "personal  and  advertising  injury"  arising  out  of  an  offense
committed  before  you  acquired  or  formed  the  organization.

**d.**   Records  and  descriptions  of  operations  must  be  maintained  by  the  first  Named  Insured.

No  person  or  organization  is  an  insured  with  respect  to  the  conduct  of  any  current  or  past  partnership,  joint
venture  or  limited  liability  company  that  is  not  shown  as  a  Named  Insured  in  the  Declarations  or  qualifies
as  an  insured  under  this  provision.

**L.   FAILURE  TO  DISCLOSE  HAZARDS  AND  PRIOR  OCCURRENCES**

Under  **Section IV - Commercial  General  Liability  Conditions,** the  following  is  added  to  Condition  **6. Repre-
sentations:**

Your  failure  to  disclose  all  hazards  or  prior  "occurrences"  existing  as  of  the  inception  date  of  the  policy
shall  not  prejudice  the  coverage  afforded  by  this  policy  provided  such  failure  to  disclose  all  hazards  or
prior  "occurrences"  is  not  intentional.

**M.   KNOWLEDGE  OF  OCCURRENCE,  OFFENSE,  CLAIM  OR  SUIT**

Under  **Section IV - Commercial  General  Liability  Conditions,** the  following  is  added  to  Condition  **2. Duties
In The Event of Occurrence,  Offense,  Claim Or Suit:**

Knowledge  of  an  "occurrence",  offense,  claim  or  "suit"  by  an  agent,  servant  or  "employee"  of  any
insured  shall  not  in  itself  constitute  knowledge  of  the  insured  unless  an  insured  listed  under  Paragraph
**1.** of  **Section II - Who Is An Insured** or  a  person  who  has  been  designated  by  them  to  receive  reports  of
"occurrences",  offenses,  claims  or  "suits"  shall  have  received  such  notice  from  the  agent,  servant  or
"employee".

**N.   LIBERALIZATION  CLAUSE**

If  we  revise  this  Commercial  General  Liability  Extension  Endorsement  to  provide  more  coverage  without
additional  premium  charge,  your  policy  will  automatically  provide  the  coverage  as  of  the  day  the  revision  is
effective  in  your  state.

**O.   BODILY  INJURY  REDEFINED**

Under  **Section V - Definitions,** Definition  **3.** is  replaced  by  the  following:

**3.**   "Bodily  Injury"  means  physical  injury,  sickness  or  disease  sustained  by  a  person.  This  includes
mental  anguish,  mental  injury,  shock,  fright  or  death  that  results  from  such  physical  injury,  sick-
ness  or  disease.

of  184

82

©  2013 Liberty Mutual Insurance
**EXHIBIT  A-1**
CG 88 10 04 13     Includes copyrighted material of Insurance Services Office, Inc., with its permission.

QSIC 001599

**P.   EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

    **a.   Expected Or Intended Injury**

       "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Q.   WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

    We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

    **1.**  You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization; and

    **2.**  The injury or damage occurs subsequent to the execution of the written contract or written agreement.



APP 127

CG 88 10 04 13      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 8 of 8**

© 2013 Liberty Mutual Insurance

**EXHIBIT A-1**

QSIC 001510

COMMERCIAL  GENERAL LIABILITY
CG 88 60 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EACH LOCATION  GENERAL AGGREGATE LIMIT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.**  For all sums which  the insured  becomes  legally  obligated  to pay as damages  caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents  under **Section I - Coverage C Medical  Payments,** which  can be attributed only to operations  at a single "location"   owned by or rented to you:

  **1.**  A separate Each Location General Aggregate  Limit applies to each "location",   and that limit is equal to the amount  of the General Aggregate  Limit shown in the Declarations.

  **2.**  The Each Location General Aggregate  Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily  injury"  or "property  damage" included in the "products-completed    operations hazard", and for medical  expenses under Coverage **C** regardless of the number  of:

  **a.**  Insureds;

  **b.**  Claims made or "suits"  brought;  or

  **c.**  Persons or organizations  making claims or bringing  "suits".

  **3.**  Any payments  made under Coverage **A** for damages  or under Coverage **C** for medical  expenses shall reduce the Each Location General Aggregate  Limit for that "location".   Such payments  shall not reduce the General Aggregate  Limit shown in the Declarations  nor shall they reduce any other Each Location General Aggregate  Limit for any other "location".

  **4.**  The limits  shown  in the Declarations  for Each Occurrence,  Fire Damage and Medical  Expense continue  to apply. However,  instead of being subject to the General Aggregate  Limit shown in the Declarations,  such limits  will be subject to the applicable  Each Location General Aggregate  Limit.

**B.**  For all sums which  the insured  becomes  legally  obligated  to pay as damages  caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents  under **Section I - Coverage C Medical  Payments,** which  cannot be attributed only to operations  at a single "location"   owned by or rented to you:

  **1.**  Any payments  made under Coverage **A** for damages  or under Coverage **C** for medical  expenses shall reduce the amount  available  under the General Aggregate  Limit or the Products-Completed Operations Aggregate  Limit, whichever  is applicable;  and

  **2.**  Such payments  shall not reduce any Each Location General Aggregate  Limit.

**C.**  When coverage for liability  arising out of the "products-completed    operations hazard" is provided,  any payments  for damages  because of "bodily  injury"  or "property  damage" included in the "products-completed operations hazard" will reduce the Products-Completed  Operations Aggregate  Limit, and not reduce the General Aggregate  Limit nor the Each Location General Aggregate  Limit.

**D.**  For the purposes of this endorsement,  the following  definition  is added to **Sectio n V - Definitions:**

  "Location"   means premises involving  the same or connecting  lots, or premises whose connection  is interrupted  only by a street, roadway,  waterway  or right-of-way  of a railroad.

**E.**  The provisions  of **Section III - Limits Of Insurance** not otherwise  modified  by this endorsement  shall continue  to apply as stipulated.

APP 128

OSIC 001511

EXHIBIT A-1

of 184

84

COMMERCIAL  GENERAL LIABILITY
CG 88 65 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VOLUNTARY  PROPERTY DAMAGE  EXTENSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE  PART

With respect to coverage  afforded  by this endorsement,  the provisions  of the policy apply unless modified by this endorsement.

**A.  COVERAGE**

Subject to Section  **B - Limits Of Insurance** and Section  **C - Deductible**  of this endorsement:

The following  is added to Paragraph  **1. Insuring Agreement**  of **Section I - Coverage A-Bodily Injury And Property Damage Liability:**

At your request, Property Damage  coverage provided  under Paragraph  **1.a.** for "property  damage" to property  of others that:

**(1)**  Is caused by the insured,  and

**(2)**  Arises out of your business  operations  for which this policy provides  liability  coverage

will  apply without  regard to the insured's  legal obligation  to pay damages.

**B.  LIMITS OF INSURANCE**

As respects  the coverage  afforded  by this endorsement,  **Section III - Limits Of Insurance** is replaced by the following:

Regardless  of the number  of insureds,  claims made or "suits"  brought,  or persons  or organizations  making claims or bringing  "suits":

**1.**  Subject to **2.** below,  the most we will  pay for "property  damage"  arising  from any one "occur-rence"  under this endorsement  is **$5,000.** This amount  is part of and not in addition  to the each occurrence  limit described  in Paragraph  **5.** of **Section III - Limits Of Insurance.**

**2.**  The most we will  pay for the sum of all "property  damage"  in an annual policy period  is **$25,000.** This amount  is part of and not in addition  to the General Aggregate  Limit described  in Paragraph  **2.** of **Section III - Limits Of Insurance.**

**C.  DEDUCTIBLE**

We will  not pay for "property  damage"  in any one "occurrence"  until the amount  of "property  damage" exceeds **$250.** If the policy to which this endorsement  is attached contains a "property  damage"  deduct-ible, that deductible  shall apply if it is greater  than **$250.**

APP 129

EXHIBIT A-1

OSIC 001512

**D. EXCLUSIONS**

For the purposes of the coverage provided by this endorsement, the following exclusion is added:

This insurance does not apply to damage to property owned by any insured.

**E. CONDITIONS**

For the purposes of the coverage provided by this endorsement, **Section IV - Commercial General Liability Conditions** is amended as follows:

**1.** The following conditions are added:

    **a.** Any payment made under this endorsement shall not be interpreted as an admission of liability by you or us.

    **b.** In the event of a loss covered by this endorsement, you shall, at our request, replace the damaged property or furnish labor and materials necessary for repairs at your actual cost, excluding profit or overhead charges.

**2.** The following is added to Condition **4. Other Insurance,** Paragraph **b. Excess Insurance.**

The insurance afforded by this endorsement is excess over any other insurance, whether primary, excess, contingent or on any other basis that applies to "property damage" covered by this endorsement.

**3.** Condition **7. - Separation of Insureds** is deleted and replaced with the following:

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured this insurance applies:

    **a.** As if each Named Insured were the only Named Insured; and

    **b.** Separately to each insured against whom claim is made or suit is brought.

However, this condition does not apply if damages are to the property of any insured.

**F. DEFINITIONS**

For the purposes of the coverage provided by this endorsement, Paragraph **17.** of **Section V - Definitions** is replaced by the following:

**17.** "Property damage" means physical injury to tangible property. It does not include:

    **a.** Loss of use of property, whether physically injured or not; or

    **b.** Injury or loss caused by or arising from disappearance or theft.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

CG 88 65 12 08    Includes copyrighted material of ISO Properties, Inc., with its permission.    Page 2 of 2

APP 130

OSIC 001513

**EXHIBIT A-1**

COMMERCIAL  GENERAL LIABILITY
CG 88 67 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PROPERTY DAMAGE  - BORROWED  EQUIPMENT
## ($100,000 LIMIT)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

### Schedule

| | |
|---|---|
| **Property  Damage - Borrowed  Equipment  Occurrence  Limit** | **$100,000** |
| **Property  Damage - Borrowed  Equipment  Aggregate  Limit** | **$100,000** |

For the purposes  of the coverage  provided  by this endorsement:

**A.** Under **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** item **(4)** does not apply to "property  damage" to borrowed  equipment  while that equipment  is not being  used to perform  operations  at a job site.

**B.** The following  is added to Section **III - Limits Of Insurance:**

   **1.** Subject to **2.** below, the Property  Damage - Borrowed  Equipment  Occurrence  Limit shown in the Schedule is the most we will pay due to "property  damage" arising out of any one "occurrence"  to borrowed  equipment  while that equipment  is not being  used to perform  operations  at a job site. This limit is part of and not in addition  to the Each Occurrence  Limit applicable  to **Coverage A - Bodily Injury And Property Damage  Liability.**

   **2.** The Property  Damage - Borrowed  Equipment  Aggregate  Limit shown in the Schedule is the most that is payable  under this coverage  regardless  of the number  of claims  or suits made against you and is part of, and not in addition  to the General Aggregate  Limit.

**C.** Under **Section IV - Commercial  General  Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following  is added:

   The insurance  afforded  by this endorsement  is excess over any of the other insurance,  whether  primary, excess, contingent  or on any other basis, that is property  insurance.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive, or extend any of the terms, conditions,  provisions,  agreements  or limitations  of the policy,  other than as stated above.

APP 131

**EXHIBIT A-1**

OSIC 001514

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONSTRUCTION PROJECT(S) - GENERAL AGGREGATE LIMIT
# (PER PROJECT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents under **Section I - Coverage C Medical Payments,** which can be attributed only to ongoing operations at a single construction project away from premises owned by or rented to you:

    **1.** A separate Construction Project General Aggregate Limit applies to each construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations .

    **2.** The Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

        **a.** Insureds;

        **b.** Claims made or "suits" brought; or

        **c.** Persons or organizations making claims or bringing "suits".

    **3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Construction Project General Aggregate Limit for that construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Construction Project General Aggregate Limit for any other construction project.

    **4.** The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents under **Section I - Coverage C Medical Payments,** which cannot be attributed only to ongoing operations at a single construction project away from premises owned by or rented to you:

    **1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

    **2.** Such payments shall not reduce any Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Construction Project General Aggregate Limit.

**D.** If the applicable construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of **Section III - Limits Of Insurance** not otherwise modified by this endorsement shall continue to apply.

Includes copyrighted material of ISO Properties, Inc., with its permission.

APP 132

**EXHIBIT A-1**

OSIC 001515

COMMERCIAL  GENERAL LIABILITY
CG 88 72 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OFF PREMISES  PROPERTY DAMAGE
# INCLUDING  CARE, CUSTODY  OR CONTROL

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

### SCHEDULE

**Property  Damage - Off Premises Care, Custody Or Control Occurrence  Limit**   25000

**Property  Damage - Off Premises Care, Custody Or Control Aggregate  Limit**   25000

(Information  required  to complete  this Schedule, if not shown above, will  be shown  in the Declarations.)

With respect  to coverage  afforded  by this endorsement,  the provisions  of the policy  apply  unless modified
by this endorsement.

**A.  COVERAGE**

Subparagraph  **j.(4)** of Paragraph  **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property
Damage Liability** is replaced with  the following:

**(4)**  Personal  property  of others  in the care, custody,  or control  of an insured  at premises  owned,
occupied  by, or rented  to an insured;

Subparagraphs  **j.(5)** and **(6)** of Paragraph  **2., Exclusions** of **Section I - Coverage A - Bodily Injury And
Property Damage Liability** are deleted.

