# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 29, 2021
Lyle W. Cayce
Clerk

No. 21-10012

FRYMIRE HOME SERVICES, INCORPORATED; WHITFIELD CAPITAL, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

OHIO SECURITY INSURANCE COMPANY,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-1938

_____

ORDER:

    IT IS ORDERED that the joint unopposed motion of the parties to dismiss appeal pursuant to Fed. R. App. P. 42 is GRANTED. Counsel are directed to advise the Texas Supreme Court of this order.

    /s/ *Catharina Haynes*
    CATHARINA HAYNES
    *United States Circuit Judge*

**A True Copy**
**Certified order issued Nov 29, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 29, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 21-10012   Frymire Home Svc v. OH Sec Ins
               USDC No. 3:19-CV-1938

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc w/encl:
    Mr. Andrew Alan Bergman
    Mr. Michael Chester Diksa
    Mr. Jay Kurtis Gray
    Ms. Salina Kabani
    Mr. Mark D. Tillman