**B.  EXCLUSIONS**

The following  are added  to Paragraph  **2., Exclusions** of **Section I - Coverage A - Bodily Injury And
Property Damage Liability:**

This insurance  shall not apply  to:

**1.**  "Property  damage"  :

**a.**  To property  owned  by any Named Insured,  any person  qualifying  as an insured  in Paragraph  **1.**
of **Section II - Who Is An Insured,** or any "employee"  of any Named  Insured;

**b.**  To property  on any premises  owned,  rented,  leased,  operated  or used by you; or

**c.**  To property  while  in transit  to or from  any premises  owned,  rented,  leased,  operated  or used
by you.

**2.**  "Property  damage"  to property  included  in the "products-completed  operations  hazard".

**3.**  "Property  damage"  to borrowed  equipment  if coverage  is provided  by another  endorsement  at-
tached to this policy  described  as **Property  Damage - Borrowed  Equipment.**

**CG 88 72 12 08**        Includes copyrighted material of ISO Properties, Inc., with its permission.        Page 1 of 2

APP 133

**EXHIBIT A-1**

OSIC 001516

C.  **LIMITS OF INSURANCE**

The following  is added to **Section III - Limits Of Insurance:**

1.  Subject to **2.** below, the Property Damage - Off Premises Care, Custody Or Control  Occurrence Limit shown in the Schedule is the most we will pay due to "property  damage"  to property  of others as a result of any one "occurrence".   This limit  is part of and not in addition  to the Each Occurrence  Limit applicable  to **Coverage A - Bodily Injury And Property Damage Liability** described  in Paragraph **5.** of **Section III - Limits Of Insurance.**

2.  The Property  Damage - Off Premises Care, Custody Or Control  Aggregate Limit shown in the Schedule  is the most that is payable  under this coverage regardless of the number of claims or "suits"  made against you. This limit  is part of, and not in addition  to the General Aggregate  Limit described  in Paragraph  **2.** of **Section III - Limits Of Insurance.**

D.  **DEDUCTIBLE**

For the purposes  of the coverage  provided  by this endorsement:

We will not pay for "property  damage" in any one "occurrence"  until the amount of "property  damage" exceeds **$250.** If the policy to which  this endorsement  is attached contains a "property  damage"  deductible, that deductible  shall apply if it is greater than **$250.**

E.  **CONDITIONS**

For the purposes  of the coverage  provided  by this endorsement,  **Section IV - Commercial General Liability Conditions** is amended  as follows:

1.  The following  condition  is added:

In the event of a loss covered  by this endorsement,  you shall, at our request,  replace the damaged property  or furnish  labor and materials  necessary  for repairs at your actual cost, excluding  profit or overhead  charges.

2.  The following  is added to condition  **4. Other Insurance,** Paragraph  **b. Excess Insurance:**

The insurance  afforded  by this endorsement  is excess over any other insurance,  whether primary, excess, contingent  or on any other basis that applies to "property  damage" covered  by this endorsement.

3.  Condition  **7. Separation of Insureds** is replaced  with the following:

Except with  respect to the Limits of Insurance, and any rights or duties specifically  assigned in this Coverage Part to the first Named Insured, this insurance applies:

a.  As if each Named  Insured were the only Named  Insured;  and

b.  Separately  to each insured  against whom  claim is made or "suit"  is brought.

However,  this condition  does not apply if damages  are to the property  of any insured.

OSIC 001517

**EXHIBIT A-1**

COMMERCIAL  GENERAL LIABILITY
**CG 88 77 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

The following   is added to **Section I - Coverage C - Medical  Payments:**

If **Medical Payments** or **Medical Expenses** are not otherwise  excluded  from the policy, medical  expenses will  be paid only if an insured  has requested  that we pay such expenses.



**EXHIBIT A-1**

OSIC 001518

COMMERCIAL  GENERAL LIABILITY
CG 88 80 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - CUSTOMERS'  GOODS
## ($100,000 LIMIT)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**Schedule**

| | |
|---|---|
| Property  Damage - Customers' Goods Occurrence  Limit | $100,000 |
| Property  Damage - Customers' Goods Aggregate  Limit | $100,000 |

**A.** Under **Section I - Coverages, Coverage A-Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** items **(3), (4)** and **(6)** do not apply to "property  damage" to "customers'  goods" while  on your premises.

**B.** For purposes of the coverage  afforded  by this endorsement:

   **1.** Subject to **2.** below, the Property Damage - Customers' Goods Occurrence Limit shown in the Schedule is the most we will pay due to "property  damage" to "customers'  goods" while on your premises  arising  out of any one "occurrence."   This limit  is part of and not in addition  to the Each Occurrence limit  applicable  to **Coverage A - Bodily Injury And Property  Damage Liability.**

   **2.** The Property Damage - Customers' Goods Aggregate Limit shown in the Schedule is the most that is payable under this coverage regardless of the number of claims or "suits"  made against you and is part of, and not in addition  to the General Aggregate  Limit.

**C.** Under **Section IV - Commercial  General  Liability  Conditions, 4. Other Insurance, b. Excess Insurance,** the following  is added:

   The insurance  afforded  by this endorsement  is excess over any of the other insurance,  whether  primary, excess, contingent  or on any other basis, that is property  insurance.

**D.** Under **Section V - Definitions,** the following   definition  is added:

   "Customers'  goods" means property  of your customer  on your premises  for the purpose  of being worked  on or used in your manufacturing   process.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive, or extend any of the terms, conditions,  provisions,  agreements  or limitations  of the policy, other than as stated above.

APP 136

**EXHIBIT A-1**

OSIC 001519

COMMERCIAL  GENERAL LIABILITY
CG 88 86 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS  LIABILITY

This endorsement  modifies  insurance  provided  under the following:



COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply to:

1. "Bodily injury", "property  damage" or "personal  and advertising  injury" arising, in whole or in part, either directly  or indirectly  out of the manufacture,  storage, processing,  mining,  use, sale, installation, removal, disposal, distribution,  handling,  inhalation,  ingestion,  absorption,  or existence of, exposure to or contact with asbestos,  asbestos  contained  in goods, products  or materials,  asbestos  fibers or asbestos dust; or

2. Any loss, cost or expense arising out of any:

    a. Request, demand, order, or statutory  or regulatory  requirement  that any insured or others test for, monitor,  clean up, remove, contain, treat, detoxify  or neutralize,  or in any way respond to, or assess the effects  of asbestos,  asbestos  contained  in goods, products  or materials,  asbestos  fibers or asbestos dust; or

    b. Claim or "suit"  by or on behalf of a governmental  authority  for damages because of testing for, monitoring,  cleaning up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing the effects of asbestos,  asbestos  contained  in goods, products  or materials,  asbestos  fibers or asbestos  dust.

APP 137

**EXHIBIT A-1**

OSIC 001520

COMMERCIAL  GENERAL LIABILITY
CG 88 87 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - LEAD LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply to:

**1.**  "Bodily injury", "property  damage" or "personal  and advertising  injury"  arising,  in whole or in part,
either  directly  or indirectly  out of the mining,  processing,  manufacture,  storage,  distribution,  sale,
installation,  removal,  disposal,  handling,  inhalation,  ingestion,  absorption,  use or existence of, expo-
sure to, or contact  with lead or lead contained  in goods, products  or materials;  or

**2.**  Any loss, cost or expense arising  out of any:

  **a.**  Request,  demand,  order or statutory  or regulatory  requirement  that any insured  or others  test for,
  monitor,  clean up, remove,  contain,  treat, detoxify  or neutralize,  or in any way respond  to, or assess
  the effects of lead or lead contained  in goods, products  or materials;  or

  **b.**  Claim or "suit"  by or on behalf of a governmental  authority  for damages  because  of testing  for,
  monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way
  responding  to, or assessing  the effects of lead or lead contained  in goods, products  or materials.

  Includes copyrighted material of ISO Properties, Inc., with its permission.   APP 138   Page 1 of 1

OSIC 001521

**EXHIBIT A-1**

COMMERCIAL  GENERAL LIABILITY
CG 89 94 04 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES - TOTAL POLLUTION  EXCLUSION  WITH HOSTILE FIRE EXCEPTION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART



Exclusion **f.** under Paragraph **2. Exclusions** of Section **1 - Coverage A Bodily Injury and Property Damage Liability** is replaced  by the following:

This insurance  does not apply to:

**f.    Pollution**

**(1)**  "Bodily  injury"  or "property  damage"  arising  out of the actual, alleged or threatened  discharge, dispersal, seepage, migration,  release or escape of "pollutants":

**(a)**  At or from any premises,  site or location  which is or was at any time  owned  or occupied  by, or rented or loaned to, any insured;

**(b)**  At or from  any premises,  site or location  which is or was at any time used by or for any insured or others for the handling,  storage, disposal, processing  or treatment  of waste;

**(c)**  Which are or were at any time  transported,  handled,  stored, treated,  disposed of or processed  as waste by or for any insured  or any person  or organization  for whom  you may be legally  responsible;

**(d)**  At or from  any premises,  site or location  on which  any insured  or any contractors  or subcontractors  working  directly  or indirectly  on any insured's  behalf are performing  operations or have completed  any operations;  or

**(e)**  From "your product".

Subparagraph  **(a)** does not apply to "bodily  injury"  or "property  damage"  arising  out of heat, smoke or fumes from a "hostile  fire".

Subparagraph  **(d)** does not apply to "bodily  injury"  or "property  damage"  arising  out of heat, smoke or fumes from a "hostile  fire" unless any insured  or any contractors  or subcontractors working  directly  or indirectly  on any insured's  behalf are performing  operations  or have completed  operations  to test for, monitor,  clean up, remove, contain, treat, detoxify  neutralize  or in any way respond  to, or assess the effects of, "pollutants".

**(2)**  Any loss, cost or expense  arising  out of any:

**(a)**  Request, demand, order or statutory  or regulatory  requirement  that any insured or others test for, monitor,  clean up, remove, contain, treat, detoxify  or neutralize, or in any way respond  to, or assess the effects of "pollutants";  or

**(b)**  Claim or suit by or on behalf of a governmental  authority  for damages because of testing for, monitoring,  cleaning up, removing, containing, treating, detoxifying  or neutralizing, or in any way responding  to, or assessing the effects of, "pollutants".

©  2012 Liberty Mutual Agency Corporation. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT A-1**

OSIC 001522

# BUILDING AND PERSONAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

of   184

96

© Insurance Services Office, Inc., 2011

**EXHIBIT A**

APP 140

OSIC 000523

**c.** **Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

APP 141

© Insurance Services Office, Inc., 2011

EXHIBIT A

CP 00 10 10 12

OSIC 001324

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

APP 142

© Insurance Services Office, Inc., 2011

**EXHIBIT A**

OSIC 000525

of 184

98

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

APP 143

© Insurance Services Office, Inc., 2011

**EXHIBIT A**

CP 00 10 10 12

OSIC 001326

**d.   Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e.   Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

APP 144

© Insurance Services Office, Inc., 2011

**EXHIBIT A**

Page 5 of 17



**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

APP 145

© Insurance Services Office, Inc., 2011

**EXHIBIT A-1**

CP 00 10 10 12

OSIC 001328

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**EXHIBIT A**

APP 146

OSIC 000529

102 of 184



**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to your cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

APP 147

**EXHIBIT A**          OSIC 00139 0

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

APP 148

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---:|
| Deductible: | $ 250 |
| Limit of Insurance - Building 1: | $ 60,000 |
| Limit of Insurance - Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.



APP 149

© Insurance Services Office, Inc., 2011

EXHIBIT A

OSIC 001392

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
-     250
$59,850   Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

Loss to Building 1:                     $ 70,000
(Exceeds Limit of Insurance plus Deductible)
Loss to Building 2:                     $ 90,000
(Exceeds Limit of Insurance plus Deductible)
Loss Payable - Building 1:              $ 60,000
(Limit of Insurance)
Loss Payable - Building 2:              $ 80,000
(Limit of Insurance)
Total amount of loss payable:           $ 140,000

**E.   Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.   Abandonment**

There can be no abandonment of any property to us.

**2.   Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**   Pay its chosen appraiser; and

**b.**   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.   Duties In The Event Of Loss Or Damage**

**a.**   You must see that the following are done in the event of loss or damage to Covered Property:

**(1)**   Notify the police if a law may have been broken.

**(2)**   Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**   As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**   Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)**   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)**   As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)**   Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

APP 150

EXHIBIT A

OSIC 000339



**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

APP 151

© Insurance Services Office, Inc., 2011

EXHIBIT A

OSIC 001394



**6.** **Vacancy**

  **a.** **Description Of Terms**

    **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

      **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

      **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

        **(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

        **(ii)** Used by the building owner to conduct customary operations.

    **(2)** Buildings under construction or renovation are not considered vacant.

  **b.** **Vacancy Provisions**

    If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

    **(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

      **(a)** Vandalism;

      **(b)** Sprinkler leakage, unless you have protected the system against freezing;

      **(c)** Building glass breakage;

      **(d)** Water damage;

      **(e)** Theft; or

      **(f)** Attempted theft.

    **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7.** **Valuation**

  We will determine the value of Covered Property in the event of loss or damage as follows:

  **a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

  **b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

    The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

    However, the following property will be valued at the actual cash value, even when attached to the building:

    **(1)** Awnings or floor coverings;

    **(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

    **(3)** Outdoor equipment or furniture.

  **c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

  **d.** Glass at the cost of replacement with safety-glazing material if required by law.

  **e.** Tenants' Improvements and Betterments at:

    **(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

    **(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

<div align="right">APP 152</div>

**EXHIBIT A**

<span style="color:red">OSIC 000539</span>

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F.  Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.  Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $   250 |
| | The amount of loss is: | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $   250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| When: | The value of property is: | |
|---|---|---|
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $ 100,000 |
| | Personal Property at Location 2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Location 1 and 2 is: | $ 180,000 |
| | The Deductible is: | $   1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property at Location 2: | $ 20,000 |
| | | $ 50,000 |

APP 153

© Insurance Services Office, Inc., 2011    CP 00 10 10 12

EXHIBIT A

OSIC 001396

Step **(1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000.

Step **(4):** $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

APP 154

© Insurance Services Office, Inc., 2011 Page 15 of 17

**EXHIBIT A**

OSIC 000533

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

      **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is: $ 100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is:
$100,000 x .08 x 146 ÷ 365= $ 3,200

**3. Replacement Cost**

    **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

    **b.** This Optional Coverage does not apply to:

      **(1)** Personal property of others;

      **(2)** Contents of a residence;

      **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

      **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

    Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

    **(1)** Until the lost or damaged property is actually repaired or replaced; and

    **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

    **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

    **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace the lost or damaged property with other property:

      **(a)** Of comparable material and quality; and

      **(b)** Used for the same purpose; or

    **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

APP 155

© Insurance Services Office, Inc., 2011

EXHIBIT A

CP 00 10 10 12

OSIC 001398

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

APP 156

EXHIBIT A

OSIC 000539

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

APP 157

OSIC 001540



**EXHIBIT A-1**

© Insurance Services Office, Inc., 2011

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation - Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

APP 158

**EXHIBIT A-1**

© Insurance Services Office, Inc., 2011

OSIC 001541

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

APP 159

OSIC 001542

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation - Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

APP 160

**EXHIBIT A-1**

© Insurance Services Office, Inc., 2011

OSIC 001543

**CP 00 30 10 12**

**6.  Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.**  You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.**  The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.**  Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)**  This policy expires;

**(2)**  30 days expire after you acquire or begin to construct the property; or

**(3)**  You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B.  Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.**  Alterations And New Buildings;

**2.**  Civil Authority;

**3.**  Extra Expense; or

**4.**  Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C.  Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.  Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2.  Duties In The Event Of Loss**

**a.**  You must see that the following are done in the event of loss:

**(1)**  Notify the police if a law may have been broken.

**(2)**  Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)**  As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

**(4)**  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

APP 161

**EXHIBIT A-1**

OSIC 001544

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

APP 162

**EXHIBIT A-1**

© Insurance Services Office, Inc., 2011  OSIC 001545  CP 00 30 10 12

**4.   Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D.   Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step **(1):**   Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):**   Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3):**   Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight - outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When:   The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been $ 400,000

The Coinsurance percentage is                              50%

The Limit of Insurance is          $ 150,000

The amount of loss is          $ 80,000

Step **(1):** $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $ 80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

APP 163

**Example 2 (Adequate Insurance)**

When: The Net Income and op-
operating expenses for
the 12 months following
the inception, or last
previous anniversary
date, of this policy at
the described premises
would have been           $ 400,000

The Coinsurance per-
centage is                      50%

The Limit of Insurance is   $ 200,000

The amount of loss is       $  80,000

The minimum amount of insurance to meet your
Coinsurance requirement is $200,000 ($400,000 x
50%). Therefore, the Limit of Insurance in this ex-
ample is adequate and no penalty applies. We will
pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense
Coverage.

**E.   Optional Coverages**

If shown as applicable in the Declarations, the
following Optional Coverages apply separate-
ly to each item.

**1.   Maximum Period Of Indemnity**

**a.**   The Additional Condition, Coinsur-
ance, does not apply to this Cover-
age Form at the described premises
to which this Optional Coverage ap-
plies.

**b.**   The most we will pay for the total of
Business Income loss and Extra Ex-
pense is the lesser of:

**(1)**   The amount of loss sustained
and expenses incurred during
the 120 days immediately fol-
lowing the beginning of the "pe-
riod of restoration"; or

**(2)**   The Limit Of Insurance shown in
the Declarations.

**2.   Monthly Limit Of Indemnity**

**a.**   The Additional Condition, Coinsur-
ance, does not apply to this Cover-
age Form at the described premises
to which this Optional Coverage ap-
plies.

**b.**   The most we will pay for loss of
Business Income in each period of 30
consecutive days after the beginning
of the "period of restoration" is: is:

**(1)**   The Limit Of Insurance, multi-
plied by

**(2)**   The fraction shown in the Dec-
larations for this Optional Cover-
age.

**Example:**

When:   The Limit of Insurance is $  120,000

The fraction shown in
the Declarations for
this Optional Coverage is          1/4

The most we will pay for
loss in each period of
30 consecutive days is:  $  30,000

($120,000 x 1/4 = $ 30,000)

If, in this example, the
actual amount of loss is:

Days  1-30          $  40,000

Days 31-60             20,000

Days 61-90             30,000
                     $  90,000

We will pay:

Days  1-30          $  30,000

Days 31-60             20,000

Days 61-90             30,000
                     $  80,000

The remaining $10,000 is not
covered.

**3.   Business Income Agreed Value**

**a.**   To activate this Optional Coverage:

**(1)**   A Business Income Report/
Work Sheet must be submitted
to us and must show financial
data for your "operations":

**(a)**   During the 12 months prior
to the date of the Work
Sheet; and

**(b)**   Estimated for the 12 months
immediately following the
inception of this Optional
Coverage.

**(2)**   The Declarations must indicate
that the Business Income Agreed
Value Optional Coverage ap-
plies, and an Agreed Value must
be shown in the Declarations.
The Agreed Value should be at
least equal to:

**(a)**   The Coinsurance percentage
shown in the Declarations;
multiplied by

**(b)**   The amount of Net Income
and operating expenses for
the following 12 months you
report on the Work Sheet.

**b.**   The Additional Condition, Coinsur-
ance, is suspended until:

**(1)**   12 months after the effective
date of this Optional Coverage;
or

OSIC 001547

**EXHIBIT A-1**

© Insurance Services Office, Inc., 2011

CP 00 30 10 12

**(2)** The expiration date of this policy; whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit Of Insurance; divided by

**(2)** The Agreed Value.

**Example:**

When:   The Limit of Insurance is   $ 100,000
        The Agreed Value is         $ 200,000
        The amount of loss is       $  80,000

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4.   Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F.   Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

APP 165

**EXHIBIT A-1**

OSIC 001548

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

APP 166

OSIC 001549

**EXHIBIT A-1**

© Insurance Services Office, Inc., 2011

**CP 00 30 10 12**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

APP 167

EXHIBIT A-1

OSIC 001550

**2.** The coverage territory is:

  **a.** The United States of America (including its territories and possessions);

  **b.** Puerto Rico; and

  **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to se-

cure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

  **a.** Someone insured by this insurance;

  **b.** A business firm:

    **(1)** Owned or controlled by you; or

    **(2)** That owns or controls you; or

  **c.** Your tenant.

This will not restrict your insurance.

CP 00 90 07 88          Copyright, ISO Commercial Risk Services, Inc., 1983, 1987          Page 2 of 2

OSIC 001551

**EXHIBIT A-1**

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:



COMMERCIAL PROPERTY COVEAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

APP 169

**EXHIBIT A-1**

©ISO Properties, Inc., 2006

OSIC 001552

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part is replaced by the term Policy.

**B. Legal Action Against Us**

**1.** The **Legal Action Against Us** Commercial Property Condition is replaced by the following, except as provided in **B.2.** below:

**Legal Action Against Us**

**a.** Except as provided in Paragraph **b.**, no one may bring a legal action against us under this Coverage Part unless:

**(1)** There has been full compliance with all of the terms of this Coverage Part; and

**(2)** The action is brought within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

**b.** With respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, no one may bring a legal action against us under this Coverage Part unless:

**(1)** There has been full compliance with all of the terms of this Coverage Part; and

**(2)** The action is brought within the earlier of the following:

**(a)** Two years and one day from the date we accept or reject the claim; or

**(b)** Three years and one day from the date of the loss or damage that is the subject of the claim.

**2.** Paragraph **B.1.** above does not apply to the Legal Action Against Us Loss Condition in the Legal Liability Coverage Form **CP 00 40**.

**C. Appraisal**

**1.** Except as provided in **C.2.** below, the **Appraisal** Loss Condition in the:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM;
BUILDERS RISK COVERAGE FORM;
CONDOMINIUM ASSOCIATION COVERAGE FORM;
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM;
EXTRA EXPENSE COVERAGE FORM;
LEASEHOLD INTEREST COVERAGE FORM;
TOBACCO SALES WAREHOUSES COVERAGE FORM; and
STANDARD PROPERTY POLICY

is replaced by the following:

**Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. Each appraiser will state the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

APP 170

OSIC 001553

**EXHIBIT A-1**

If there is an appraisal:

   **a.** You will still retain your right to bring a legal action against us, subject to the provisions of the Legal Action Against Us Commercial Property Condition; and

   **b.** We will still retain our right to deny the claim.

**2.** The **Appraisal** Condition in the:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM; and BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

is replaced by the following:

**Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense and the amount of loss.

If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal:

   **a.** You will still retain your right to bring a legal action against us, subject to the provisions of the Legal Action Against Us Commercial Property Condition; and

   **b.** We will still retain our right to deny the claim.

**D.** Under the Duties In The Event Of Loss Or **Damage** Loss Condition:

   **a.** Paragraph **a.(2)** is replaced by the following:

      **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved. However, with respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim.

   **b.** The provision requiring signed, sworn proof of loss is replaced by the following:

Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 91 days after our request. We will supply you with the necessary forms.

**E.** Under the Loss Payment Condition, the provisions pertaining to notice of our intentions and the time period for payment of claims are deleted and replaced by the following:

**1.** **Claims Handling**

   **a.** Within 15 days after we receive written notice of claim, we will:

      **(1)** Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

      **(2)** Begin any investigation of the claim; and

      **(3)** Request a signed, sworn proof of loss, specify the information you must provide and supply you with the necessary forms. We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

APP 171

**EXHIBIT A-1**

OSIC 001554

**B.** We will notify you in writing as to whether:

**(1)** The claim or part of the claim will be paid;

**(2)** The claim or part of the claim has been denied, and inform you of the reasons for denial;

**(3)** More information is necessary; or

**(4)** We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

We will provide notification, as described in **b.(1)** through **b.(4)** above, within:

**(1)** 15 business days after we receive the signed, sworn proof of loss and all information we requested; or

**(2)** 30 days after we receive the signed, sworn proof of loss and all information we requested, if we have reason to believe the loss resulted from arson.

If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

**2.** We will pay for covered loss or damage within five business days after:

**a.** We have notified you that payment of the claim or part of the claim will be made and have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms of this Coverage Part, we will make payment within five business days after the date you have complied with such terms.

The following paragraphs are added:

**3.** **Catastrophe Claims**

If a claim results from a weather related catastrophe or a major natural disaster, the claim handling and claim payment deadlines described in **E.1.** and **E.2.** above are extended for an additional 15 days.

Catastrophe or major natural disaster means a weather related event which:

**a.** Is declared a disaster under the Texas Disaster Act of 1975; or

**b.** Is determined to be a catastrophe by the State Board of Insurance.

**4.** The term "business day", as used in the Loss Payment Condition, means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**F.** The following is added to the **Valuation** Loss Condition:

**Chapter 862 - Subsection 862.053. Policy A Liquidated Demand.** A fire insurance policy, in case of total loss by fire of property insured, shall be held and considered to be a liquidated demand against the Company for the full amount of such policy. This subsection does not apply to personal property.

**G.** Paragraphs **d.** and **f.** of the **Mortgageholders** Additional Condition are replaced by the following:

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 91 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**f.** If this policy is cancelled, we will give the mortgageholder named in the Declarations written notice of cancellation.

If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 14 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

APP 172

EXHIBIT A-1



**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

If you cancel the policy, we will give the mortgageholder notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

**H.** The following is added to Paragraph **E.4.** in the **Duties In The Event Of Accident, Claim Or Suit** Loss Condition in the Legal Liability Coverage Form:

We will notify the first Named Insured in writing of:

**1.** An initial offer to settle a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

**2.** Any settlement of a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

APP 173

**EXHIBIT A-1**

OSIC 001556

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

    BUILDERS RISK COVERAGE FORM
    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    STANDARD PROPERTY POLICY
    TOBACCO SALES WAREHOUSES COVERAGE FORM

### SCHEDULE

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage - Enter 1%, 2% Or 5% |
|---|---|---|
| | | % |
| | | % |
| | | % |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building and personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) Of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS**

**A. Calculation Of The Deductible - All Policies**

   **1.** A Deductible is calculated separately for, and applies separately to:

   **a.** Each building that sustains loss or damage;

   **b.** The personal property at each building at which there is loss or damage to personal property; and

   **c.** Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

   **2.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

APP 174

© Insurance Services Office, Inc., 2011

**EXHIBIT A-1**

OSIC 001557

130      of  184

erage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation Of The Deductible - Specific Insurance Other than Builders' Risk**

**1. Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**2. Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C. Calculation Of The Deductible - Blanket Insurance Other Than Builders' Risk**

**1. Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is that shown in the most recent Statement of Values on file with us.

**2. Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D. Calculation Of The Deductible - Builders' Risk Insurance**

**1. Builders' Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

**2. Builders' Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**Examples - Application Of Deductible**

**Example 1 - Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

APP 175

© Insurance Services Office, Inc., 2011

**EXHIBIT A-1**

OSIC 001558

CP 03 21 10 12

The Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1)**: $70,000 ÷ $80,000 = .875

Step **(2)**: $60,000 x .875 = $52,500

Step **(3)**: $70,000 x 1% = $700

Step **(4)**: $52,500 - $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

**Example 2 - Specific Insurance (B.1.)**

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step **(1)**: $80,000 x 2% = $1,600

Step **(2)**: $60,000 - $1,600 = $58,400

**Personal Property**

Step **(1)**: $64,000 x 2% = $1,280

Step **(2)**: $40,000 - $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

**Example 3 - Blanket Insurance (C.1.)**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2%.

**Building 1**

Step **(1)**: $500,000 x 2% = $10,000

Step **(2)**: $40,000 - $10,000 = $30,000

**Building 2**

Step **(1)**: $500,000 x 2% = $10,000

Step **(2)**: $20,000 - $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

**Example 4 - Blanket Insurance (C.1.)**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Personal Property at Building 1 ($250,000) and Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit Of Insurance covering Buildings 1 and 2 and Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building 1 and Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

**Building**

Step **(1)**: $500,000 x 5% = $25,000

Step **(2)**: $95,000 - $25,000 = $70,000

**Personal Property**

Step **(1)**: $250,000 x 5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

APP 176

EXHIBIT A-1

OSIC 001559

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A.** **Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B.** **Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a.** **Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b.** **Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

APP 177

© Insurance Services Office, Inc., 2011

OSIC 001560

EXHIBIT A-1



This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c.    Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d.    Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.    Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)**   Originates away from the described premises; or

**(2)**   Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f.    War And Military Action**

**(1)**   War, including undeclared or civil war;

**(2)**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)**   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.    Water**

**(1)**   Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)**   Mudslide or mudflow;

**(3)**   Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)**   Water under the ground surface pressing on, or flowing or seeping through:

**(a)**   Foundations, walls, floors or paved surfaces;

**(b)**   Basements, whether paved or not; or

**(c)**   Doors, windows or other openings; or

**(5)**   Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

© Insurance Services Office, Inc., 2011

**Exhibit A-1**

APP 178

CP 10 30 10 12

OSIC 001561

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

CP 10 30 10 12          © Insurance Services Office, Inc., 2011          Page 3 of 11

**Exhibit A-1**

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

© Insurance Services Office, Inc., 2011

**Exhibit A-1**

APP 180

CP 10 30 10 12

OSIC 001563

of 184

136

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

APP 181

**Exhibit A-1**



OSIC 00F564

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.** Ordinance Or Law;

(b) Paragraph **B.1.c.** Governmental Action;

(c) Paragraph **B.1.d.** Nuclear Hazard;

(d) Paragraph **B.1.e.** Utility Services; and

(e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

APP 182

OSIC 001565

Exhibit A-1

138    of  184



**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

   **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

   **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

   **(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

   **(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

   **(2)** Changes in or extremes of temperature;

   **(3)** Disease;

   **(4)** Frost or hail; or

   **(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

   **(1)** Glass; or

   **(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

   However, this limitation does not apply:

   **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

   **(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

APP 183

OSIC 00f566

**Exhibit A-1**

57899385

000639

250

of  184

139

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire- extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D.   Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

© Insurance Services Office, Inc., 2011

**Exhibit A-1**

APP 184

CP 10 30 10 12

OSIC 001567

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

   **b.** The personal property which collapses is inside a building; and

   **c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

   **a.** A "specified cause of loss" other than fire or lightning; or

   **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

**CP 10 30 10 12**     © Insurance Services Office, Inc., 2011     **Page 9 of 11**

**Exhibit A-1**


OSIC 00F568

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.** **Additional Coverage Extensions**

**1.** **Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2.** **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

© Insurance Services Office, Inc., 2011

APP 186

CP 10 30 10 12

OSIC 001569

**Exhibit A-1**

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

APP 187

EXHIBIT A-1

OSIC 001570

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO BY-PRODUCTS OF PRODUCTION OR PROCESSING OPERATIONS (RENTAL PROPERTIES)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Description Of Rental Unit |
|---|---|---|
| | | "All areas of the premises (including any covered buildings and structures) that are leased or rented to others, regardless of the number of renters or lessees, or any subdivisions between areas." |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The terms of this endorsement apply to the rental unit(s) described in the Schedule, and to the building(s) in which such unit(s) is located, including any contents of such unit(s) and building(s), all of which constitute the described premises for the purpose of this endorsement.

**B.** We will not pay for loss or damage to the described premises, caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental unit(s) described in the Schedule. This exclusion applies regardless of whether such operations are:

    **1.** Legally permitted or prohibited;

    **2.** Permitted or prohibited under the terms of the lease; or

    **3.** Usual to the intended occupancy of the premises.

This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

**C.** If the loss or damage described in Paragraph **B.** results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the business income and/or extra expense forms listed in this endorsement, or under any other business interruption insurance if provided under this policy.

**D.** The conduct of a tenant's production or processing operations will not be considered to be vandalism of the rental premises regardless of whether such operations are:

    **1.** Legally permitted or prohibited;

    **2.** Permitted or prohibited under the terms of the lease; or

    **3.** Usual to the intended occupancy of the premises.

APP 188

EXHIBIT A-1

OSIC 001971

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL PERMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART



If Covered Property is removed to a new location that is added by endorsement to the policy subsequent to its original issue, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of the endorsement adding the new location; after that, this insurance does not apply at the previous location.

APP 189

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXHIBIT A

OSIC 001572

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies the insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
COMMON POLICY CONDITIONS

**A.** The following is added as an Additional Coverage to the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM:

**Additional Coverage - Equipment Breakdown**

**1.** We will pay for direct physical damage to Covered Property that is caused by an "accident" to "covered equipment".

**2.** The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Equipment Breakdown Coverage Schedule. Coverage provided under this endorsement does not increase and is not in addition to any other Limit of Insurance.

**3.** The following coverages also apply to covered losses caused by an "accident". These coverages do not provide additional limits of insurance.

    **a. Expediting Expenses**

    With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

    **(1)** Make temporary repairs; and

    **(2)** Expedite permanent repairs or replacement.

    Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

    The most we will pay for under this coverage is $100,000 unless otherwise provided in this policy.

    **b. Hazardous Substances**

    We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

    This does not include contamination of "perishable goods" by a refrigerant, including ammonia, which is addressed in **3.d.** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

    The most we will pay for under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

© 2015 Liberty Mutual Insurance

EXHIBIT A-1

OSIC 001573

146    of 184

**c.  Spoilage**

**(1)**  We will pay for physical damage to "perishable goods" due to spoilage. The spoilage damage must be due to the lack of or excess of power, light, heat, steam or refrigeration caused by an "accident" to "covered equipment".

**(2)**  You must own the "perishable goods" or they must be in your care, custody or control and you must be legally liable for them.

**(3)**  We will also pay any necessary expense you incur to reduce the amount of loss under this coverage. We will pay such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(4)**  If you are unable to replace the "perishable goods" before their anticipated sale date, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" less discounts and expense you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise provided in this policy.

**d.  Refrigerant Contamination**

We will pay for physical damage to Covered Property due to contamination from the release of a refrigerant, including any related salvage expense.

The most we will pay for loss or damage under this coverage is $100,000 unless otherwise provided in this policy.

**e.  Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data". The most we will pay for loss or expense under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

**f.  Utility Services**

**(1)**  Insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned, managed, or controlled by your landlord or landlord's utility, or utility or other supplier with whom you have a contract, that directly supplies you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)**  Unless otherwise provided in this policy, Utility Services coverage will not apply unless the loss of or disruption of service exceeds 24 hours immediately following the "accident".

**(3)**  The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage, respectively.

**g.  Business Income and Extra Expense**

Any insurance provided under this Policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a separate Equipment Breakdown deductible is shown in the Policy, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident", and the separate Equipment Breakdown deductible shown in the Policy will apply. The most we will pay for loss of Business Income you sustain, and necessary Extra Expense you incur is the limit that applies to Business Income or Extra Expense unless otherwise provided in this policy.



© 2015 Liberty Mutual Insurance

APP 191

**EXHIBIT A-1**

OSIC 001574

**4.  Exclusions**

For the purposes of this endorsement, all exclusions in the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM apply except as modified below.

**a.**  The exclusions are modified as follows:

**(1)**  The following is added to Paragraph **B.1.g Water:**

However, if electrical "covered equipment" requires drying out because of Water as described in **g.(1)** through **g.(3)** above, we will pay for the direct expense of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**(2)**  If CAUSES OF LOSS - BASIC FORM or CAUSES OF LOSS - BROAD FORM applies, the following is added to **Exclusions B.2:**

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if an "accident" results, we will pay for the resulting loss, damage or expense.

**(3)**  If CAUSES OF LOSS - SPECIAL FORM applies, the last paragraph of **B.2.d. Exclusions** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.d. (1)** through **(7)** results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

**b.**  We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

**(1)**  Your failure to use all reasonable means to protect Covered Property from damage following an "accident".

**(2)**  Any defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

**(3)**  Any of the following tests:

**(a)**  Hydrostatic, pneumatic, or gas pressure test of any boiler or pressure vessel; or

**(b)**  Electrical insulation breakdown test of any type on electrical equipment.

**c.**  With respect to Utility Services coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in paragraph **5.a.(3)** of this endorsement); smoke; aircraft; or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**d.**  With respect to Business Income, Extra Expense and Utility Services coverages, we will also not pay for:

**(1)**  Loss caused by your failure to use due diligence and all reasonable means to resume business; or

**(2)**  Any increase in loss resulting from an agreement between you and your customer or supplier.

**e.**  We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident":

Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

**f.**  We will not pay under this endorsement for any loss or damage to animals.

©  2015 Liberty Mutual Insurance

APP 192

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXHIBIT A-1

OSIC 001575

**5.   Definitions**

The following   are added to **H. Definitions**

**a.**   "Accident"   means a fortuitous   event that causes direct  physical  damage to "covered  equip-
ment"  that requires  repair  or replacement.   The event must be one of the following:

**(1)**   Mechanical   breakdown,   including   rupture  or bursting   caused by centrifugal  force;

**(2)**   Artificially   generated electrical   current, including   electric  arcing, that damages electrical
devices,  appliances  or wires;

**(3)**   Explosion   of steam  boilers,   steam  pipes,  steam  engines  or steam  turbines  owned  or
leased by you, or operated   under your control;

An "accident"   does not include the functioning   of any safety or protective  device, or any other
condition,   which  can be corrected  by resetting,   tightening,   adjusting,  cleaning,  or the perfor-
mance of maintenance.

**b.**   "Covered   equipment"

**(1)**   means, unless otherwise  provided  in this policy, Covered Property:

**(a)**   That generates,  transmits   or utilizes energy,  including  electronic   communications
and data processing  equipment;  or

**(b)**   Which,  during  normal  usage, operates  under vacuum  or pressure,  other  than the
weight  of its contents.

**(2)**   None of the following   is "covered  equipment":

**(a)**   Structure,   foundation,   cabinet,  compartment   or air supported  structure  or building;

**(b)**   Insulating   or refractory  material;

**(c)**   Sewer  piping,  underground  vessels or piping,  or piping  forming  part of a sprinkler
system;

**(d)**   Water  piping  other than boiler  feedwater  piping,  boiler  condensate  return piping  or
water  piping  forming  a part of a refrigerating   or air conditioning   system;

**(e)**   "Vehicle"   or any equipment  mounted  on a "vehicle";

**(f)**   Satellite,  spacecraft  or any equipment  mounted  on a satellite  or spacecraft;

**(g)**   Dragline,  excavation  or construction  equipment;   or

**(h)**   Equipment  manufactured  by you for sale.

**c.**   "Data"  means information   or instructions   stored in digital  code capable of being processed by
machinery.

**d.**   "Hazardous  substance"  means any substance that has been declared  to be hazardous  to
health by any governmental  agency.

**e.**   "Media"  means material  on which "data"  is recorded, such as magnetic tapes, hard disks,
optical  disks or floppy  disks.

**f.**   "One accident"  means if an initial  "accident"  causes other "accidents",  all will be considered
"one accident".  All "accidents"  at any one premises  that manifest themselves  at the same
time and are the direct result  of the same cause will be considered  one "accident".

**g.**   "Perishable  goods"  means personal  property maintained  under controlled  conditions  for its
preservation  and susceptible  to loss or damage if the controlled  conditions  change.

**h.**   For the purposes  of this endorsement,   "vehicle"  means any machine  or apparatus  that is used
for transportation  or moves under its own power.  "Vehicle"  includes  a car, truck, bus, trailer,
train, aircraft,  watercraft,  forklift,  bulldozer,  or harvester.

However,  any property  that is permanently   installed  at a covered  location  and that receives
electrical  power  from an external  power  source  will  not be considered  a "vehicle".



© 2015 Liberty Mutual Insurance

APP 193

**EXHIBIT A-1**

OSIC 001576

**B.** The BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINUIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM are modified as follows:

The definitions stated above in Paragraph **A.5.** also apply to section **B.** of this endorsement.

**1.   Deductible**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Policy. If a separate Equipment Breakdown deductible is shown, the following applies.

Regarding Equipment Breakdown Coverage only, section **D. Deductible** is deleted and replaced with the following:

**a.**   Deductible for Each Coverage

**(1)**   Unless the Declarations or Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".

**(2)**   We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)**   If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

**b.**   Application of Deductibles

**(1)**   Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage, or expense exceeds the applicable Deductible shown in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2)**   Time Deductible

If a time deductible is shown in the Policy, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3)**   Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income Coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Policy will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**CP 88 44 02 15**   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   Page 5 of 6

©   2015 Liberty Mutual Insurance

APP 194

EXHIBIT A-1

OSIC 001577

**(4)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**2. Conditions**

The following conditions are added to the **Conditions** in the COMMON POLICY CONDITIONS and to section **F. Additional Conditions** in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, CONDOMINUIUM COMMERCIAL UNIT -OWNERS COVERAGE FORM:

**a.** Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend coverage under this endorsement for that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the "covered equipment" is located.

Once suspended, your insurance can only be reinstated by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective on the date in which our notice is mailed or delivered to you, even if we have not yet made or offered a refund.

**b.** Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**c.** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace it with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.



**CP 88 44 02 15**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 6 of 6**

© 2015 Liberty Mutual Insurance

EXHIBIT A-1

OSIC 001578

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CUSTOM  PROTECTOR™ ENDORSEMENT

This endorsement  modifies  insurance  provided  under  the following:

BUILDING  AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM  ASSOCIATION  COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

The following  is a summary  of increased  limits  of insurance  and additional  coverages  provided  by this endorsement.  This endorsement  is subject  to the provisions  of your policy  which  means  that it is subject  to all limitations  and conditions  applicable  to this Coverage Part, Coverage Form or Causes of Loss Form unless  specifically  deleted,  replaced,  or modified  herein.  This endorsement  is applicable  only to those locations  described  in the Declarations.

**Coverage for loss of Business Income or Extra Expense, whether  provided  by this endorsement  or else-
where, does not apply  if a loss is covered  only as a result of this endorsement.**

**If coverage  is provided  elsewhere  in this policy  for the same loss or damage  as the coverage  provided
under this endorsement,  the coverage  under this endorsement  will apply excess over that other coverage
unless otherwise  stated.  We will not pay more than the actual  amount  of the covered  loss or damage.**

| Coverage Description | Limit of Insurance | Section |
|---|---|---|
| Accounts  Receivable,  Valuable  Papers and Electronic  Data | | |
| Blanket  Limit  of Insurance  - On Premises | $   200,000  Blanket | **A.10.** |
| Off Premises: | | |
| Valuable  Papers | $    10,000 | **A.10.** |
| Accounts  Receivable | $    10,000 | **A.10.** |
| Electronic  Data | $    10,000 | **A.10.** |
| Additional  Covered  Property | Included | **A.2.** |
| Appurtenant  Structures | | |
| Buildings | $    50,000 | **A.16.u.** |
| Business  Personal  Property | $     5,000 | **A.16.u.** |
| Back-up of Sewers  or Drains | $    25,000 | **F.** |
| Broadened  Premises | Included | **A.1.** |
| Business  Income | $    25,000 | **A.16.s.** |
| Business  Income - Newly  Acquired  Locations | $   250,000 | **A.16.s.** |
| Business  Income - Utility  Services  - Time Element | $    25,000 | **A.16.t.** |
| Business  Personal  Property  - Seasonal  Increase | 33% | **A.16.v.** |
| "Cellular  Phones"  - Coverage | $     1,000 | **A.16.i.** |
| Computer  Equipment | $    50,000 | **A.16.n.** |
| Consequential  Loss | Included | **A.16.r.** |
| Debris  Removal | $    25,000 | **A.6.** |
| Employee  Dishonesty | $    50,000 | **A.11.h.** |
| Employee  Tools  Coverage | $    25,000 | **A.16.w.** |
| Extra Expense | $    25,000 | **A.16.j.** |
| Fine Arts | $    25,000 | **A.16.k.** |
| Fire Department  Service  Charge | $    25,000 | **A.8.** |
| Fire Protective  Devices | $    25,000 | **A.16.l.** |
| Forgery  or Alteration | $    50,000 | **A.11.k.** |
| Foundations | Included | **A.5.** |
| Inventory  and Appraisal  Expense  Coverage | $    10,000 | **A.11.g.** |
| Lock Replacement | $    10,000 | **A.16.o.** |
| Loss of Refrigeration | $    25,000 | **A.16.m.** |
| Lost Key Coverage | $    10,000 | **A.11.j.** |

APP 196

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT C**

QSIC 001579

| Coverage Description | Limit of Insurance | Section |
|---|---|---|
| Money and Securities | | |
|    Inside the Premises | $ 25,000 | **A.16.p.** |
|    Outside the Premises | $ 25,000 | **A.16.p.** |
| Money Orders and Counterfeit Money | $ 25,000 | **A.11.i.** |
| Newly Acquired or Constructed Property | 180 days | **A.12.** |
|    Buildings | $ 1,000,000 | **A.12.** |
|    Business Personal Property | $ 500,000 | **A.12.** |
| Off-Premises Services Interruption | $ 25,000 | **A.16.q.** |
| Ordinance or Law | A - Incl. in Building Limit | **A.11.l.** |
| | B & C - 25% of the Building Limit subject to $100,000 | |
| Outdoor Property | $ 10,000 | **A.15.** |
| Personal Effects and Property of Others | $ 15,000 | **A.13.** |
| Pollutant Clean Up and Removal | $ 50,000 | **A.9.** |
| Preservation of Property | 90 days | **A.7.** |
| Property Off-Premises (Including while in Transit) | $ 50,000 | **A.14.** |
| Real Property of Others Required by Contract | $ 25,000 | **A.4.** |
| Reward **(Not available in New York)** | $ 25,000 | **A.16.h.** |
| Signs | $ 10,000 | **B.** |
| Special Deductible Provision | Included | **C.** |
| Undamaged Improvements & Betterments | Included | **A.3. & D.1.** |
| Waiver of Coinsurance on losses $10,000 or less | Included | **E.** |

**A.** The following changes apply to Section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

**1. Broadened Premises**

The **within 100 feet of the described premises** description stated in Paragraph **A.1.a.(5)(b), Building,** Paragraph **A.1.b., Your Business Personal Property,** Paragraph **A.1.c.(2), Personal Property of Others** and Paragraph **A.5., Coverage Extensions** is deleted and replaced by **within 1000 feet of the described location.**

**2. Additional Covered Property**

The following are added to item **a. Building** of Paragraph **1. Covered Property:**

Bridges, roadways, walks, patios or other paved surfaces;

Retaining walls (except retaining walls used to contain water) that are not part of a building.

Item **d.** is deleted from paragraph **2. Property Not Covered.**

Item **l.** of paragraph **2.,** Property Not Covered is deleted and replaced by the following:

   **l.** Retaining walls used to contain water.

**3. Undamaged Improvements And Betterments**

(This coverage does not apply to the CONDOMINIUM ASSOCIATION COVERAGE FORM.)

The following is added to paragraph **A.1.b Your Business Personal Property:**

**(8)** Undamaged Improvements and Betterments;

   **(a)** Improvements and betterments coverage includes the portion of improvements and betterments not damaged in a covered loss.

   **(b)** We will pay for the portion of undamaged improvements and betterments only if a minimum of six months is required to repair or rebuild the building for your occupancy, and only when your lease is cancelled:

      **(i)** By the lessor;

      **(ii)** By a valid condition of your lease; and

APP 197

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT C**

QSIC 001580

(iii)  Due to direct  physical  loss or damage  by a Covered  Cause of Loss to property  at the location(s)  stated  in the Declarations.

**4.    Real Property Of Others Required By Contract**

The following  is added to item  **b. Your Business Personal Property**  of Paragraph  **1. Covered Property**  of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM as subparagraph  **(9)** and to the CONDOMINIUM  ASSOCIATION  COVERAGE FORM as subparagraph  **(4):**

Real Property  including  but not limited  to building,  doors and windows  which  are your responsibility  to insure  under  any contract.

The most  we will  pay for loss or damage  to covered  property  is $25,000 in any one occurrence.

**5.    Foundations**

Item **g.** is deleted  in its entirety  from  Paragraph  **2. Property Not Covered.**

**6.    Debris Removal**

Paragraph  **A.4.a.(4)**  is deleted  and replaced  by the following:

**(4)**   We will  pay up to an additional  $25,000 for debris removal  expense,  in any one occurrence  of physical  loss or damage  to Covered  Property,  if one or both of the following  circumstances  apply:

   **(a)**   The total of the actual debris removal  expense plus the amount  we pay for direct physical  loss or damage  exceeds  the Limit of Insurance  on the Covered  Property  that has sustained  loss or damage.

   **(b)**   The actual debris  removal  expense exceeds 25% of the sum of the deductible  plus the amount  that we pay for direct physical  loss or damage  to the Covered  Property  that has sustained  loss or damage.

Therefore,  if **(4)(a)**  and/or  **(4)(b)**  apply, our total payment  for direct  physical  loss or damage  and debris  removal  expense  may reach but will  never exceed  the Limit  of Insurance  on the Covered Property  that has sustained  loss or damage,  plus $25,000.

**7.**   Paragraph  **A.4. Additional  Coverage**  is amended  as follows:

   **b.    Preservation of Property**

The 30 day limitation  in paragraph  **A.4.b.(2)**  is increased  to 90 days.

**8.    Fire Department  Service Charge**

Item  **c. Fire Department  Service Charge**  of Paragraph  **4. Additional  Coverages**  is deleted  and replaced  by the following:

When the fire department  is called to save or protect Covered  Property  from a Covered Cause of Loss, we will  pay up to $25,000 in any one occurrence  for your liability  for fire department  service charges.  Such limit  is the most  we will  pay regardless  of the number  of responding  fire departments  or fire units,  regardless  of the number  or type of services  performed.

This Additional  coverage applies to your fire department  service charges:

**(1)**   Assumed  by contract  or agreement  prior to loss; or

**(2)**   Required  by local ordinance.

No deductible  applies  to this Additional  Coverage.

**9.    Pollutant Clean Up And Removal**

Item  **d. Pollutant Clean Up And Removal**  of Paragraph  **4. Additional  Coverages,**  the last paragraph  is amended  as follows:

The most  we will  pay under this Additional  Coverage is $50,000 for the sum of all covered  expenses  arising  out of Covered  Causes of Loss occurring  during  each separate 12-month  period  of this policy.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT C**

QSIC 001581

10. **Accounts Receivable**

We will pay:

**(1)** All amounts due from your customers that you are unable to collect;

**(2)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(3)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(4)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from a Covered Cause of Loss to your records of accounts receivable.



The limits of insurance as respects the following Additional Coverages and Coverage Extensions:

Electronic Data;

Valuable Papers and Records (Other Than Electronic Data);

are deleted and included in the following blanket limit:

**Accounts Receivable, Valuable Papers And Electronic Data Blanket Limit Of Insurance:**

The most we will pay for loss or damage as respects the following Additional Coverages or Coverage Extensions is $200,000 in total for each described location in any one occurrence:

Accounts Receivable;

Valuable Papers and Records;

Electronic Data;

However, as respects to Valuable Papers and Records or Accounts Receivable at a location not described in the Declarations the most we will pay is $10,000 respectively in any one occurrence.

The most we will pay for Electronic Data at a premise not described in the Declarations or in transit is $10,000 in any one policy year, regardless of the number of occurrences of loss or damage or computer systems involved. Under this Extension, electronic data has the meaning described in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM under Property Not Covered - Electronic Data.

11. The following are added to paragraph **A.4. Additional Coverages:**

**f.** **Inventory And Appraisal Expense Coverage**

We will pay up to $10,000 in any one occurrence for incurred inventory and appraisal costs, and expenses for preparation of loss data, due to loss or damage as a result of a Covered Cause of Loss to covered property. We will only pay if the costs are incurred and are reasonable and necessary to establish the amount of the loss. Attorney or public adjuster fees are not covered costs under this section.

**g.** **Employee Dishonesty**

**(1)** We will pay for direct loss of or damage to business personal property, including money and securities, resulting from dishonest acts committed by any of your employees acting alone, or in collusion with other persons (except you or your partner) with the manifest intent to:

**(a)** Cause you to sustain loss or damage; and

**(b)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(i)** Any employee; or

**(ii)** Any other person or organization.

APP 199

**EXHIBIT A-1**

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

QSIC 001582

**(2)** We will not pay for loss or damage:

    **(a)** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons; or

    **(b)** The only proof of which as to its existence or amount is dependent upon:

        **(i)** An inventory computation; or

        **(ii)** A profit and loss computation.

**(3)** The most we will pay for loss or damage in any one occurrence is $50,000.

**(4)** All loss or damage:

    **(a)** Caused by one or more persons; or

    **(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(5)** If any loss is covered:

    **(a)** Partly by this insurance; and

    **(b)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest,

the most we will pay is the larger amount recoverable under this insurance or the prior insurance.

**(6)** We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(7)** This Additional Coverage does not apply to the dishonest act of any employee that occurs after the discovery by:

    **(a)** You; or

    **(b)** Any of your partners, officers, directors or trustees not in collusion with the employee

of any dishonest act committed by that employee whether before or after becoming employed by you.

**(8)** Will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

**(9)** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

    **(a)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

    **(b)** The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(10)** The insurance under paragraph **(9)** above is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

    **(a)** This Additional Coverage as of its effective date; or

    **(b)** The prior insurance had it remained in effect.

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXHIBIT A-1**

APP 200

QSIC 001583

"Employee" means:

**(1)** Any natural person:

    **(a)** While in your service and for 30 days after termination of service; and

    **(b)** Whom you compensate directly by salary, wages or commissions; and

    **(c)** Whom you have the right to direct and control while performing services for you; or

**(2)** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

But "employee" does not mean any:

**(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**h.**   **Money Orders And Counterfeit Money**

We will pay for your loss when you accept in good faith:

**(1)** Any money order in exchange for goods or services if the money order is not paid when presented to the issuer; or

**(2)** Counterfeit U.S. or Canadian paper money in the regular course of business.

The most we will pay under this additional coverage is $25,000 in any one occurrence.

**i.**   **Lost Key Coverage**

We will pay for consequential loss to keys and locks if a master key or grand master key is lost or damaged resulting from a Covered Cause of Loss. We will pay for the actual cost to replace keys, adjustment of locks to accept new keys, or if required, new locks, including the cost of their installation.

The most we will pay for loss or damage under this coverage is $10,000 in any one occurrence.

**j.**   **Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent. We will pay for loss you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no limit of insurance cumulates from year to year or period to period.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

**(4)** We will not pay for loss resulting from any dishonest or criminal acts committed by you or any of your partners, employees, managers, members, officers, directors or trustees whether acting alone or in collusion with others.

**(5)** The most we will pay for all loss, including legal expenses, under this Additional Coverage is $50,000.

"Money" means:

**(1)** Currency, coins and bank notes in current use and having a face value; and

**(2)** Travelers checks, register checks and money orders held for sale to the public.

<div style="text-align:right"><strong>APP 201</strong></div>

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
QSIC 001584



**I.    Ordinance Or Law**

**(1)**  If a Covered Cause of Loss occurs to covered Building property, we will pay:

**(a)  Coverage For Loss to the Undamaged Portion of the Building -** For the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

**(i)**  Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

**(ii)**  Regulates the construction or repair of buildings, or establishes zoning or land use requirements at a described location; and

**(iii)**  Is in force at the time of loss.

**(b)  Demolition Cost Coverage -** The cost to demolish and clear the site of undamaged parts of the property caused by the enforcement of building, zoning or land use ordinance or law.

The COINSURANCE Additional Condition does not apply to this demolition cost coverage.

**(c)  Increased Cost of Construction Coverage -** The increased cost to:

**(i)**  Repair or reconstruct damaged portions of that Building property; and/or

**(ii)**  Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

When the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

**(i)**  This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)**  We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The COINSURANCE Additional Condition does not apply to this increased cost of construction coverage.

**(2)**  We will not pay the increased costs of construction under this coverage:

**(a)**  Until the property is actually repaired or replaced, at the same or another location; and

**(b)**  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(3)**  We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4)**  The most we will pay under this coverage in any one occurrence:

**(a)**  Coverage **I.(1.)(a.)** above is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. The loss in value of the undamaged portion of the building does not increase the Limit of Insurance.

**(b)**  For coverages **I.(1.)(b.)** and **(c.)** above the lesser of:

**(i)**  25% of the Limit of Insurance shown in the Declarations for Building Coverage; or

**(ii)**  $100,000.

**(5)**  We will not pay for loss due to any ordinance or law that:

**(a)**  You were required to comply with before the loss, even if the building was undamaged, and

**(b)**  You failed to comply with.

©  2015 Liberty Mutual Insurance

**EXHIBIT C**

QSIC 001585

**12. Newly Acquired Or Constructed Property**

Item **a. Newly Acquired or Constructed Property** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built at the described location; and

**(b)** Buildings you acquire away from the described locations, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $1,000,000 at any one location.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $500,000 at any one location.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under Coverage Extension for Newly Acquired or Constructed Property, coverage will end when any of the following occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**13. Personal Effects And Property Of Others**

Item **b. Personal Effects and Property of Others** of Paragraph **5. Coverage Extensions,** the last paragraph is amended as follows:

The most we will pay for loss or damage under this Extension is $15,000 in any one occurrence. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property.

**14. Property Off-Premises**

Item **d. Property Off-Premises** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described location(s) if it is:

**(a)** Temporarily at a location you do not own, lease or operate;



APP 203

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXHIBIT C

QSIC 001586

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition

This Extension applies only if loss or damage is caused by a Covered Cause of Loss. This extension does **not** apply to loss to property covered under the Wholesalers Custom Protector Endorsement, Manufacturers Custom Protector Endorsement, or Food Processors Custom Protector Endorsement.

(2) You may extend the insurance provided by this Coverage Form to apply to your personal property in a vehicle or in transit more than 1,000 feet from the described location(s) while:

(a) In or on a vehicle you own, rent or lease;

(b) In the custody of a carrier for hire; or

(c) In the custody of an air or rail carrier

within the coverage territory.

The reference to **Property Not Covered** in **A.2.i.** for Property while airborne or waterborne does not apply to this Coverage Extension. However, there is no coverage under this Extension for shipments of any exported or imported property that originate or terminate outside of the United States of America, its territories and possessions, Canada, and Puerto Rico.

There is no coverage under this Extension for:

(a) Fine arts, antiques, fur garments, jewelry, precious or semiprecious stones, gold, silver, platinum, or other precious metals or alloys; or

(b) Mail shipments in the custody of the U.S. Postal Service.

(3) The most we will pay for loss or damage under this Extension is $50,000.

**15. Outdoor Property**

Item **e. Outdoor Property** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, lighting, lighting standards, radio and television antennas, satellite dish, signs (other than signs attached to buildings), playground equipment, scoreboards, trees, shrubs and plants (other than "stock" of trees, shrubs or plants or part of a vegetated roof) including debris removal expense, caused by or resulting from any of the Covered Causes of Loss.

The most we will pay for loss or damage under this Extension is $10,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or numbers of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described location the debris of trees, shrubs and plants which are property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described location.

**16.** The following are added to Paragraph **5. Coverage Extensions:**

**h. Reward (Not available in New York)**

We will pay on behalf of the insured up to $25,000 for information which leads to an arson or theft conviction in connection with a fire loss covered under this Coverage Form. Regardless of the number of persons involved in providing information, our liability under this Coverage Extension will not be increased.

**i. Cellular Phones**

The most we will pay for loss or damage to "Cellular Phones" is $1,000 in any one calendar year.

With regard to this provision: "Cellular Phone" is defined as any cellular phone that is:

(1) Permanently installed in a vehicle by other than the manufacturer of the vehicle; or

(2) Not permanently installed in a vehicle.

APP 204

QSIC 001587

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXHIBIT C

**j.   Extra Expense**

We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage to the property at the location(s) described in the Declarations, including personal property in the open or in a vehicle, within 1,000 feet of the location(s), caused by or resulting from any Covered Cause of Loss.

If you are a tenant, your location is the portion of the building which you rent, lease or occupy, including:

**(1)**   All routes within the building to gain access to the described location; and

**(2)**   Your personal property in the open (or in a vehicle) within 1000 feet of the described location.

The following definitions are added as respects this Coverage Extension:

**(1)**   Extra Expense means necessary expenses you incur during the period of restoration that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses which are incurred to:

    **(a)**   Avoid or minimize the suspension of business and to continue operations:

        **(i)**   At the described location(s); or

        **(ii)**   At replacement location(s) or at temporary locations, including:

            Including relocation expenses or costs to equip and operate the replacement or temporary locations.

    **(b)**   Minimize the suspension of business if you cannot continue operations.

    **(c)**   To repair or replace any property; or

    **(d)**   To research, replace or restore the lost information on damaged valuable papers and records;

    to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension .

**(2)**   Operations means the type of your business activities occurring at the described location(s).

**(3)**   Period of Restoration means the period of time that:

    **(a)**   Begins with the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described location(s); and

    **(b)**   Ends on the earlier of:

        **(i)**   The date when the property at the described location(s) should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        **(ii)**   The date when business is resumed at a new permanent location.

    Period of Restoration does not include any increased period required due to the enforcement of any ordinance or law that

    **(a)**   Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(b)**   Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the period of restoration.

The most we will pay for loss under this Extension is $25,000 in any one occurrence.

**k.   Fine Arts**

You may extend the insurance that applies to your Business Personal Property to apply to your fine arts and fine arts owned by others that are in your care, custody or control.

This Extension does not apply to loss or damage caused by or resulting from:

**(1)**   While fine arts are at any fair or on exhibition;

**(2)**   Any repairing, restoration or retouching process;



© 2015 Liberty Mutual Insurance

APP 205

EXHIBIT C

QSIC 001588

**(3)** Insects, birds, rodents or other animals;

**(4)** Wear and tear;

**(5)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

**(6)** Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles. But we will pay for loss or damage caused directly by fire, lightning, aircraft, theft or attempted theft, cyclone, tornado, windstorm, explosion, vandalism, or by accident to the vehicle carrying the property.

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**l.  Fire Protective Devices**

You may extend the insurance provided by this Coverage Form to apply to recharging or refilling of your fire protective devices that are permanently installed in buildings at the described location(s) when such devices have been discharged by accident or after being used in fighting a fire. This Extension does not apply to periodic recharge or refilling.

The most we will pay under this Extension is $25,000 for each separate 12-month period of this policy.

**m.  Loss Of Refrigeration**

You may extend the insurance provided by this Coverage Form to apply to direct physical loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigeration or cooling apparatus or equipment resulting from:

**(1)** The fluctuation or total interruption of electrical power, either at or away from the described location, due to conditions beyond your control; or

**(2)** Mechanical failure of any refrigeration or cooling apparatus or equipment at the described location(s).

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**n.  Computer Equipment**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "computer equipment" owned by you or similar property of others in your care, custody or control for which you are legally liable, caused by a Covered Cause of Loss.

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "laptop/portable computers" owned by you and in your care, custody and control or in the care, custody or control of your employee.

**(1)** Property Not Covered

We will not cover the following kinds of property under this Extension:

**(a)** Property which you rent or lease to others;

**(b)** Software or other electronic data ;

**(c)** Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, program documentation or other documents.

**(d)** "Computer equipment" held for sale by you;

**(e)** "Computer equipment" of others on which you are performing repairs or work;

**(f)** "Computer equipment" or that is part of any:

**(i)** Production or processing equipment (such as CAD, CAM or CNC machines);

**(ii)** Equipment used to maintain or service your building (such as heating, ventilating, cooling or alarm systems); or

**(iii)** Communication equipment (such as telephone systems).

APP 206

EXHIBIT C

QSIC 001589

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(g) Property that is covered under another coverage form of this or any other policy in which such property is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

**(2)** Property In Transit

We will pay for your "computer equipment", or "laptop/portable computer" while in transit.

**(3)** Loss Payment will be determined as follows:

"Computer equipment" or "laptop/portable computers"

We will pay the lesser of the following amounts:

**(a)** The cost of reasonably restoring that property to its condition immediately before the loss or damage; or

**(b)** The cost of replacing that property with identical property of like kind and quality and used for the same purpose.

However, when repair or replacement with identical property is not possible, we will pay the cost to replace that property with property of like kind and quality capable of performing the same functions.

If not repaired or replaced, the property will be valued at its actual cash value.

"Computer equipment" means a network of electronic machine components capable of accepting information, processing it according to instructions and producing the results in a desired order.

"Laptop/portable computers" means "computer equipment" and accessories that are designed to function with it that can easily be carried and is designed to be used at more than one location.

The most we will pay for loss or damage to "computer equipment" and "laptop/portable computers" under this Extension is $50,000 in any one occurrence.

**o.   Lock Replacement**

You may extend the insurance provided by this Coverage Form to apply to replacement of locks necessitated by theft of Covered Property or theft of keys from the described location.

The most we will pay for loss under this Coverage Extension is $10,000 in any one occurrence.

**p.   Money And Securities**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(a)** Theft, meaning any act of stealing;

**(b)** Disappearance; or

**(c)** Destruction.

**(2)** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(a)** Resulting from accounting or arithmetical errors or omissions;

**(b)** Due to the giving or surrendering of property in any exchange or purchase; or

**(c)** Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(3)** The most we will pay for loss in any one occurrence is:

**(a)** $25,000 for Inside the Premises for "money" and "securities" while:

**(i)** In or on the described premises; or

**(ii)** Within a bank or savings institution; and

**(b)** $25,000 for Outside the Premises for "money" and "securities" while anywhere else.



© 2015 Liberty Mutual Insurance

**EXHIBIT C**

CP 90 00 01 15      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 12 of 17

**(4)**   All loss:

 **(a)**   Caused by one or more persons;  or

 **(b)**   Involving  a single  act or series of related  acts;

 is considered  one occurrence.

**(5)**   You must  keep records of all "money"  and "securities"  so we can verify  the amount  of any loss or damage.

**(6)**   **"Money"**  means:

 **(a)**   Currency,  coins and bank notes in current  use and having  a face value;  and

 **(b)**   Travelers  checks, register  checks and money orders held for sale to the public.

**(7)**   **"Securities"**  means negotiable  and non- negotiable  instruments  or contracts  representing  either "money"  or other property  and includes:

 **(a)**   Tokens, tickets, revenue and other stamps (whether  represented  by actual stamps or unused value in a meter) in current  use; and

 **(b)**   Evidences  of debt issued in connection  with credit or charge cards, which  cards are not issued by you;

 but does not include  "money".

**q.**   **Off-Premises  Services  Interruption**

 You may extend the insurance  provided  by this Coverage Form to apply to loss of or damage to Covered Property  caused by an interruption  in utility  service to the described  location.  The interruption  in utility  service must result from direct physical loss or damage by a Covered Cause of Loss to the following  property  away from  the described  location:

**(1)**   **Water Supply Services,** meaning  the following  types of property  supplying  water to the described  location:

 **(a)**   Pumping  stations;  and

 **(b)**   Water mains.

**(2)**   **Communication  Supply Services,** meaning  property  supplying  communication  services, including  telephone,  radio, microwave  or television  services to the described  location, such as:

 **(a)**   Communication  transmission  lines, including  optic fiber transmission  lines;

 **(b)**   Coaxial cables; and

 **(c)**   Microwave  radio relays except satellites.

 Coverage does not include  above ground  communication  lines.

**(3)**   **Power Supply Services,** meaning  the following  types of property  supplying  electricity, steam or gas to the described  location:

 **(a)**   Utility  generating  plants;

 **(b)**   Switching  stations;

 **(c)**   Substations;

 **(d)**   Transformers;   and

 **(e)**   Transmission  lines.

 **Coverage does not include above ground transmission or distribution lines.**

 This Extension  does not apply to loss of or damage to property  owned by you and used in your business  or owned by others and in your care, custody or control,  contained  in any refrigeration  or cooling  apparatus or equipment,  resulting  from:

 **(a)**   The fluctuation  or total interruption  of electrical  power, either on or off the described  location,  due to conditions  beyond  your control;  or

 **(b)**   Mechanical  failure of any refrigeration  or cooling  apparatus or equipment.

 The most  we will  pay under this Extension  is $25,000 in any one occurrence.

©   2015 Liberty Mutual Insurance

APP 208

**EXHIBIT C**

QSIC 001591

of  184

164

**r.    Consequential Loss And Personal Property Of Others**

The following is added to the Loss Payment provisions of Part **E.** Property Loss Conditions:

If a Covered Cause of Loss occurs to covered stock and/or Personal Property of Others, we will pay any reduction in value of the remaining undamaged parts of covered stock including loss or damage resulting from confusion of personal property of others caused by a Covered Cause of Loss.

Payment for any reduced value in stock is included within the applicable Limit of Insurance.

**s.    Business Income**

We will pay up to $25,000 in any one occurrence for the actual loss of "Business Income" you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss or damage to your covered Building or Business Personal Property at locations that are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your location is the portion of the building which you rent, lease or occupy, including:

**(1)**   All routes within the building to gain access to the described location; and

**(2)**   Your personal property in the open (or in a vehicle) within 100 feet of the described location.

The COINSURANCE Additional Condition does not apply as respects this Coverage Extension.

We will also pay up to $250,000 in any one occurrence for the actual loss of Business Income you sustain due to the necessary suspension of your operations during the period of restoration caused by direct physical loss or damage to any location you acquire, other than fairs or exhibitions. Insurance under this Coverage Extension for each newly acquired location will end when any of the following first occurs:

**(1)**   This policy expires;

**(2)**   180 days expire after you acquire or begin to construct the property; or

**(3)**   You report values to us.

The following definitions are added as respects this Coverage Extension:

**(1)**   "Business Income" means the:

    **(a)**   Net income (net profit or loss before income taxes) that would have been earned or incurred; and

    **(b)**   Continuing normal operating expenses incurred, including payroll.

**(2)**   "Operations" means the type of your business activities occurring at the described location(s).

**(3)**   "Period of Restoration" means the period of time that:

    **(a)**   Begins 72 hours after the time of direct physical loss or damage for Business Income coverage caused by or resulting from a Covered Cause of Loss at the described locations; and

    **(b)**   Ends on the earlier of:

        **(i)**   The date when the property at the described locations should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        **(ii)**   The date when business is resumed at a new permanent location.

Period of Restoration does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)**   Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)**   Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the period of restoration.



**EXHIBIT C**

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

QSIC 001592

**t.** **Business Income - Utility Services - Time Element**

We will pay up to $25,000 in any one occurrence for the actual loss of Business Income you sustain at the described location caused by an interruption in utility service to the described location. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following types of property located outside of a covered building described in the Declarations. This Coverage Extension begins 72 hours after such direct physical loss or damage.

**(1)** **Water Supply Services,** meaning the following types of property supplying water to the described location:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** **Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described location such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

Coverage does not include above ground communication lines.

**(3)** **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described location:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

**Coverage does not include above ground transmission or distribution lines.**

**u.** **Appurtenant Structures**

You may extend the insurance that applies to Building to apply to your storage buildings, your garages and your other appurtenant structures, except outdoor fixtures, at the described locations. The most we will pay for Building loss or damage under this Extension is $50,000 in any one occurrence.

You may extend the insurance that applies to Business Personal Property to apply to such property in your storage buildings, your garages and your other appurtenant structures at the described location(s). The most we will pay for Business Personal Property loss or damage under this Extension is $5,000 in any one occurrence.

**v.** **Business Personal Property Limit Seasonal Increase**

The Limit of Insurance for Business Personal Property will automatically increase by 33% to provide for seasonal variations. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 90% of your average monthly value during the lesser of:

**(1)** The 12-month period immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date loss occurs.

**w.** **Employee Tools Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage by a Covered Cause of Loss to tools owned by your employees while used in your business or when in your building.

However, we will not pay for a loss that is caused by or results from theft or attempted theft of employee tools unless such loss occurs:

**(1)** In a building and there is visible evidence of forcible entry to or exit from that building; or

APP 210

CP 90 00 01 15          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 15 of 17

© 2015 Liberty Mutual Insurance

EXHIBIT 1

QSIC 001593

**(2)** From a locked vehicle and there is visible evidence of forcible entry.

The value of Employee Tools will be determined at actual cash value as of the time of loss or damage.

The most we will pay with respect to employee tools is $25,000 in any one occurrence.

Coverage provided under this Coverage Extension is subject to a Deductible equal to the Property Deductible shown in the Declarations.

**B.** The second paragraph of Section **C. LIMITS OF INSURANCE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM is deleted and replaced by the following:

**Signs**

The most we will pay for loss or damage to outdoor signs is $10,000 per sign in any one occurrence.

**C.** The following is added to Section **D. DEDUCTIBLE,** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

**Special Deductible Provision**

We will deduct from any loss or damage under the Coverage Extensions in any one occurrence the Deductible shown in the Declarations or $500, whichever is less.

This deductible applies to all Coverage Extensions, except for:

**a.** Newly Acquired or Constructed Property; and

**e.** Outdoor Property

**i.** "Cellular Phone" coverage has a $50 per occurrence deductible.

This deductible will be used to satisfy the requirements of the deductible in the Declaratio ns, but it will not increase the deductible shown in the Declarations.

**D.** The following changes apply to Section **E. Loss Conditions** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM:**

**1.** The following is added to Paragraph **E. 7. Valuation**

Undamaged Tenants Improvements and Betterments

We will determine the value for Undamaged Tenants Improvements and Betterments as included in section **A.3.** of this endorsement as follows:

**(a)** The cost to repair or replace on the same or another site if you make repairs promptly;

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**E.** **Coinsurance**

Section **F. ADDITIONAL CONDITIONS,** Paragraph **1. Coinsurance** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM applies only when the total loss or damage to all Covered Property in any one occurrence is greater than $10,000.

**F.** **Back-Up Of Sewers Or Drains**

Paragraph **B.1.g.3. Water** of the CAUSES OF LOSS - SPECIAL FORM is deleted and replaced by the following:

**3.** Except as provided under the Back-Up of Sewers or Drains Additional Coverage Extension, water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

The following is added to Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM:



© 2015 Liberty Mutual Insurance

**EXHIBIT C**

QSIC 001594

**4.   Back-Up Of Sewers Or Drains**

We cover direct physical loss or damage caused by water:

**a.**   Which backs up into a building or structure through sewers or drains which are directly connected to a sanitary sewer or septic system; or

**b.**   Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss or damage is caused by your negligence.

The most we will pay for loss or damage under this Coverage Extension is $25,000 in any one occurrence.

If the DISCHARGE FROM SEWER, DRAIN, OR SUMP (NOT FLOOD-RELATED) endorsement is attached to and made a part of this policy, the provisions of this Coverage Extension are superseded for any location to which the aforementioned endorsement applies.

**All other terms and conditions remain unchanged.**

© 2015 Liberty Mutual Insurance

**CP 90 00 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 17 of 17**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY  THEFT ADMINISTRATIVE  SERVICES AND  EXPENSE  COVERAGE

This endorsement  modifies  insurance  provided  under the following:

BUILDING  AND PERSONAL PROPERTY COVERAGE FORM

The following  is added to paragraph  **A.4. Additional  Coverages:**

**IDENTITY  THEFT ADMINISTRATIVE  SERVICES AND EXPENSE COVERAGE**

We will  provide  "Identity  Theft Administrative  Services"  and will reimburse  up to $25,000 for "Identity  Theft Expenses"  incurred  by an "identity  theft insured"  as a direct result of any one "identity  theft"  in the "coverage  territory"  if all of the following  requirements  are met:

1. The personal identity  of an "identity  theft insured"  under this policy was the subject of an "identity theft";  and

2. Such "identity  theft" is first discovered  by the "identity  theft insured"  during the policy period for which this Identity  Theft Expense Coverage is applicable;  and

3. Such "identity  theft"  is reported  to us as soon as practicable  but in no event later than 60 days after it is first discovered  by the "identity  theft insured";  and

4. The "identity  theft insured"  reports  the "identity  theft"  in writing  to the appropriat e law enforce- ment agency.

Any act or series of acts committed  by one or more persons, or in which such person or persons are aiding  or abetting others,  against an "identity  theft insured"  is considered  to be one "identity  theft", even if a series of acts continues  into a subsequent  policy period.

**LIMITS**

Regardless of the number  of claims or "Identity  Theft Insureds",  the most we will  pay in the aggregate for all "identity  theft expenses"  resulting  from "identity  theft"  discovered  during the policy period is $25,000.

1. The $25,000 Identity  Theft Expense Limit shall be reduced by the amount  of any payment  made by us under the terms of this insurance. If the Identity  Theft Expense Limit of Insurance is exhausted, we will  have no further  liability  to pay for loss which may be discovered  during the remainder  of the policy  period.

2. Any recovery  made by us after settlement  of a loss covered by this insurance shall not be used to increase or reinstate  the Limit  of Insurance.

3. "Identity  Theft Incident  Administrative  Services"  is provided  up to 12 consecutive  months after service  begins.

4. "Identity  Theft Administrative  Services "do not reduce the "Identity  Theft" limit.

This "Identity  Theft Administrative  Service"  and "Identity  Theft Expense"  Coverage is additional  insurance.

**EXCLUSIONS**

The following  exclusions  are added to the applicable  Cause of Loss Form shown  on the Declarations.

We do not provide  "Identity  Theft Administrative  Services"  or cover "identity  theft expenses":

1. Incurred  as the result of "identity  theft"  due to any fraudulent,  dishonest,  or criminal  act by you, your partners,  employees,  members,  "executive  officers",  managers,  directors,  or trustees or by any authorized  representative  of yours, whether  acting  alone or in collusion  with others.

   In the event of any such act, no "identity  theft insured"  is entitled  to "identity  theft expenses", even an "identity  theft insured"  who did not commit  or conspire  to commit  the act causing the "identity  theft".

©  2012 Liberty Mutual Insurance

APP 213

**EXHIBIT A-1**

OSIC 001596

Arising out of an "identity theft" committed by or with knowledge of any relative or relative of the "identity theft insured".

3. Arising out of an "identity theft" first discovered by the "identity theft insured "prior to the policy period or after the policy period, even if the "identity theft" began or continued during the policy period.

4. Arising out of an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity theft insured".

## DEDUCTIBLE

1. There is no deductible applicable to the "Identity Theft Administrative Services".

2. We will not pay for "identity theft expenses" resulting from an "identity theft" unless the amount exceeds $250. We will then pay the amount of "identity theft expense" in excess of the Deductible Amount, up to the Limit of Insurance. Each "identity theft insured" shall be subject to only one deductible during any one policy period.

## CONDITIONS

The following additional conditions are added for "Identity Theft Administrative Services" and Expense Coverage:

1. The coverage provided under this endorsement will be excess over any other insurance covering the same loss or damage, whether you can collect on it or not. But we will not pay any more than the Identity Theft Expense Limits of Insurance applicable to this coverage.

2. Reimbursement for "Identity Theft Expense" will be made to the "Identity Theft Insured."

3. "Identity Theft Administrative Services" will provide instructions on:

   a. How to respond to a potential "Identity Theft";

   b. How to submit a request for "Identity Theft Administrative Services"; and

   c. Information needed for reimbursement of "Identity Theft Expenses".

   We may provide "Identity Theft Administrative Services" prior to a final determination of "Identity Theft." However, if we determine there was not an "Identity Theft" these services will end and we will not have a right or duty to continue these services. Offering "Identity Theft Administrative Service" does not indicate an admission of liability under this policy.

4. Identify Theft Administrative Services. The following apply with respect to "Identity Theft Administrative Services":

   a. Services will depend on the cooperation, permissions, and assistance provided by the "Identity Theft Insured";

   b. There is no warranty or guarantee that "Identity Theft" issues will end and it will not prevent future "Identity Theft" incidences; and

   c. All services may not be offered or applicable to all "Identity Theft Insureds." For example, minors may not have credit reports available to be monitored.

## DEFINITIONS

1. "Coverage Territory" means:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

2. "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

3. "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured' with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

© 2012 Liberty Mutual Insurance
CP 90 59 12 12    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 2 of 3

APP 214

EXHIBIT A-1

OSIC 001597

170    of  184

"identity theft expense" means the following reasonable and necessary items incurred as a result of "identity theft":

**a.** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

**b.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

**c.** Costs for obtaining credit reports.

**d.** Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

**e.** Application fees for re-applying for a loan, or loans when the original application is rejected solely because the lender received incorrect credit information as a result of a covered "identity theft."

**f.** Lost income resulting from time taken off from work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum of $250 per day. Total payment for loss of income is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

**g.** Attorney fees to:

    **i.** Defend lawsuits brought against an "identity theft insured" by merchants, vendors, suppliers, financial institutions, or their collection agencies.

    **ii.** Remove any criminal or civil judgments wrongly entered against an "identity theft insured"; and

    **iii.** Challenge the accuracy or completeness of any information in a consumer credit report.

**h.** Advertising expenses to restore the reputation of your business after an "identity theft insured" has been the victim of "identity theft". Total payment for advertising expenses is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

**5.** "Identity Theft Administrative Services" means one or more individuals assigned by us to the "identity theft insured" to assist with the communication needed to re-establish the integrity of the "identity theft insured's" identity, including with the "identity's theft insured's" permission and cooperation, written and telephone communication with law enforcement authorities, government agencies, credit agencies, and individual creditors and businesses.

**6.** "Identity Theft Insured" means the following if you are designated in the Declarations as:

**a.** An individual or sole proprietorship, you and your spouse are insureds.

**b.** A partnership or joint venture, your members, your partners, and their spouses are insured's.

**c.** A limited liability company, your members are insured's.

**d.** An organization other than a partnership, joint venture, or limited liability company, your "executive officers" and directors are insureds. Your stockholders are not "identity theft insureds."

**EXHIBIT A-1**

OSIC 001598

COMMERCIAL PROPERTY
CP 91 00 10 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTORS  CUSTOM  PROTECTOR™ ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

BUILDING  AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
CONDOMINIUM  COMMERCIAL UNIT-OWNERS  COVERAGE FORM
CUSTOM PROTECTOR™ ENDORSEMENT

The following  is a summary  of increased limits of insurance  and additional  coverages provided  by this endorsement.  This endorsement  is subject to the provisions  of your policy which means that it is subject to all limitations  and conditions  applicable  to this Coverage Part, Coverage  Form or Causes of Loss Form unless specifically  deleted, replaced,  or modified  herein. This endorsement  is applicable  only to those locations  described  in the Declarations.

**Coverage for loss of Business Income or Extra Expense, whether  provided by this endorsement  or else-where, does not apply if a loss is covered  only as a result of this endorsement.**

**If coverage is provided  elsewhere  in this policy for the same loss or damage as the coverage provided under this endorsement,  the coverage under this endorsement  will apply excess over that other coverage unless otherwise  stated. We will not pay more than the actual amount of the covered  loss or damage.**

| Coverage Description | Limit of Insurance |
|---|---|
| Computer  Fraud | $    25,000 |
| Installation  Coverage | $    15,000 |
| Leasehold  Interest | $    25,000 |
| Business  Income - Dependent  Properties | $    50,000 |
| Loss to Pair or Set | Included |
| Personal  Effects and Property  of Others | $    25,000 |

**A.**  The following  changes apply to Section  **A. COVERAGE** of the BUILDING  AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM  COMMERCIAL UNIT-OWNERS  COVERAGE FORM.

**1.**  The following  are added to paragraph  **A.4. Additional  Coverages:**

**Computer  Fraud**

We will  pay for loss of or damage  to your "money",  "securities"  and other property  resulting directly  from the use of any "computer"  to fraudulently  cause a transfer of that property  from inside a building  at the described  premises  or from any bank or similar  safe depository:

**(1)**  To a person  outside those premises;  or

**(2)**  To a place outside those premises.

The most we will  pay under this Additional  Coverage for loss or damage  in any one occurrence  is $25,000.

For the purposes  of this provision:

"Computer"  means:

Your programmable  electronic  equipment  that is used to store, retrieve and process electronic data. It includes their component  parts and dedicated air conditioning,  fire suppression  equipment and electrical equipment  used exclusively  in your "computer"  operations;  and associated  periph-eral equipment  that provides communication,  including  input and output functions  such as printing or auxiliary  functions  such as electronic  data transmission.

It does not include  electronic  data and media.

APP 216

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its permission.

EXHIBIT 7

OSIC 001599

"Money" means:

Currency, coins and bank notes in current use and having a face value; and travelers checks, register checks and money orders held for sale to the public.

"Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

Redeemed coupons, tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and evidences of debt issued in connection with credit or charge cards, which cards are not issued by you; but does not include "money".

**Installation Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage by a Covered Cause of Loss to property intended for installation away from the described location(s) in connection with your occupation as an artisan contractor. This may be your property or the property of others for which you are legally liable.

However, we will not pay for loss or damage to the following:

**(1)** Contraband, or property in the course of illegal transportation or trade;

**(2)** Existing buildings, structures or land to which improvements, alterations, repairs or additions are being made;

**(3)** Machinery, tools or equipment that will not be a permanent part of the installation ;

**(4)** Accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes or securities;

**(5)** Property at locations you own, lease or operate unless it is specifically assigned and invoiced for a particular job;

**(6)** Trees, shrubs, plants and lawns; or

**(7)** Property while waterborne, except while in transit in the custody of carrier for hire.

Coverage begins from the time the property intended for installation in connection with your occupation as an artisan contractor is at your risk, starting on or after the time this policy begins. Coverage ends at the earliest of the following:

**(1)** After the owner or buyer accepts the property;

**(2)** When your insurable interest in the property ceases;

**(3)** When this policy expires or is canceled;

**(4)** When you abandon your installation, fabrication, or erection project with no intent to complete it;

**(5)** When the installation, fabrication, or erection project has been completed for more than 30 days; or

**(6)** When the covered property has been put to its intended use.

The most we will pay under this Extension is $15,000 in any one occurrence.

**Leasehold Interest**

We will pay for loss of "tenants lease interest" you sustain due to the cancellation of your lease. The cancellation must result from direct physical loss or damage at a location described in the Declarations due to a Covered Cause of Loss.

"Tenants lease interest" means the difference between the rent you will pay under a new lease at the described location; or elsewhere, and the rent you now pay.

APP 217

EXHIBIT 1

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its permission.
OSIC 001600

The most we will pay for such loss is the least of:

**(1)** The total difference in rent based on the period of time remaining under your current lease; or

**(2)** The total difference in rent for one year; or

**(3)** $25,000 in any one occurrence.

**2.** The following are added to Paragraph **5. Coverage Extensions:**

**Business Income - Dependent Properties**

**If the Declarations show you have Business Income Coverage, the following Additional Coverage is added:**

We will pay for the actual loss of business income you sustain due to direct physical loss or damage at the location of a "dependent property" not described in the Declarations, caused by or resulting from any Covered Cause of Loss. "Dependent property" means property operated by others on whom you depend to:

**(1)** Deliver material or services to you, or to others for your account;

**(2)** Accept your products or services;

**(3)** Manufacture products for delivery to your customers under contract of sale; or

**(4)** Attract customers to your business.

"Dependent property" does not include locations that provide water, power or communication supply services including services relating to internet access or access to any electronic net-work.

The most we will pay for this coverage is $50,000 in any one occurrence.

**Loss To Pair Or Set**

If there is a loss or damage by a Covered Cause of Loss to covered property which is a part of a pair or set, we will pay; at our option, for:

**(1)** The cost to repair or replace any part to restore the pair or set to its value before the loss; or

**(2)** The difference between the value of the pair or set before and after the loss; or

**(3)** The full actual cash value for the pair or set at the time of loss, and you will give us the remainder of the pair or set.

**B.** The following change applies to the **CUSTOM PROTECTOR™ ENDORSEMENT:**

**Personal Effects And Property Of Others** under **Section A.** is deleted and replaced by the following:

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property. Except as provided by Employee Tools Additional Coverage extension, this coverage does not apply to tools or equipment used in your business.

**All other terms and conditions remain unchanged.**

© 2014 Liberty Mutual Insurance<br>Includes copyrighted material of Insurance Services Office Inc., with its permission.

CP 91 00 10 14     **EXHIBIT 1**     **Page 3 of 3**

IL 00 17 11 98

# COMMON  POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

**EXHIBIT A-1**

APP 219

OSIC 001602



If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98

Copyright, Insurance Services Office, Inc., 1998

**Exhibit A-1**

OSIC 001603

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY



**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

APP 221

© ISO Properties, Inc., 2007

EXHIBIT A-1    OSIC 007904

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

of 184

178

APP 222

© ISO Properties, Inc., 2007

EXHIBIT A-1

OSIC 001005

Page 2 of 2

**IL 01 68 03 12**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES - DUTIES

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART
FARM  COVERAGE  PART
LIQUOR  LIABILITY  COVERAGE PART
MEDICAL  PROFESSIONAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS  PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED  OPERATIONS LIABILITY  COVERAGE PART
RAILROAD  PROTECTIVE LIABILITY  COVERAGE PART



The following  is added to the **Duties** Condition:

We will  notify  the first Named Insured  in writing  of:

1. An initial  offer to settle a claim made or "suit"  brought  against any insured ("in-sured")  under this coverage. The notice will  be given  not later than the 10th day after  the date on which  the offer is made.

2. Any settlement  of a claim  made or "suit"  brought  against the insured ("in-sured")  under this coverage. The notice will  be given  not later than the 30th day after  the date of the settlement.

APP 223

OSIC 001806

Exhibit A-1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS CHANGES - CANCELLATION AND NONRENEWAL PROVISIONS FOR CASUALTY LINES AND COMMERCIAL PACKAGE POLICIES

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY
> FARM COVERAGE PART - FARM LIABILITY COVERAGE FORM
> LIQUOR LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This endorsement modifies insurance provided under the following when written as part of a Commercial Package Policy:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy:

    **a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

    However, if this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then the notice of cancellation, as described above, will be provided to the first Named Insured 30 days before the effective date of cancellation. We will also provide 30 days' written notice to each unit-owner to whom we issued a certificate or memorandum of insurance, by mailing or delivering the notice to each last mailing address known to us.

    **b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two- family dwellings:

    **(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except that, under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

    **(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

    **(a)** Fraud in obtaining coverage;

    **(b)** Failure to pay premiums when due;

180    of   184

**APP 224**

© Insurance Services Office, Inc., 2013

**EXHIBIT A-1**

OSIC 001607



(g) An increase in hazard within the control of the insured which would produce an increase in rate;

**(d)** Loss of our reinsurance covering all or part of the risk covered by the policy; or

**(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two- family dwellings:

**(1)** If this policy has been in effect for less than 90 days, we may cancel coverage for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel coverage, only for the following reasons:

**(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

**(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

**(c)** If the Named Insured submits a fraudulent claim; or

**(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

which does not until the following renewal or anniversary date and supersedes any provision to the contrary:

**Nonrenewal**

**1.** We may elect not to renew this policy except that, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**2.** This paragraph, **2.,** applies unless the policy qualifies under Paragraph **3.** below.

If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

**3.** If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then we will mail or deliver written notice of nonrenewal, at least 30 days before the expiration or anniversary date of the policy, to:

**a.** The first Named Insured; and

**b.** Each unit-owner to whom we issued a certificate or memorandum of insurance.

We will mail or deliver such notice to each last mailing address known to us.

**4.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**5.** The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

© Insurance Services Office, Inc., 2013 IL 02 75 11 13

APP 225

**EXHIBIT A-1**

OSIC 001608

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015

**Exhibit A-1**

APP 226

OSIC 001809

# TEXAS  DISCLOSURE  FORM

# EXCLUSION  -  ASBESTOS  LIABILITY

This Disclosure  Notice  is not your policy.  **READ YOUR  POLICY CAREFULLY** to determine  rights, duties  and what  is and  is not  covered.  Only the  provisions  of your  policy  determine  the extent  of your  insurance protection.

This policy  contains  an exclusion  of coverage for claims  arising  out of asbestos.

With this endorsement,  coverage  is excluded  for:

1.  "Bodily injury",  "property  damage" or "personal  and advertising  injury"  arising, in whole  or in part, either  directly  or indirectly  out of the manufacture,  storage,  processing,  mining,  use, sale, installation,  removal,  disposal,  distribution,  handling,  inhalation,  ingestion,  absorption,  or exis- tence of, exposure  to or contact  with asbestos,  asbestos  contained  in goods, products  or materials, asbestos  fibers  or asbestos  dust.

2.  Any loss, cost or expense  arising  out of any:

   a.  Request,  demand,  order,  or statutory  or regulatory  requirement  that any insured  or others  test for, monitor,  clean up, remove,  contain,  treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects of asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos fibers  or asbestos  dust; or

   b.  Claim or "suit"  by or on behalf  of a governmental  authority  for damages  because  of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects  of asbestos,  asbestos  contained  in goods, products or materials,  asbestos  fibers  or asbestos  dust.

**Please read this exclusion  carefully.**

© 2012 Liberty Mutual Insurance. All rights reserved.

APP 227

## TEXAS  DISCLOSURE  FORM

## EXCLUSION  -  LEAD  LIABILITY

This Disclosure  Notice  is not your policy.  **READ YOUR POLICY CAREFULLY** to determine  rights, duties  and what  it is and  is not  covered.  Only the  provisions  of your  policy  determine  the extent of your  insurance protection.

This policy  contains  an exclusion  of coverage for claims  arising  out of lead.

With this endorsement,  coverage  is excluded  for:

1.  "Bodily  injury",  "property  damage"  or "personal  and advertising  injury"  arising, in whole  or in part, either  directly  or indirectly  out of the mining,  processing,  manufacture,  storage, distribution, sale, installation,  removal,  disposal,  handling,  inhalation,  ingestion,  absorption,  use or existence of, exposure  to, or contact  with lead or lead contained  in goods, products  or materials.

2.  Any loss, cost or expense  arising  out of any:

   a.  Request,  demand,  order,  or statutory  or regulatory  requirement  that any insured  or others test for, monitor,  clean up, remove,  contain,  treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects  of lead or lead contained  in goods, products  or materialst;  or

   b.  Claim or "suit"  by or on behalf  of a governmental  authority  for damages because of testing for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects  of lead or lead contained  in goods, products  or materials.

**Please read this exclusion  carefully.**

**APP 228**

     © 2012 Liberty Mutual Insurance. All rights reserved.     **EXHIBIT A**     OSIC 00161     Page 1 of 1